UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14002-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

v.

JULIUS ANDREW REASON, III,

and VENETERIA LEANET REASON
             Defendants.
_____/

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, files this *Motion For Extension Of Time To File Response In Opposition To Motion To Dismiss Indictment* (97).

1. On June 13, 2016, Defendants filed a Motion To Dismiss Indictment based on a declaration and report by Gregory B. Dudley, Phd, a purported chemistry expert.

2. The Defendant Motion's Motion is based upon the premise that Dibutylone HCL is not a positional isomer of Pentylone, and disputes its control status under the Controlled Substance Act (CSA).

3. Because it is the Government's position that Dibutylone HCL is a positional isomer of Pentylone, as defined in Title 21 Code of Federal Regulations, Section 1308.11(h) (21 CFR Section 1308.11(h), and therefore, a Controlled Substance, the Government will need to identify and consult an expert from the Drug Enforcement Administration, Office of Diversion Control, Drug And Chemical Evaluation Section to review the aforementioned Motion and Dr. Dudley's submitted declaration and report, in order to adequately answer and prepare for the Defendant's Motion and any subsequent hearing on the disputed issues. This endeavor is in progress, but will take more than the normal response time set for Motions.

4. The Undersigned is also scheduled to be out of the country from June 18th through 25th, 2016, on a prepaid vacation.

5. Government hereby requests the response period be extended to July 25, 2016 to file a Response in Opposition and an expert declaration and report in support thereof.

6. On June 15, 2016, the Government consulted with both counsel regarding this extension request. Counsel for Venteria Reason indicated:

"Counsel for Venteria Reason does not oppose an extension of the government's time to respond to the motion, and requests until August 15th to reply in light of a pre-planned vacation she has from August 1-5.  Ms. Reason's counsel believes that this briefing schedule, and a subsequent hearing, if necessary, is likely to necessitate an adjournment of the September 12th trial date.  Ms. Reason would not oppose an adjournment of the trial to allow time for the motion to dismiss to be fully briefed and decided."

7. Counsel for Julius Reason indicated:
"I have no objection to your request for extension and would also adopt the statement proposed by Julie [Counsel for Venteria Reason] with regard to the filing of your response for the reasons she indicated".

8. In order to prepare for a hearing on the issue, the Government agrees that justice would require a continuance of the trial date.

**WHEREFORE**, the Government respectfully requests this Honorable Court to grant an extension of the Government's response period to July 25, 2016, in order to file its Response In Opposition To Motion To Dismiss Indictment (97), and an expert report in support thereof

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/Carmen M. Lineberger*
Carmen M. Lineberger
Court ID 5501180
Assistant United States Attorney
Carmen.Lineberger@usdoj.gov
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, FL   34950
Telephone:  772-466-0899
Facsimile:  772-466-1020
Attorney for United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing *Government's Motion For Extension Of Time To File Response In Opposition To Motion To Dismiss Indictment (97)* with the Clerk of the Court using CM/ECF.

*s/Carmen M. Lineberger*
Carmen M. Lineberger A5501180
Assistant United States Attorney