**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**
**Case No. 16-14002-CR-ROSENBERG/LYNCH**

_____

**UNITED STATES OF AMERICA,**

    **-v-**

**JULIUS ANDREW REASON, III, and**
**VENTERIA LEANET REASON,**

        **Defendants.**

_____

**DEFENDANTS' REPLY MEMORANDUM OF LAW**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**AND REQUEST FOR HEARING**

Defendant Venteria Leanet Reason, along with co-defendant Julius Reason, file this reply in further support of Defendants' Motion to Dismiss (D.E. 97)("Def. Motion"), and in reply to the Government's responsive memo (D.E. 104)("Govt. Brief") and the accompanying Rule 16 Summary of the Expert Opinion of Daniel Willenbring, Ph.D. (D.E. 104-2)("Willenbring Summary").

**<u>Introduction</u>**

The substance the defendants are alleged to have distributed – dibutylone HCI ("dibutylone")– is **not** listed by name in Schedule I of the regulations issued pursuant to the Controlled Substances Act. *See* 21 C.F.R. § 1308(11)(listing all Schedule I controlled substances).  The government acknowledges that dibutylone is a controlled substance **only** if it qualifies as a "positional isomer" of pentylone.  The controlling definition of "positional isomer" is the detailed and specific definition promulgated by the DEA and found at 21 CFR § 1300.01(b).

1

The DEA is not entitled to the last word on deciding whether dibutylone qualifies legally as a "positional isomer" of pentylone. The Court must intervene where, as here, the government urges an outcome that is at odds with the unambiguous regulatory definition. We believe that the Court, after an evidentiary hearing, will conclude that dibutylone is not a "positional isomer" of pentylone under the controlling definition and thus is not a controlled substance.

**Request for Hearing**

Pursuant to Local Rule 7.1(b), the defense respectfully requests that the Court convene a hearing on this motion. Undersigned counsel believe the Court would benefit from having the parties' respective experts testify and be subject to cross-examination on the issue of whether dibutylone qualifies under the regulatory definition as a "positional isomer" of pentylone. If the Court grants this request, we note, as we noted previously at an earlier calendar call in this case, that defense expert Gregory Dudley, Ph.D. is travelling and unavailable until August 31, 2016.

**I.      The Regulatory Definition of "Positional Isomer" Controls, and Dibutylone Does Not Qualify as a "Positional Isomer" of Pentylone under this Definition**

The Government and Dr. Willenbring assert incorrectly that "[w]hat defines a substance as a positional isomer is generally accepted by the scientific community." Willenbring Summary p. 1, "Bases and Reasons" no. 2; Govt. Brief p. 5. In fact, as the DEA observed when it issued the Final Rule providing the definition of "positional isomer": "[t]he term 'positional isomer' ...is not universally defined, and therefore is subject to scientific interpretation." *See* D.E. 97, page 49, column 2. The DEA enacted the regulatory definition to address this very problem, and to "ensure that consistent criteria are utilized in determining whether one substance is considered a 'positional isomer' of another." *Id.* The regulatory definition and its "consistent criteria" must be applied to determine the outcome of this motion.

The government expert's opinion that dibutylone qualifies as a "positional isomer" of pentylone completely ignores the portion of the definition that defense expert Gregory Dudley, Ph.D. explains makes all the difference: the requirement that the permissible differences in structure be "in such a manner that no new chemical functionalities are created and no existing chemical functionalities are destroyed relative to the respective Schedule I hallucinogen."[1]  Dr. Dudley explains that the ability of pentylone, but not dibutylone, to donate a hydrogen bond marks the destruction of a chemical functionality that disqualifies dibutylone from being a "positional isomer" of pentylone under the governing definition.  D.E. 97, p. 15-18.  The Willenbring Summary does not respond to, much less refute, Dr. Dudley's opinion that pentylone and dibutylone differ impermissibly based on dibutylone's inability to perform the chemical functionality of donating a hydrogen bond.[2]

Instead of responding to dibutylone's disqualifying lack of the chemical functionality of hydrogen bonding capability, Dr. Willenbring attempts to conflate the definition's use of the terms "chemical functionality" and "functional group."  He asserts that "[i]n this definition, the term 'chemical functionality' denotes the presence of a functional group within the chemical structure of a substance."  Willenbring Summary, page 2, paragraph 8(b).  Under Dr. Willenbring's construction of the definition, substances with the same "functional groups" would always share the same "chemical functionality" and always be positional isomers.  This is false

---

[1] More specifically, Dr. Willenbring applies his own modification of this statutory requirement, noting that the change between pentylone and dibutylone "does not create any new **functional groups** and does not destroy any existing **functional groups**" (emphasis added). The significance and impropriety of Dr. Willenbring's substitution of "functional groups" for "chemical functionality" in the DEA definition of positional isomer is discussed below.

[2] Attached as Exhibit A is a copy of Dr. Dudley's updated CV, noting his recent appointment as Chairman of the Chemistry Department at West Virginia University, Morgantown, West Virginia.

in fact: as Dr. Dudley has explained, though pentylone and dibutylone have the same functional groups, they differ importantly in their chemical functionality because one of the functional groups has been modified in a significant way which changes dibutylone's hydrogen bonding capability.  Dr. Willenbring's interpretation would also make redundant the definition's requirement that the Schedule I substance and its positional isomer "hav[e] the same functional groups as those found in the respective Schedule I hallucinogens . . . **but in such a manner that no new chemical functionalities are created and no existing chemical functionalities are destroyed relative to the respective Schedule I hallucinogen**."  21 C.F.R. § 1300.010(b)(emphasis added).  If, as Dr. Willenbring claims, "the term 'chemical functionality' denotes the presence of a functional group," the circumstance anticipated in the portion of the definition highlighted above would be impossible.

The DEA must be obliged to follow the traditional rules of statutory construction in applying the regulatory definition, including the requirement that "a statute is to be interpreted so that no words shall be discarded as being meaningless, redundant, or mere surplusage."  *See United States v. Forey-Quintero*, 626 F.3d 1323, 1327 (11th Cir. 2010).  The Court should adopt Dr. Dudley's application of the definition, which concludes that dibutylone is not a positional isomer of pentylone, since Dr. Dudley's application alone gives the intended effect to the definition's clear requirement that no chemical functionalities be created or destroyed.

## II.    The DEA's Opinion that Dibutylone is a Positional Isomer of Pentylone Is Not Entitled to *Chevron* Deference

The government urges the court to give deference to the DEA on the disputed issue of dibutylone's "positional isomer" status, citing *Chevron USA, Inc. v. Nat. Res. Def. Council, Inc.*, 467 U.S. 837 (1984) (Govt. Brief p. 5).  The argument is misguided.  While the DEA's regulatory definition of "positional isomer" is entitled to deference, its application of that

definition is not.  *Chevron* deference does not apply to every edict and opinion of a federal

agency.  To be entitled to deference, an agency pronouncement "must have been accompanied by

'something more formal, more deliberate, than a simple pronouncement,' some nod to a public

process, even if it does not amount to a formal adjudicative procedure." *Friedman v. Mkt. St.*

*Mortgage Corp.*, 520 F.3d 1289, 1298 n. 9 (11th Cir. 2008), *citing Krzalic v. Republic Title Co.,*

314 F.3d 875, 811 (7th Cir. 2002).

The government's characterization of dibutylone as a "positional isomer" is a "simple

pronouncement," and an erroneous one at that. The DEA did not identify dibutylone as a

positional isomer in either of the rulings that temporarily scheduled pentylone as a controlled

substance (*see* D.E. 97, pages 39-47); the government has not identified a single prior federal

prosecution for distribution of dibutylone. Undersigned counsel today searched LEXIS's federal

court's library, which found no reported decisions in which the word "dibutylone" appeared.

Moreover, the government in purporting to pronounce dibutylone a controlled substance has

taken a carefully drafted and "highly technical" definition and ignored an entire element of it –

the element requiring that the substance under consideration as a possible positional isomer

neither gain nor lose a chemical functionality.  If this caveat in the definition has any meaning, it

excludes dibutylone as a positional isomer of pentylone.

**III.     The Defendants Received Inadequate Notice to Provide Fair Warning as to**
**Whether Dibutylone is a Schedule I Controlled Substance.**

While the government's response in opposition to the Defendants' Joint Motion to

Dismiss clearly sets forth the authority provided by the DEA to enforce the CSA as well as a

historical overview of the regulations, which purports to show adequate notice of proposed

rulemaking, the determination of whether dibutylone is a "positional isomer" of pentylone and

whether the statutory references provide adequate notice to the public is obscurely vague.  Even

the government in its response agrees that "[t]he term 'positional isomer' is subject to scientific interpretation."  Govt. Brief p. 8; *See* 71 Fed. Reg. 30097-01; 21 C.F.R. 1300.01.  Whether a law or rule provides adequate notice to the public depends on the meaning of the statute in light of common understanding measured by a person of ordinary intelligence. *See United States v. Moyer,* 674 F.3d 192 (3d Cir 2012). The Defendants in this case are not forensic specialists or research chemists by any stretch of the imagination.  In fact, the evidence provided in discovery would show that Mr. Reason, while allegedly ordering chemicals over the internet from China, inquired whether they were legal to purchase and was informed that they were.

While the list of controlled substances may be available to the public on DEA's Office of Diversion Control website, there was no classification of dibutylone being a Schedule I drug or that it was a "positional isomer" of pentylone prior to May, 2016. Additionally, the version of "The Orange Book" cited by the government in their response was published in May, 2016, long after the Defendants' arrest and alleged purchase of dibutylone from China.

Finally, fair notice, pursuant to the Fifth Amendment's guarantee of due process, requires a penal statute to "define the criminal offense (1) with sufficient definiteness that ordinary people can understand what conduct is prohibited, and (2) in a manner that does not encourage arbitrary and discriminatory enforcement." *Kolender v. Lawson,* 461 U.S. 352, 357 (1983); *see also Skilling v. United States,* 561 U.S. 358, 402-03 (2010). The first prong of the *Kolender* test, requiring adequate notice, "is based on the principle that no one `shall be held criminally responsible for conduct which he could not reasonably understand to be proscribed.' *United States v. Harris,* 347 U.S. 612, 617 (1954)."  The Supreme Court has interpreted *Kolender*'s adequate-notice requirement as follows:

> There are three related manifestations of the fair warning requirement. First, the vagueness doctrine bars enforcement of a statute which either forbids or requires the

doing of an act in terms so vague that men of common intelligence must necessarily guess at its meaning and differ as to its application. Second, as a sort of junior version of the vagueness doctrine, the canon of strict construction of criminal statutes, or rule of lenity, ensures fair warning by so resolving ambiguity in a criminal statute as to apply it only to conduct clearly covered. Third, although clarity at the requisite level may be supplied by judicial gloss on an otherwise uncertain statute, due process bars courts from applying a novel construction of a criminal statute to conduct that neither the statute nor any prior judicial decision has fairly disclosed to be within its scope. In each of these guises, the touchstone is whether the statute, either standing alone or as construed, made it reasonably clear at the relevant time that the defendant's conduct was criminal.

*United States v. Lanier,* 520 U.S. 259, 266-67 (1997)(internal quotation marks and citations omitted). *Kolender*'s second prong requires that legislatures "establish minimal guidelines to govern law enforcement" in order to prevent "policemen, prosecutors, and juries [from] pursu[ing] their personal predilections." *Smith v. Goguen,* 415 U.S. 566, 574-75 (1974).

Moreover, while ignorance of the law is no excuse, courts have held that principle to be abrogated when a law is "so technical or obscure." *See United States v. Caseer*, 399 F.3d 828, 837 (6th Cir. 2005)(quoting *United States v. Napier,* 233 F.3d 394, 397-98 (6th Cir. 2000)). This is especially true when prosecutions "rely on obscure technical or scientific terms foreign to ordinary persons." *Id.* There is no dispute that "[w]hen a compound is listed as a Schedule I controlled substance, that listing `automatically put[s] the public on clear notice that those chemicals... would be treated for the purposes of federal law as a Schedule I controlled substance.'" *United States v. Roberts, 363 F.3d 118, 124* n.3 (2d Cir. 2004). Dibutylone is not listed as a Schedule I controlled substance, and thus the scheduling process provides no adequate notice to citizens of ordinary intelligence. None of this highly, technical and chemistry-based terminology which has been provided to the Court can possibly put a person of ordinary intelligence on notice as to whether they are breaking the law or not, especially in light of disclaimers from China that the chemicals they were selling were not illegal in the United States.

**Conclusion**

The defendants are charged in this criminal case with an offense which, if tenable, carries the potential for a long prison sentence.  The defendants are entitled to have the controlling definition of the term "positional isomer" fairly and reasonably applied, and to receive fair advance notice of the legal status of dibutylone.  Neither of these things occurred here.

For the foregoing reasons, and after a hearing, Defendants respectfully urge the Court to dismiss the indictment against them.

Dated: August 10, 2016                              Respectfully submitted,

                                                    s/ Julie Prag Vianale
                                                    Julie Prag Vianale (FBN 0184977)
                                                    Attorney for Venteria Reason
                                                    Vianale & Vianale LLP
                                                    5550 Glades Road, Suite 500
                                                    Boca Raton, FL  33431
                                                    Tel: (561) 392-4750
                                                    jvianale@vianalelaw.com

                                                    Jonathan S. Friedman, P.A.
                                                    Attorney for Julius Reason
                                                    One East Broward Blvd., Ste 925
                                                    Fort Lauderdale, Florida 33301
                                                    Telephone: (954) 713-2820
                                                    Facsimile: (954) 713-2894
                                                    JFriedmanlawfirm@gmail.com

                                                    s/ Jonathan S. Friedman, Esq.
                                                    Fla. Bar Number: 973297

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel hereby certifies that she filed the foregoing document on August 10, 2016 using the Court's CM-ECF system, which will cause a true and correct copy to be sent electronically to:

Carmen Lineberger
Assistant United States Attorney
101 South U.S. Highway 1
Suite 3100
Ft. Pierce FL  34950
carmen.lineberger@usdoj.gov

s/ Julie Prag Vianale
Julie Prag Vianale (FBN 1084977)
Vianale & Vianale LLP
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel: (561) 392-4750

Exhibit A

# Gregory B. Dudley, Ph.D.

| | |
|---|---|
| **Eberly Family Distinguished Professor** and | **Department Chair** |
| C. Eugene Bennett Department of Chemistry | Office: 222 Clark Hall |
| Eberly College of Arts and Sciences | Phone: (304) 293-0179 |
| West Virginia University | Email 1: gregory.dudley@mail.wvu.edu |
| Morgantown, WV 26506-6045 | Email 2: gdudley@chem.fsu.edu |

## Professional Appointments

**West Virginia University, Morgantown, WV**
- Chair, C. Eugene Bennett Department of Chemistry                       2016–present
- Eberly Family Distinguished Professor of Chemistry                    2016–present
- http://chemistry.wvu.edu/faculty-staff (coming soon)

**Florida State University, Tallahassee, FL**
- Professor of Chemistry and Biochemistry                               2015–2016
- Associate Department Chair                                            2012–2016
- Associate Professor of Organic Chemistry                             2008–2015
  - Raymond Cottrell Family Professor                                  2008–2012
- Assistant Professor of Organic Chemistry                             2002–2008
- http://www.chem.fsu.edu/dudley/index.html

**Florida A&M University, Tallahassee, FL**
- Graduate Faculty of Pharmacy and Pharmaceutical Sciences             2016

**University of Ottawa, Canada**
- Visiting Professor of Organic Chemistry                              2011

## Education and Professional Development

**Sloan-Kettering Institute for Cancer Research, New York, NY**
- NIH Postdoctoral Fellow, 2000–2002
- Molecular Pharmacology and Chemistry Program
- *Advisor:* Professor Samuel J. Danishefsky
- Research Topic: *Total Synthesis of Guanacastepene A*

**Massachusetts Institute of Technology, Cambridge, MA**
- September 1995 to August 2000
- Ph.D. in Organic Chemistry
- *Research Advisor:* Professor Rick L. Danheiser
- Thesis: *A Total Synthesis of (–)-Ascochlorin*

**Florida State University, Tallahassee, FL**
- August 1991 to May 1995
- B.A. degree in Chemistry, with Honors - *magna cum laude*
- *Research Advisor:* Professor Martin A. Schwartz

1

**University of Kansas, Lawrence, KS**
- June 1994 to August 1994
- NSF-REU (Research Experience for Undergraduates) Program
- *Research Advisor:* Professor Richard S. Givens

# Honors and Awards

- Eberly Family Distinguished Professorship, West Virginia University, 2016
- *CEM Corporation* Lecturer, Georgia State University, 2015
- *Organic Syntheses* Lecturer, University of New Hampshire, 2012
- Raymond Cottrell Family Professor, 2008–2012
- Highlighted in Florida Trend Magazine, "Person to Watch", 2010
- FSU Developing Scholar Award, 2010
- FSU Undergraduate Teaching Award, 2010
- FSU Research Foundation GAP Award, 2008
- FSU Innovator Award, 2006, 2007, 2008, 2010, 2012
- Featured in Tallahassee Magazine, "The New Establishment", 2006
- Thieme Publishers Journal Award, 2006
- ORAU Ralph E. Powe Junior Faculty Enhancement Award, 2004
- Research Corporation Research Innovation Award, 2004
- FSU First-Year Assistant Professor Award, 2003
- NIH Postdoctoral Fellowship, 2000–2002
- Bristol-Myers Squibb Predoctoral Fellowship, 1999–2000
- Roche Award for Excellence in Organic Chemistry, 1999
- Boehringer Ingelheim Predoctoral Fellowship, 1997–1998
- MIT Chemistry Outreach Fellowship, 1997

# Professional Activities

- Department Chair: Bennett Department of Chemistry, 2016–present
  Responsible for management and direction of the chemistry department in keeping with the mission and vision of WVU.
- Conference Organizer: Enabling Technology for Reactions and Processes, 2015–present
  Initiated and help coordinate an annual workshop for synthetic and physical organic chemists on modern tools and methods for chemical synthesis. This workshop is part of the Telluride Science Research Center (TSRC) summer conference series in Telluride, CO.
- Professional Member of the AAAS, 2014–present
  American Association for the Advancement of Science
- Member of the ACS, 1996–present
  American Chemical Society
- Associate Chair: FSU Department Curriculum, 2012–2016
  Responsible for curriculum design, teaching assignments, instructor supervision, course creation and approval, and other duties.
- Faculty Advisor: FSU Chemistry Outreach, 2004–2013
  Initiated and currently serve as faculty mentor for a program in which graduate students visit area high schools, interact with students in the chemistry classes, and perform demonstrations
- Faculty Advisor: FSU Alpha Phi Omega, 2007–2013

2

Serve as faculty advisor and mentor for the FSU chapter of Alpha Phi Omega (AΦΩ), the national undergraduate service fraternity
- Faculty Advisor: FSU BioDiesel Initiative, 2008–2010
    Served as faculty advisor and mentor for a group of undergraduate students as they built a reactor for converting used fry grease into usable biodiesel fuel for campus vehicles
- Faculty Advisor: FSU ChemPreneurs pilot program, 2009
    Led a ChemPreneur team, comprising a chemistry graduate student and a business school entrepreneur student, in the development of a business plan based on chemical technology

# Classroom Teaching

*Florida State University*
- Instructor: General Chemistry I, CHM 1045C
    Course Description: introductory chemistry course for science majors (2004–2005, 2007)
- Instructor: Survey of Organic Chemistry, CHM 2200
    Course Description: one-semester organic chemistry for allied health majors (2011–2013)
- Instructor: Organic Chemistry I, CHM 2210
    Course Description: introductory undergraduate organic chemistry course (2010, 2015x2)
- Instructor: Organic Chemistry II, CHM 2211
    Course Description: second-semester undergraduate organic chemistry course (2009)
- Instructor: Honors Organic Chemistry I, CHM 2210
    Course Description: undergraduate organic chemistry course for honors students (2007–2008)
- Instructor: Honors Organic Chemistry II, CHM 2211
    Course Description: undergraduate organic chemistry course for honors students (2008–2009)
- Instructor: Advanced Organic Chemistry — Reactions, CHM 5226
    Course Description: graduate course on important organic methodology (2002–2006, 2011)
- Instructor: Synthetic Organic Chemistry, CHM 5250
    Course Description: graduate course on organic reactions and synthesis (2014x2)
- Instructor: Chemical Reactivity — Bioorthogonal Chemistry, CHM 5555
    Course Description: graduate course on a cutting-edge topic in the chemical sciences (2012)

*University of Ottawa*
- Instructor: Advanced Topics in Organic Chemistry: Alkynes, CHM 8304J (2011)
    Course Description: graduate course on modern alkyne chemistry (2011)

# Research Associates

*Graduate Students*

| | | |
|---|---|---|
| Paratchata Batsomboon | 6th year student | Chulabhorn Research Institute, Thailand |
| Ron R. Ramsubhag | 5th year student | University of Connecticut |
| Alec E. Morrison | 4th year student | Worcester Polytechnic Institute, MA |
| Nicholas J. Kramer | 3rd year student | Ramapo College of New Jersey |
| Joshua Gagnier | 3rd year student | East Carolina University |

*Undergraduate Students*

| | |
|---|---|
| Andrew Janeczek | 08/2015 – present |
| Danielle Fox | 01/2015 – present |

*Previous Group Members*

*Former postdoctoral associates:*          Prof. Gaspar Diaz Muñoz, 01/2012–01/2013

Dr. Jumreang Tummatorn, 12/2009–06/2011
Dr. Philip A. Albiniak, 08/2006 – 02/2009
Dr. Jeannie H. Jeong, 08/2007 – 12/2008
Dr. Sreenivas Katukojvala, 08/2005–07/2006
Dr. Kevin Wing C. Poon, 01/2004 – 06/2006

Dr. Shin Kamijo, 01/2004 – 03/2006
Dr. Timothy F. Briggs, 10/2003 – 10/2005
Dr. Hubert T.-C. Lam, 01/2003 – 09/2005

*Former graduate students:*
Tung Hoang, Ph.D. 2015
Rimantas Slegeris, Ph.D. 2015
Michael R. Rosana, Ph.D. 2014
Marilda P. Lisboa, Ph.D. 2013
Jingyue Yang, Ph.D. 2011
Sami F. Tlais, Ph.D. 2011
David M. Jones, Ph.D. 2009

Douglas A. Engel, Ph.D. 2009
Mariya V. Kozytska, Ph.D. 2008
Susana S. Lopez, M.S. 2009
Daniella M. Barker, M.S. 2009
Dena R. Hodges, M.S. 2008
Ernest O. Nwoye, M.S. 2008
Samuel G. Salamone, M.S. 2005

*Selected former undergraduate students:*
Chelsea Massaro, B.S. Honors 2016
Apiwat Wangweerawong, B.S. Honors 2011
Cecelia C. O'Leary, B.S. Honors 2010
Sarah E. House, B.S. Honors 2005
James D. Sunderhaus, B.S. Honors 2003
Christina Dadich, B.S. 2015
Taylor Southworth, B.S. 2013
Colleen Keohane, B.S. 2013
Rojay Gordon, B.S. 2013
Janet Simon, B.S. 2012
Claudia R. Avalos, B.S. 2010
Shawn M. Amisial, B.S. 2007
Jeananne A. Singletary, B.S. 2004

*CHM 1051L (honors freshmen) students*:
Margaret E. Matthews (2007), Joseph P. Hernandez (2007), Alyson W. West (2008), Edward F. Kuester (2008), James Hoang (2013), Jillian Jones (2013)

*Visiting and exchange students*:
Mélodie Birepinte (2016), Suzan Al-Anwar (2015), Vincent Vedovato (2014), Andrew Royappa (2013), Vitchaphol "Ton" Motaneeyachart (2012), Sanpitcha "Jae" Siangsuebchart (2012), Cristiano Leandro (2012), Teng-wei Wang (2011), Tanit Intaranukulkit (2011), Thitiya "Whan" Patarakosol (2009), Viriya "Joy" Boonmuang (2009), Jumreang Tummatorn (2007 – 2008), Maureen K. Reilly (2006)

*Student Dissertations and Theses (with type and title)*

Tung Hoang (PhD, 2015) *"Tandem processes involving an alkynogenic fragmentation and applications in sesquiterpene syntheses"*

Rimantas Slegeris (PhD, 2015) *"Process improvements in the total chemical synthesis of progesterone, and other synthetic studies"*

Michael R. Rosana (PhD, 2014) *"Selective heating of polar solutes in a homogeneous solution: evidence of microwave-specific effects and a method to quantify these effects"*

Marilda P. Lisboa (PhD, 2013) *"Formal synthesis of palmerolide A using fragmentation methodology"*

Jingyue Yang (PhD, 2011) *"Anionic rearrangement of 2-benzyloxypyridine derivatives and a synthetic approach to aldingenin B"*

Sami F. Tlais (PhD, 2011) *"I. para-Siletanylbenzyl (PSB) protecting group II. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolides H, E, and F"*

David M. Jones (PhD, 2009) *"Addition / C–C bond cleavage reactions of vinylogous acyl triflates and their application to natural products synthesis"*

Douglas A. Engel (PhD, 2009) *"Organic synthesis and methodology related to the malaria drug artemisinin"*

Mariya V. Kozytska (PhD, 2008) *"I. Siletanylmethyllithium, an ambiphilic siletane. II. Synthetic approach to basiliolide B"*

4

Susana S. Lopez (MS, 2009) *"Methodology for the olefination of aldehydes and ketones via the Meyer-Schuster reaction"*

Samuel G. Salamone (MS, 2005) *"A ring expansion approach to roseophilin"*

Chelsea Massaro (BS, Honors 2016) *"gem-Dimethylcyclopentane-fused pharmacophores"*

Apiwat Wangweerawong (BS, Honors 2011) *"Scope of a novel [1,2]-anionic rearrangement of 2-benzyloxypyridine derivatives"*

Cecelia C. O'Leary (BS, Honors 2010) *"A novel protocol for the synthesis of aryl Grignard reagents at low heat"*

Sarah E. House (BS, Honors 2005) *"para-Siletanylbenzyl: a novel hydroxyl protecting group"*

# Publications

### Dudley Lab Original Research Publications:

(70) Ramsubhag, R. R.; Massaro, C. L.; Dadich, C. M.; Janeczek, A. J.; Hoang, T. T.; Mazzio, E. A.; Eyunni, S.; Soliman, K. F. A.; Dudley, G. B. Synthesis of "neoprofen", a rigidified analogue of ibuprofen, exemplifying synthetic methodology for altering the 3-D topology of pharmaceutical substances. *Org. Biomol. Chem.* **2016**, *14*, in press. (Invited contribution to themed collection, *Contemporary Synthetic Chemistry in Drug Discovery*)
http://pubs.rsc.org/en/content/articlelanding/2016/ob/c6ob01351a

(69) Morrison, A. E.; Hrudka, J. J.; Dudley, G. B. Thermal cycloisomerization of putative allenylpyridines for the synthesis of isoquinoline derivatives. *Org. Lett.* **2016**, *18*, in press.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b02034

(68) Batsomboon, P.; Dudley, G. B. Synthesis of C1-C15 of palmerolide A: tactical advances that can lead to better design strategies for polyketide synthesis. *Tetrahedron Lett.* **2016**, *57*, 3757–3759.
http://www.sciencedirect.com/science/article/pii/S0040403916308358

(67) Hoang, T. T.; Birepinte, M.; Kramer, N. J.; Dudley, G. B. Six-step synthesis of alcyopterosin A, a bioactive illudalane sesquiterpene with a *gem*-dimethylcyclopentane ring. *Org. Lett.* **2016**, *18*, 3470–3473.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b01665

(66) Slegeris, R; Dudley, G. B. Alternative synthetic approaches to *rac*-progesterone by way of the classic Johnson cationic polycyclization strategy. *Tetrahedron* **2016**, *72*, 3666–3672.
(Symposium in Print special issue)
http://www.sciencedirect.com/science/article/pii/S0040402016301739

(65) Ramsubhag, R. R.; Dudley, G. B. Orthogonal dual-click diyne for CuAAC and/or SPAAC couplings. *Org. Biomol. Chem.* **2016**, *14*, 5028–5031.
http://pubs.rsc.org/en/content/articlelanding/2014/ob/c6ob00795c

(64) Wright, A. K.; Batsomboon, P.; Dai, J.; Hung, I.; Zhou, H.-X.; Dudley, G. B.; Cross, T. A. Differential binding of rimantadine enantiomers to influenza A M2 proton channel. *J. Am. Chem. Soc.* **2016**, *138*, 1506–1509.
http://pubs.acs.org/doi/abs/10.1021/jacs.5b13129

(63) Ferrari, A.; Hunt. J.; Stiegman, A. E.; Dudley, G. B. Microwave-assisted superheating and/or microwave-specific superboiling (nucleation-limited boiling) of liquids occurs under certain conditions but is mitigated by stirring. *Molecules* **2015**, 20, 21671–21680.
(Invited Contribution to a Special Issue on Microwave-Assisted Organic Synthesis)

http://www.mdpi.com/1420-3049/20/12/19793

(62) Diaz Muñoz, G.; Dudley, G. B. Synthesis of 1,2,3,4-tetrahydroquinolines including angustureine and congeneric alkaloids. *Org. Prep. Proc. Intl.* **2015**, *47*, 179–206. http://dx.doi.org/10.1080/00304948.2015.1025012

(61) Dudley, G. B.; Richert, R.; Stiegman, A. E. On the Existence of and Mechanism for Microwave-Specific Reaction Rate Enhancement. *Chem. Sci.* **2015**, *6*, 2144–2152. http://pubs.rsc.org/en/content/articlelanding/2015/sc/C4SC03372H

(60) Rizkallah, R.; Batsomboon, P.; Dudley, G. B.; Hurt, M. The Oncogenic Kinase TOPK/PBK is a Master Mitotic Regulator of C2H2 Zinc Finger Proteins. *Oncotarget* **2015**, *6*, 1446–1461.
http://www.impactjournals.com/oncotarget/index.php?journal=oncotarget&page=article&op=view&path[]=2735
*FSU Press Releases:*
"*Researchers collaborate to identify 'master regulator' in cell division*"
http://medicalxpress.com/news/2015-03-collaborate-master-cell-division.html
"*Working together to unmask 'Enzyme X'*"
http://issuu.com/fsumed/docs/fsu_med_spring_2015_final/7?e=0

(59) Chen, P.-K.; Rosana, M. R.; Dudley, G. B.; Stiegman, A. E. Parameters affecting the microwave-specific acceleration of a chemical reaction. *J. Org. Chem.* **2014**, *79*, 7425–7436.
http://pubs.acs.org/doi/abs/10.1021/jo5011526
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles

(58) Rosana, M. R.; Hunt, J.; Ferrari, A.; Southworth, T.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. Microwave-Specific Acceleration of a Friedel–Crafts Reaction: Evidence for Selective Heating in Homogeneous Solution. *J. Org. Chem.* **2014**, *79*, 7437–7450.
http://pubs.acs.org/doi/abs/10.1021/jo501153r
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles
GEOSET <http://www.geoset.info/> video presentations on selective microwave heating:
http://goo.gl/jVhVSC, http://goo.gl/nbECVu, http://goo.gl/o3qN3U, http://goo.gl/OdXeY0

(57) Gold, B. A.; Batsomboon, P.; Dudley, G. B.; Alabugin, I. V. Alkynyl crown ethers as a scaffold for hyperconjugative assistance in non-catalyzed azide-alkyne click reactions: ion sensing through enhanced transition state stabilization. *J. Org. Chem.* **2014**, *79*, 6221–6232.
http://pubs.acs.org/doi/abs/10.1021/jo500958n

(56) Lisboa, M. P.; Dudley, G. B. Synthesis of cytotoxic palmerolides. *Chem.–Eur. J.* **2013**, *19*, 16146–16168.
http://onlinelibrary.wiley.com/doi/10.1002/chem.201302167/abstract

(55) Hoang, T. T.; Dudley, G. B. Synthesis of high-value 1,6-enynes by tandem fragmentation / olefination. *Org. Lett.* **2013**, *15*, 4026–4029.
http://pubs.acs.org/doi/abs/10.1021/ol401839e

(54) Dudley, G. B.; Stiegman, A. E.; Rosana, M. R. Correspondence on microwave effects in organic synthesis. *Angew. Chem. Int. Ed.* **2013**, *52*, 7918–7923.

http://onlinelibrary.wiley.com/doi/10.1002/anie.201301539/abstract

A response to the Essay: Kappe, C. O.; Pieber, B.; Dallinger, D. Microwave Effects in Organic Synthesis—Myth or Reality? *Angew. Chem. Int. Ed.* **2013**, *52*, 1088–1094.

http://onlinelibrary.wiley.com/doi/10.1002/anie.201204103/full

Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.

http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(53)  Lisboa, M. P.; Jones, D. M.; Dudley, G. B. Formal synthesis of palmerolide A, featuring alkynogenic fragmentation and *syn*-selective vinylogous aldol chemistry. *Org. Lett.* **2013**, *15*, 886–889.

http://pubs.acs.org/doi/abs/10.1021/ol400014e

(52)  Gold, B.; Dudley, G. B.; Alabugin, I. V. Moderating strain without sacrificing reactivity: Design of fast and tunable noncatalyzed alkyne-azide cycloadditions via stereoelectronically controlled transition state stabilization. *J. Am. Chem. Soc.* **2013**, *135*, 1558–1569.

http://pubs.acs.org/doi/abs/10.1021/ja3114196

(51)  Tummatorn, J.; Diaz Muñoz, G.; Dudley, G. B. Synthesis of (–)-(*R*)-angustureine by formal alkynylation of a chiral ß-amino ester. *Tetrahedron Lett.* **2013**, *54*, 1312–1314.

http://www.sciencedirect.com/science/article/pii/S0040403913000099#

(50)  Tlais, S. F.; Dudley, G. B. On the proposed structures and stereocontrolled synthesis of the cephalosporolides. *Beilstein J. Org. Chem.* **2012**, *8*, 1287–1292.

http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-8-146

(49)  Yang, J.; Wangweerawong, A.; Dudley, G. B. [1,2]-Wittig rearrangement of aromatic heterocycles. *Heterocycles*, **2012**, *85*, 1603–1606.

http://www.heterocycles.jp/newlibrary/libraries/fulltext/22358/85/7

(48)  Batsomboon, P.; Gold, B. A.; Alabugin, I. V. Dudley, G. B. Tandem nucleophilic addition/fragmentation of vinylogous acyl nonaflates for the synthesis of functionalized alkynes, with new mechanistic insight. *Synthesis* **2012,** *44*, 1818–1824.

(Invited contribution to Special Topic: Tandem Transformations in Organic Synthesis.)

https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290945

(47)  Lisboa, M. P.; Jeong-Im, J. H.; Jones, D. M.; Dudley, G. B. Toward a new palmerolide assembly strategy: synthesis of C16–C24. *Synlett*, **2012**, *23*, 1493–1496.

https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290675

(46)  Tummatorn, J.; Batsomboon, P.; Clark, R. J.; Alabugin, I. V.; Dudley, G. B. Strain-promoted azide–alkyne cycloadditions of benzocyclononynone. *J. Org. Chem.* **2012**, *77*, 2093–2097.

http://pubs.acs.org/doi/abs/10.1021/jo300188y

(45)  Rosana, M. R.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. On the rational design of microwave-actuated organic reactions. *Chem. Sci.* **2012**, *3*, 1240–1244.

http://pubs.rsc.org/en/content/articlelanding/2012/sc/c2sc01003h

Featured in *Chemistry World*:

http://www.rsc.org/chemistryworld/News/2012/February/microwave-effects-in-organic-reactions.asp

Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.

http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(44)  Gold, B.; Shevchenko, N. E.; Bonus, N.; Dudley, G. B.; Alabugin, I. V. Selective transition state stabilization via hyperconjugative assistance: stereoelectronic concept for copper-free click chemistry. *J. Org. Chem.* **2012**, *77*, 75–89.

http://pubs.acs.org/doi/abs/10.1021/jo201434w

(43) Wang, T.; Intaranukulkit; T.; Rosana, M. R.; Slegeris, R.; Simon, J.; Dudley, G. B. Microwave-assisted benzyl-transfer reactions of commercially available 2-benzyloxy-1-methylpyridinium triflate. *Org*. *Biomol*. *Chem*. **2012**, *10*, 248–250.
http://pubs.rsc.org/en/Content/ArticleLanding/2012/OB/C1OB06504A

(42) Lisboa, M. P.; Hoang, T. T.; Dudley, G. B. Tandem nucleophilic addition / fragmentation of vinylogous acyl triflates: 2-methyl-2-(1-oxo-5-heptynyl)-1,3-dithiane. *Org*. *Synth*. **2011**, *88*, 353–363.
http://www.orgsyn.org/orgsyn/pdfs/v88p0353.pdf

(41) Yang, J.; Tummatorn, J.; Slegeris, R.; Tlais, S. F.; Dudley, G. B. Synthesis of the tricyclic core of aldingenin B by oxidative cyclo-ketalization of an alkyne-diol. *Org*. *Lett*. **2011**, *13*, 2065–2067.
http://pubs.acs.org/doi/abs/10.1021/ol200421s

(40) Tlais, S. F.; Dudley, G. B. A gold-catalyzed alkyne-diol cycloisomerization for the synthesis of oxygenated 5,5-spiroketals. *Beilstein J*. *Org*. *Chem*. **2011**, *7*, 570–577.
http://www.beilstein-journals.org/bjoc/content/7/1/66

(39) Tummatorn, J.; Dudley, G. B. Generation of medium-ring cycloalkynes by ring expansion of vinylogous acyl triflates. *Org*. *Lett*. **2011**, *13*, 1572–1575.
http://pubs.acs.org/doi/abs/10.1021/ol2003308

(38) Tummatorn, J.; Dudley, G. B. Stereodefined homopropargyl amines by tandem nucleophilic addition/fragmentation of dihydropyridone triflates. *Org*. *Lett*. **2011**, *13*, 158–160.
http://pubs.acs.org/doi/abs/10.1021/ol102760q

(37) Yang, J.; Dudley, G. B. Pyridine-directed organolithium addition to an enol ether. *Adv*. *Synth*. *Catal*. **2010**, *352*, 3438–3442.
http://onlinelibrary.wiley.com/doi/10.1002/adsc.201000495/abstract

(36) Tlais, S. F.; Dudley, G. B. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolide H epimers. *Org*. *Lett*. **2010**, *12*, 4698–4701.
http://pubs.acs.org/doi/abs/10.1021/ol102201z

(35) Jones, D. M.; Dudley, G. B. An open-and-shut strategy: preparation of benzo-fused indanes by ring-opening of a vinylogous acyl triflate and metal-catalyzed Asao–Yamamoto benzannulation. *Tetrahedron* **2010**, *66*, 4860–4866.      (Symposium in Print special issue)
http://dx.doi.org/10.1016/j.tet.2010.03.014

(34) Jones, D. M.; Lisboa, M. P.; Kamijo, S.; Dudley, G. B. Ring opening of cyclic vinylogous acyl triflates using stabilized carbanion nucleophiles: Claisen condensations linked to carbon–carbon bond cleavage. *J*. *Org*. *Chem*. **2010**, *75*, 3260–3267.
http://pubs.acs.org/doi/abs/10.1021/jo100249g

(33) Albiniak, P. A.; Dudley, G. B. New reagents for the synthesis of arylmethyl ethers and esters. *Synlett* **2010**, 841–851.                      (Account)
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1219531

(32) Jones, D. M.; Dudley, G. B. Synthesis of the C1–C15 region of palmerolide A using refined Claisen-type addition / bond cleavage methodology. *Synlett* **2010**, 223–226.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1218565

(31) Tlais, S. F.; Clark, R. J.; Dudley, G. B. A striking exception to the chelate model for acyclic diastereocontrol: efficient access to a versatile propargyl alcohol for chemical synthesis. *Molecules* **2009**, *14*, 5216–5222.                      (Special Issue on Asymmetric Synthesis)
http://mdpi.com/1420-3049/14/12/5216

8

(30) Yang, J.; Dudley, G. B. [1,2]-Anionic rearrangement of 2-benzyloxypyridine and related pyridyl ethers. *J. Org. Chem.* **2009**, *74*, 7998–8000.
http://pubs.acs.org/doi/abs/10.1021/jo901707x

(29) Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement for the synthesis of α,β-unsaturated carbonyls. *Org. Biomol. Chem.* **2009**, *7*, 4149–4158. (Perspective Article)
http://pubs.rsc.org/en/Content/ArticleLanding/2009/OB/b912099h

(28) Tlais, S. F.; Lam, H.; House, S. E.; Dudley, G. B. New strategies for protecting group chemistry: synthesis, reactivity, and indirect oxidative cleavage of *para*-siletanylbenzyl (PSB) ethers. *J. Org. Chem.* **2009**, *74*, 1876–1885.
http://pubs.acs.org/doi/abs/10.1021/jo802229p

(27) Lopez, S. S.; Dudley, G. B. Convenient method for preparing benzyl ethers and esters using 2-benzyloxypyridine. *Beilstein J. Org. Chem.* **2008**, *4*, No. 44; doi:10.3762/bjoc.4.44.
http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-4-44

(26) Tummatorn, J.; Dudley, G. B. Ring opening / fragmentation of dihydropyrones for the synthesis of homopropargyl alcohols. *J. Am. Chem. Soc.* **2008**, *130*, 5050–5051.
http://pubs.acs.org/doi/abs/10.1021/ja801018r

(25) Kozytska, M. V.; Dudley, G. B. On the intramolecular pyrone Diels–Alder approach to basiliolide B. *Tetrahedron Lett.* **2008**, *49*, 2899–2901.
http://dx.doi.org/10.1016/j.tetlet.2008.03.031

(24) Engel, D. A.; Lopez, S. S.; Dudley, G. B. Lewis acid-catalyzed Meyer–Schuster reactions: methodology for the olefination of aldehydes and ketones. *Tetrahedron* **2008**, *64*, 6988–6996.                                                        (Symposium in Print special issue)
http://dx.doi.org/10.1016/j.tet.2008.02.030

(23) Albiniak, P. A.; Amisial, S. M.; Dudley, G. B.; Hernandez, J. P.; House, S. E.; Matthews, M. E.; Nwoye, E. O.; Reilly, M. K.; Tlais, S. F. Stable oxypyridinium triflate (OPT) salts for the synthesis of halobenzyl ethers. *Synth. Commun.* **2008**, *38*, 656–665.
        Dedicated to Prof Ken Goldsby for his support of undergraduate research at FSU.
http://www.tandfonline.com/doi/abs/10.1080/00397910701818362

(22) Tummatorn, J.; Albiniak, P. A.; Dudley, G. B. Synthesis of benzyl esters using 2-benzyloxy-1-methylpyridinium triflate. *J. Org. Chem.* **2007**, *72*, 8962–8964.
http://pubs.acs.org/doi/abs/10.1021/jo7018625

(21) Albiniak, P. A.; Dudley, G. B. Thermally generated phenylcarbenium ions: acid-free and self-quenching Friedel–Crafts reactions. *Tetrahedron Lett.* **2007**, *48*, 8097–8100.
http://dx.doi.org/10.1016/j.tetlet.2007.09.116

(20) Yang, J.; Dudley, G. B. Conjugate addition of organocopper reagents in dichloromethane to α,β-unsaturated esters. *Tetrahedron Lett.* **2007**, *48*, 7887–7889.
http://dx.doi.org/10.1016/j.tetlet.2007.08.105

(19) Dudley, G. B.; Engel, D. A.; Ghiviriga, I.; Lam, H.; Poon, K. W. C.; Singletary, J. A. Synthesis of dihydro-*epi*-deoxyarteannuin B. *Org. Lett.* **2007**, *9*, 2839–2842.
http://pubs.acs.org/doi/abs/10.1021/ol070992e

(18) Poon, K. W. C.; Albiniak, P. A.; Dudley, G. B. Protection of alcohols using 2-benzyloxy-1-methylpyridinium trifluoromethanesulfonate: methyl (*R*)-(–)-3-benzyloxy-2-methyl propanoate. *Org. Synth.* **2007**, *84*, 295–305.          (Featured in *ChemFiles* **2007**, *7*, 3.)
http://www.orgsyn.org/orgsyn/pdfs/V84P0295.pdf
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #679674

(17) Lopez, S. S.; Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement of ethoxyalkynyl carbinols. *Synlett* **2007**, 949–953.

9

https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2007-973885

(16) Nwoye, E. O.; Dudley, G. B. A method for the synthesis of *para*-methoxybenzyl (PMB) ethers under effectively neutral conditions. *Chem. Commun.* **2007**, 1436–1437.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=B617926F
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #701440
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(15) Engel, D. A.; Dudley, G. B. Olefination of ketones using a gold(III)-catalyzed Meyer–Schuster rearrangement. *Org. Lett.* **2006**, *8*, 4027–4029.
http://pubs.acs.org/doi/abs/10.1021/ol0616743

(14) Kamijo, S.; Dudley, G. B. Cyclic vinylogous triflate hemiacetals as new surrogates for alkynyl aldehydes. *Tetrahedron Lett.* **2006**, *47*, 5629–5632.
http://dx.doi.org/10.1016/j.tetlet.2006.06.040

(13) Kamijo, S.; Dudley, G. B. Tandem nucleophilic addition/fragmentation reactions and synthetic versatility of vinylogous acyl triflates. *J. Am. Chem. Soc.* **2006**, *128*, 6499–6507.
http://pubs.acs.org/doi/abs/10.1021/ja0608085
(Addition/Correction: *J. Am. Chem. Soc.* **2010**, *132*, 8223.)

(12) Poon, K. W. C.; Dudley, G. B. Mix-and-heat benzylation of alcohols using a bench-stable pyridinium salt. *J. Org. Chem.* **2006**, *71*, 3923–3927.
http://pubs.acs.org/doi/abs/10.1021/jo0602773
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(11) Jones, D. M.; Kamijo, S.; Dudley, G. B. Grignard-triggered fragmentation of vinylogous acyl triflates: synthesis of (Z)-6-heneicosan-11-one, the Douglas fir tussock moth sex pheromone. *Synlett* **2006**, 936–938.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2006-939051

(10) House, S. E.; Poon, K. W. C.; Lam, H.; Dudley, G. B. *p*-Siletanylbenzylidene acetal: oxidizable protecting group for diols. *J. Org. Chem.* **2006**, *71*, 420–422.
http://pubs.acs.org/doi/abs/10.1021/jo052015r

(9) Kamijo, S.; Dudley, G. B. Claisen-type condensation of vinylogous acyl triflates. *Org. Lett.* **2006**, *8*, 175–177.
http://pubs.acs.org/doi/abs/10.1021/ol0527781

(8) Poon, K. W. C.; House, S. E.; Dudley, G. B. A bench-stable organic salt for the benzylation of alcohols. *Synlett* **2005**, 3142–3144.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2005-921898

(7) Briggs, T. F.; Dudley, G. B. Synthesis of the floresolide B hydroquinone lactone core using ring-closing metathesis. *Tetrahedron Lett.* **2005**, *46*, 7793–7796.
http://dx.doi.org/10.1016/j.tetlet.2005.09.023

(6) Salamone, S. G.; Dudley, G. B. A ring expansion approach to roseophilin. *Org. Lett.* **2005**, *7*, 4443–4445.
http://pubs.acs.org/doi/abs/10.1021/ol051730k

(5) Kozytska, M. V.; Dudley, G. B. Siletanylmethyllithium: an ambiphilic organosilane. *Chem. Commun.* **2005**, 3047–3049.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=b503110a

(4) Lam, H.; House, S. E.; Dudley, G. B. The *para*-siletanylbenzyl (PSB) ether: a peroxide-cleavable protecting group for alcohols and phenols. *Tetrahedron Lett.* **2005**, *46*, 3283–3285.
http://dx.doi.org/10.1016/j.tetlet.2005.03.110

10

(3)   Kamijo, S.; Dudley, G. B. A tandem carbanion addition/carbon–carbon bond cleavage reaction yields alkynyl ketones. *J. Am. Chem. Soc.* **2005**, *127*, 5028–5029.
http://pubs.acs.org/doi/abs/10.1021/ja050663m

(2)   Singletary, J. A.; Lam, H.; Dudley, G. B. A succinct method for preparing the Stork–Jung vinylsilane Robinson annulation reagent. *J. Org. Chem.* **2005**, *70*, 739–741.
http://pubs.acs.org/doi/abs/10.1021/jo0480803

(1)   Sunderhaus, J. D.; Lam, H.; Dudley, G. B. Oxidation of carbon–silicon bonds: the dramatic advantage of strained siletanes. *Org. Lett.* **2003**, *5*, 4571–4573.
http://pubs.acs.org/doi/abs/10.1021/ol035695y

### *Research publications from pre- and post-doctoral studies:*

• Mandal, M.; Yun, H.; Dudley, G. B.; Lin, S.; Tan, D. S.; Danishefsky, S. J. Total synthesis of guanacastepene A: a route to enantiomeric control. *J. Org. Chem.* **2005**, *70*, 10619–10637.
http://pubs.acs.org/doi/full/10.1021/jo051470k

• Dudley, G. B.; Danishefsky, S. J.; Sukenick, G. On the use of deuterium isotope effects in chemical synthesis. *Tetrahedron Lett.* **2002**, *43*, 5605–5606.
http://www.sciencedirect.com/science/article/pii/S0040403902011140

• Lin, S.; Dudley, G. B.; Tan, D. S.; Danishefsky, S. J. A stereoselective route to guanacastepene A via a surprising epoxidation. *Angew. Chem., Int. Ed.* **2002**, *41*, 2185–2188.
http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941:12%3C2185::AID-ANIE2185%3E3.0.CO;2-0/full

• Tan, D. S.; Dudley, G. B.; Danishefsky, S. J. Synthesis of the functionalized tricyclic skeleton of guanacastepene A: a tandem epoxide opening β-elimination–Knoevenagel cyclization. *Angew. Chem., Int. Ed.* **2002**, *41*, 2188–2191.
http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941:12%3C2188::AID-ANIE2188%3E3.0.CO;2-J/full

• Dudley, G. B.; Tan, D. S.; Kim, G.; Tanski, J. M.; Danishefsky, S. J. Remarkable stereoselectivity in the alkylation of a hydroazulenone: progress towards the total synthesis of guanacastepene. *Tetrahedron Lett.* **2001**, *42*, 6789–6791.
http://www.sciencedirect.com/science/article/pii/S0040403901013429

• Dudley, G. B.; Danishefsky, S. J. A four-step synthesis of the hydroazulene core of guanacastepene. *Org. Lett.* **2001**, *3*, 2399–2402.
http://pubs.acs.org/doi/full/10.1021/ol016222z

• Dudley, G. B.; Takaki, K. S.; Cha, D. C.; Danheiser, R. L. Total synthesis of (–)-ascochlorin via a cyclobutenone-based benzannulation strategy. *Org. Lett.* **2000**, *2*, 3407–3410.
http://pubs.acs.org/doi/full/10.1021/ol006561c

• Gee, K. R.; Kueper, L. W., III; Barnes, J.; Dudley, G. B.; Givens, R. S. Desyl esters of amino acid neurotransmitters. Phototriggers for biologically active neurotransmitters. *J. Org. Chem.* **1996**, *61*, 1228–1233.
http://pubs.acs.org/doi/full/10.1021/jo951635x

### *Book Chapters and Other Manuscripts:*

(71)  Wu, Y.; Gagnier, J.; Dudley, G. B.; Stiegman, A. E. The "chaperone" effect in microwave-driven reactions. *Manuscript submitted.*

(VII) Hoang, T. T.; Dudley, G. B.; Williams, L. J. Fragmentation Reactions. In *Comprehensive Organic Synthesis,* 2nd Edition; Molander, G., Knochel, P., Eds.; Elsevier: Oxford, 2014; Vol. 6, Chap. 30, 842–860.

(VI)  Dudley, G. B. Silacyclobutane, 1-[4-(bromomethyl)phenyl]-1-methyl- (and alcohol). In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Fuchs, P. L., Charette, A. B., Rovis, T., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01526, Article Online Posting Date: May 3, 2013.

http://onlinelibrary.wiley.com/o/eros/articles/rn01526/frame.html

(V)   Dudley, G. B. 2-(4-Methoxybenzyloxy)-4-methylquinoline. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Charette, A. B., Fuchs, P. L., Molander, G. A., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01183, Article Online Posting Date: October 15, 2010.
      http://onlinelibrary.wiley.com/o/eros/articles/rn01183/frame.html

(IV)  Dudley, G. B. 2-Benzyloxy-1-methylpyridinium trifluoromethanesulfonate. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Paquette, L., Fuchs, P., Crich, D., Molander, G., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn00906, Article Online Posting Date: September 15, 2008.
      http://onlinelibrary.wiley.com/o/eros/articles/rn00906/frame.html

(III) Kozytska, M. V.; Dudley, G. B. Four-membered rings with one silicon, germanium, tin, or lead atom. *Reference Module in Chemistry, Molecular Sciences and Chemical Engineering*, In *Comprehensive Heterocyclic Chemistry III*; Katritsky, A. R., Ramsden, C. A., Scriven, E. F. V., Taylor, R. J. K., Eds., Elsevier: Oxford, 2008; vol 2, pp 513–554.
      http://www.sciencedirect.com/science/article/pii/B97800804492000211X

(II)  Danheiser, R. L.; Dudley, G. B.; Austin, W. F. Product class 13: alkenylketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation*. Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 13, pp 492–568.

(I)   Austin, W. F.; Kowalczyk, J. J.; Dudley, G. B.; Danheiser, R. L. Product class 7: alkylideneketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation*. Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 7, pp 245–258.

***Patents:***

(iii) Hanson, K.; Dudley, G. B. Absolute Stereocontrol of Prochiral Substrates with Chiral Excited State Proton Transfer Dyes. Disclosure (2014).

(ii)  Dudley, G. B. Reagent for synthesis of para-methoxybenzyl (PMB) ethers and associated methods. U.S. Patent No. 7,960,553 (2011).
              1 patent, licensed from FSU by Sigma–Aldrich Chemical Company.

(i)   Dudley, G. B. Compounds and methods of arylmethylation (benzylation) as protection for alcohol groups during chemical synthesis. U.S. Patents 7,754,909 (2010), 7,915,437 (2011), 8,008,531 (2011), 8,334,414 (2012), 8,580,992 (2013).
              5 patents, licensed from FSU by Sigma–Aldrich Chemical Company.

# Research Presentations

**upcoming**
- 57th Groupement d'Etude de Chimie Organique (GECO), Basque Region, France
- TSRC Enabling Technology for Reactions and Processes Conference, Telluride, CO

**2016**
150. West Virginia University, Morgantown
149. Rensselaer Polytechnic Institute, Troy, NY
148. Mona Symposium on Natural Products and Medicinal Chemistry, Kingston, Jamaica

**2015**
147. Pacifichem 2015, Honolulu, HI (*organic*)
146. Pacifichem 2015, Honolulu, HI (*clean energy*)
145. TSRC Enabling Technology for Reactions and Processes Conference, Telluride, CO
144. ACS Florida Meeting, Tampa (*chem ed*)
143. ACS Florida Meeting, Tampa (*organic*)
142. Georgia State University, Atlanta
141. University of California, San Francisco
140. Rigel Pharmaceuticals, San Francisco
139. Auburn University, AL

138. Rutgers University, Piscataway, NJ

**2014**

137. University of Kansas, Lawrence
136. North Carolina Federal Defenders, Raleigh, NC
135. CEM Corporation, Matthews, NC
134. University of North Carolina, Greensboro
133. Wake Forest University, Winston-Salem, NC
132. University of California, Merced
131. Utah State University, Logan
130. Brigham Young University, Provo, UT
129. Cubist Pharmaceuticals, Lexington, MA
128. Ensemble Pharmaceuticals, Cambridge, MA
127. TSRC Accelerating Reaction Discovery Conference, Telluride, CO
126. Natural Products Gordon Conference
125. Organic Reactions Gordon Conference
124. National Federal Defenders Convention, Cleveland, OH
123. Florida Heterocyclic Conference, Gainesville
122. Florida State University, Tallahassee

**2013**

121. Lebanese University, Beirut
120. University of New Mexico, Albuquerque
119. New Mexico State University, Las Cruces
118. University of South Alabama, Mobile
117. University of West Florida, Pensacola

**2012**

116. Max Plank Institute, Potsdam, Germany
115. University of Hannover, Germany
114. Technical University, Dortmund, Germany
113. Louisiana State University, Baton Rouge
112. Notre Dame University, South Bend, IN
111. University of Chicago, IL
110. University of Illinois, Chicago
109. University of New Hampshire, Durham
108. Dartmouth College, Hanover, NH
107. University of the South, Sewanee, TN
106. University of Tennessee, Knoxville
105. Middle Tenn State Univ, Murfreesboro, TN
104. ACS National Meeting, Philadelphia, PA
103. ACS National Meeting, Philadelphia, PA
102. ACS Florida Meeting, Tampa
101. Organic Faculty of Florida Conference
100. FAMU-FSU Engineering, Tallahassee
99. FSU Biomedical Sciences Symposium

**2011**

98. University of Virginia, Charlottesville
97. Univ of Mary Washington, Fredericksburg, VA
96. ACS Southeast Meeting, Richmond, VA

95. NanoFlorida Conference, Miami, FL
94. University of Houston, TX
93. University of Texas, San Antonio
92. University of Minnesota, Twin Cities
91. University of Minnesota, Duluth
90. North Dakota State University, Fargo
89. NSERC-CREATE Program, Ottawa, Canada
88. University of Ottawa, Canada
87. Florida Heterocyclic Conference, Gainesville

**2010**

86. Federal University of Ouro Preto, Brazil
85. Federal University of Minas Gerais, Brazil
84. Federal University of Fluminense, Brazil
83. Federal University of Rio de Janeiro, Brazil
82. UNICAMP, Campinas, Brazil
81. University of Sao Paulo, Brazil
80. Sunrise Rotary Club, Tallahassee, FL
79. Tallahassee Economic Develop. Council, FL

**2009**

78. University of Toledo, Ohio
77. Wayne State University, Detroit, MI
76. University of California, Berkeley
75. Rigel Pharmaceuticals, San Francisco, CA
74. FSU College of Medicine, Tallahassee
73. Univ of Southern Mississippi, Hattiesburg
72. University of South Florida, Tampa
71. Natural Products Gordon Conference
70. Innovation Park, Tallahassee, FL
69. University of Oregon, Eugene
68. Oregon State University, Corvallis
67. Berry College, Mt Berry, GA

**2008**

66. BioFine Chemical Process Design Conference, Sanibel Island, FL
65. ACS Southeast Meeting, Nashville, TN
64. University of Vermont, Burlington
63. Schering–Plough Research, Cambridge, MA
62. Nanyang Technical University, Singapore
61. A*Star Institute of Chemical and Engineering Sciences, Singapore
60. National University of Singapore
59. Chulabhorn Research Institute, Thailand
58. Chulalongkorn Univ, Bangkok, Thailand
57. Schering–Plough Research, Kenilworth, NJ
56. ACS Florida Meeting, Orlando
55. U of British Columbia, Vancouver, Canada
54. Simon Fraser University, Burnaby, Canada
53. University of Washington, Seattle
52. Organic Faculty of Florida Conference
51. Texas Christian University, Fort Worth

13

50. University of Texas, Arlington
49. U of Texas Southwestern Med Center, Dallas

**2007**

48. Florida State University, Tallahassee
47. International Conference on the Chemistry of Antibiotics (ICCA-X), Nashville, TN
46. ACS Florida Meeting, Orlando
45. University of Wisconsin, Milwaukee
44. Marquette University, Milwaukee, WI
43. ACS National Meeting, Chicago, IL
42. University of Pennsylvania, Philadelphia
41. University of California, Santa Barbara
40. University of California, San Diego
39. Emory University, Atlanta, GA
38. Tennessee State University, Nashville

**2006**

37. University of Arkansas, Fayetteville
36. University of Delaware, Wilmington
35. Temple University, Philadelphia, PA
34. ACS Southeast Meeting, Augusta, GA
33. East Carolina Univ, Greenville, NC
32. ACS National Meeting, San Francisco, CA
31. Organic Reactions Gordon Conference
30. Eli Lilly Pharmaceuticals, Indianapolis, IN
29. ACS Florida Meeting, Orlando
27. Organic Faculty of Florida Conference
27. Univ of North Florida, Jacksonville
26. Vanderbilt University, Nashville, TN
25. Austin Peay State Univ, Clarksville, TN

24. Merck Research, Rahway, NJ
23. Univ of North Carolina, Chapel Hill
22. GlaxoSmithKline, RTP, NC
21. Duke University, Durham, NC

**2005**

20. Univ of Massachusetts, Amherst
19. Smith College, Northampton, MA
18. University of Connecticut, Storrs
17. University of Houston, TX
16. University of Florida, Gainesville
15. University of Georgia, Athens
14. Gulf Coast Chemistry Conference
13. Natural Products Gordon Conference
12. University of Alabama, Tuscaloosa
11. University of West Florida, Pensacola

**2004**

10. Rutgers University, New Brunswick, NJ
9. Barry University, Miami, FL
8. Southern University, Baton Rouge, LA
7. Kenesaw State University, Kenesaw, GA
6. ACS Florida Meeting, Orlando
5. Organic Faculty of Florida Conference

**2003**

4. Florida Institute of Technology
3. College of Charleston, SC
2. Florida International University, Miami
1. University of Miami, FL

# Financial Support

## Current Funding

- 09/2013–08/2017 *Synthesis of high-value alkynes*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1300722 ($450,000 total; $336,615 direct)
  Role: PI (80%); co-PI: Igor Alabugin (20%)

## Prior Funding

- 07/2011–08/2013 *New fragmentation reactions and strategies for chemical synthesis*
  Source: FSU Research Foundation
  Award (Amount): FSU-BRIDGE ($84,814)
  Role: PI

- 07/2008–06/2011 *New fragmentation reactions and strategies for chemical synthesis*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 0749918 ($378,000 total; $272,677 direct)
  Role: PI

- 05/2011–08/2011 *Microwave-actuated organic reagents*
  Source: FSU Committee on Faculty Research Support (COFRS)

Award (Amount): Faculty Summer Awards ($14,000)
Role: PI

- 04/2010–03/2011 *Developing scholar award*
    Source: FSU Council on Research Creativity (CRC)
    Award (Amount): Developing Scholars 2010 Award ($10,000)
    Role: PI

- 01/2008–12/2008 *Organic Reagents for Current and Future Markets*
    Source: FSU Research Foundation
    Award (Amount): GAP award ($46,400)
    Role: PI

- 07/2005–06/2008 *Organic Synthesis and Methodology for Roseophilin, A Pharmacologically Active Natural Product*
    Source: James and Ester King Biomedical Research Program, Florida Department of Health
    Award (Amount): FBRP-DOH, 016272 ($450,000 total; $429,618 direct)
    Role: PI

- 01/2004–12/2007 *Ring Expansion Strategies for Preparing Cyclophanes: Concise Syntheses of Roseophilin and Floresolide A*
    Source: Research Corporation
    Award (Amount): Research Innovation Award, RI1161 ($35,000)
    Role: PI

- 06/2005–08/2007 *An Allene-Centered Pericyclic Reaction Sequence for the Synthesis of the Cyathane Diterpenes*
    Source: American Chemical Society, Petroleum Research Fund
    Award (Amount): PRF Type G, 42180-G1 ($35,000)
    Role: PI

- 05/2004 *Synthesis of Cytotoxic Cyclophanes: Haouamine A*
    Source: Oak Ridge Associated Universities
    Award (Amount): Ralph E. Powe Junior Faculty Enhancement Award ($10,000)
    Role: PI

- 05/2003–08/2003 *New Reagents for Organic Synthesis: Strained Silacycles*
    Source: FSU Council for Research and Creativity (CRC)
    Award (Amount): First Year Assistant Professor Award ($12,000)
    Role: PI

# Expert Witness and Legal Consulting

***Representative Reports:***

- *Brief Of Expert Forensic Scientists As Amici Curiae In Support Of Petitioner Stephen McFadden* (Stephen Dominick McFadden v. United States of America)
    - Amicus Brief to the Supreme Court of the United States
    - Counsel of Record: Prof. Gerald M. Finkel, Charleston School of Law
- *Scientific analysis and opinion on the "substantially similar" standard for Prong One of the definition of Controlled Substance Analogues*
- *Scientific considerations relevant to the Analogue statute*
- *Sentencing guideline considerations for synthetic cannabinoids*
- *Sentencing guideline considerations for methylone*
- *Sentencing guideline considerations for ethylone*
- *Is dibutylone a "positional isomer" of pentylone?*

15

- *Structural analysis of PB-22 as a possible analogue of JWH-018*
- *The chemical structure of AB-Pinaca and its status as a possible controlled substance analogue of ADB-Pinaca*
- *Expert opinion [on] the comparative pharmacology of JWH-018 and XLR-11*
- *Expert opinion [on] the comparative pharmacology of AB-FUBINACA and FUB-AMB*
- *Expert opinion [on] the comparative pharmacology of AM-694 and AM-2233*
- *Comparative analysis of JWH-018, UR-144, and XLR-11 (5F-UR-144)*
- *Summary of scientific opinion on chemical structures*
- *Past and present applications of the Analogue statute*

### *Expert Witness Experience:*

20. United States Federal Court, Middle District of Florida, Tampa, 2016-07-15
    Case 8:15-cr-00410-JDW-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Omar Zeidan Zeidan
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the preparation, chemical structure, molecular pharmacology, and effects on the central nervous system of the synthetic cannabinoids XLR-11 and AB-FUBINACA as ingredients of so-called "synthetic marijuana" or "Spice" as compared to actual marijuana and THC.

19. United States Federal Court, Southern District of Florida, West Palm Beach, 2016-05-20
    Case 2:15-80068-CR-Rosenberg: *Sentencing hearing for a criminal proceeding*
    Defendant: Kevin Raphael Bully
    Proffered and qualified as an expert in chemistry
    Provided expert testimony and opinion on the chemical structures of controlled substances methylenedioxyethcathinone (MDEC, ethylone) and $\alpha$-pyrrolidinovalerophenone ($\alpha$-PVP) and their respective similarities and differences with respect to substances referenced in the Guidelines Manual for the purposes of sentencing considerations.

18. United States Federal Court, Middle District of Florida, Tampa, 2016-05-18
    Case 8:15-cr-00064-CEH-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Saher Abdullah
    Qualified as an expert in chemistry; testified on molecular structure and pharmacology
    Provided expert testimony and opinion on the preparation, molecular pharmacology, and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC.

17. United States Federal Court, District of New Mexico, Santa Fe, 2016-05-10
    Case 1:12-cr-001766 MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Hussein Al-Omari
    Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, UR-144, 4-MEC, and $\alpha$-PVP, which were alleged to be Controlled Substance Analogues (*charges dropped prior to hearing*).

16. United States Federal Court, Middle District of Florida, Ft. Myers, 2016-03-28
    Case 2:15-cr-00004-SPC-CM: *Sentencing hearing for a criminal proceeding*
    Defendant: Travis Riddle
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the controlled substance dimethyltryptamine (DMT): extraction from natural sources, methods of abuse, and pharmacological effects

16

15. United States Federal Court, District of Utah, Salt Lake City, 2016-02-29
    Case 2:13-cr-00780-CW-DBP: *Daubert hearing for experts in a criminal proceeding*
    Defendant: Muhammad Mansoor
    Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, JWH-122, MAM-2201, UR-144, XLR-11, and 5-MeO-DALT, which were alleged to be Controlled Substance Analogues (*charges dropped at the start of the hearing*).

14. United States Federal Court, Southern District of Florida, West Palm Beach, 2015-12-11
    Case 2:15-cr-14034-DMM: *Sentencing hearing for a criminal proceeding*
    Defendant: Saiful Hossain
    Proffered and qualified as an expert in molecular pharmacology
    Provided expert testimony and opinion on molecular pharmacology and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC

13. State of Florida 15th Judicial Circuit, Palm Beach County, 2015-11-05
    Case No. 2013CF009053BMB: *Criminal trial by jury*
    Defendant: William Sands
    Expert testimony in the areas of forensic chemistry and drug science
    Provided expert testimony and opinion on substances alleged to be synthetic marijuana, and on the forensic detection and analysis of the controlled substance PB-22

12. United States Federal Court, Southern District of Florida, Miami, 2015-10-23
    Case 2:15-20350-CR: *Sentencing hearing for a criminal proceeding*
    Defendant: Mario Malespin
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

11. United States Federal Court, District of New Mexico, Albuquerque, 2015-07-07
    Case 1:13-cr-00571-MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Nathan Coccimiglio
    Proffered and qualified as an expert in chemistry
    Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances including AM-2201, AM-694, JWH-250, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

10. United States Federal Court, Middle District of Florida, Tampa, 2015-05-05
    Case 8:14-cr-00409-CEH-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Wagner Cruz
    Qualified as an expert in chemistry; testified on chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

9. United States Federal Court, Middle District of Florida, Ft. Myers, 2015-04-28
    Case 2:14-CR-79-FIM-38DNF: *Sentencing hearing for a criminal proceeding*
    Defendant: Ferenc Palfalvi
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

8. United States Federal Court, Middle District of Florida, Tampa, 2015-01-27
   Case 8:14-cr-00387-VMC-TBM: *Sentencing hearing for a criminal proceeding*
   Defendant: (Attorney: Dionja Dyer)
   Proffered and qualified as an expert in chemistry and pharmacology
   Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

7. United States Federal Court, District of Nevada, Las Vegas, 2014-12-03
   Case 2:13-cr-00255-JAD-GWF: *Sentencing hearing for a criminal proceeding*
   Defendant: Syvilay Thannavongsa
   Proffered and qualified as an expert in chemistry (telephonic testimony)
   Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

6. United States Federal Court, Middle District of Florida, Tampa, 2014-11-18
   Case 8:13-cr-00421-MSS-TGW: *Sentencing hearing for a criminal proceeding*
   Defendant: John McGuire
   Proffered and qualified as an expert in chemistry
   Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

5. United States Federal Court, Eastern District of New York, Brooklyn, 2014-08-20
   Case 13CR00570 (JBW): *Sentencing hearing for a criminal proceeding*
   Defendant: Chin Chong
   Proffered and qualified as an expert in chemistry (telephonic testimony)
   Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

4. United States Federal Court, District of Minnesota, Minneapolis, 2013-09-30
   CASE 0:12-cr-00305-DSD-LIB: *Criminal trial by jury*
   Defendant: James Robert Carlson
   Testified as an expert in chemistry and pharmacology
   Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances including AM-2201, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

3. State of Louisiana 22nd Judicial District Court, Parish of St Tammany, 2013-02-06
   Case No. 524706/7 D: *Hearing on a motion to quash a criminal indictment*
   Defendant: David D'Aquin
   Proffered and qualified as an expert in chemistry and pharmacology
   Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances of UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

2. United States Federal Court, Eastern District of Wisconsin, Milwaukee, 2013-02-28
   Case 2:12-cv-01186-RTR: *Hearing on a petition for return of property*
   Petitioner: The Smoke Shop, LLC
   Proffered and qualified as an expert in chemistry and pharmacology
   Provided expert testimony and opinion on the chemical structure and pharmacological effects of UR-144 and XLR-11, alleged to be Controlled Substance Analogues of JWH-018

1. United States Federal Court, Middle District of Florida, Orlando, 2012-12-06

18

6:12-cr-209-Orl-37DAB: *Joint hearing on a motion to dismiss a criminal indictment and a petition for return of property*
Defendants: Ilan Fedida and Timothy Hummel
Attended the hearing and wrote a brief on scientific considerations for the Court

19