**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-14002-CR-ROSENBERG/LYNCH**

**UNITED STATES OF AMERICA,**

**v.**

**JULUIS ANDREW REASON III,**

**NATASHIA DENISE THAMES, and**

**VENTERIA LEANET REASON,**

**Defendants.**
**_________________________________/**

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY- TRECKI**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed.R.Crim.P. 16(a)(1)(E) of the Government's intent to to call expert witnesses at the sentencing hearing, currently scheduled for December 8, 2016, at 11:00 a.m., regarding: regarding: (1) the analysis of controlled substances that are relevant to the charges in this case, to wit: ethylone and dibutylone, such analysis to include the chemical structure and pharmacological/neurological effect of each of them in relation to their similarities to any Schedule I or II controlled substances, such as MDEA and MDMA; and (2) the analysis of substances found within certain items seized in this case to determine whether any of them contain any of the foregoing controlled substance, including, without limitation, ethylone and dibutylone.

Pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, the Government hereby provides notice of its intent to call at trial Dr. Jordon Trecki as an expert witness regarding the pharmacological/neurological effect of the foregoing controlled substances that are relevant to this case; namely, whether the

pharmacological/neurological effect(s) of each of them is substantially similar to or greater than that of a Schedule I controlled substance (e.g., MDEA and MDMA). Dr. Trecki is a Pharmacologist with the U.S. Department of Justice, Drug Enforcement Administration, Drug and Chemical Evaluation Section (ODE) in Arlington, Virginia. The Government expects Dr. Trecki to testify regarding ethylone, and dibutylone, each of their substantially similar qualities, in chemical structure and pharmacological/neurological effect(s), to a Schedule I controlled substance. Said testimony is summarized in his Rule 16 summary, previously provided to counsel.

The Government expects Dr. Trecki to testify regarding his education, training and experience, and each of their substantially similar qualities, in chemical structure and pharmacological/neurological effect(s), to a Schedule I controlled substance. His qualifications for such testimony is summarized in his curriculum vitae, previously provided to counsel.

**Conclusion**

You are hereby advised that the above is a summary only, and not an exhaustive explanation of the scientific terminology, the tests performed, and the results noted.

**DEMAND FOR RECIPROCAL DISCOVERY:** Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at sentencing, describing the witness' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications. The government submits it has fully complied with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(E) with respect to the witness referenced above. If defense counsel believes the government's response to be deficient in any way,

please immediately contact the undersigned.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By s/ Carmen M. Lineberger
CARMEN M. LINEBERGER (Court No. A501180)
Email: carmen.lineberger@usdoj.gov
Assistant United States Attorney
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, Florida 34950
TEL: 772-466-0899
FAX: 772-466-1020
Attorney for Plaintiff U.S.A.

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 1, 2016, I electronically filed the foregoing *GOVERNMENT'S NOTICE OF EXPERT TESTIMONY- TRECKI* with the Clerk of the Court using CM/ECF electronic filing system.

s/ Carmen M. Lineberger
CARMEN M. LINEBERGER
Assistant U.S. Attorney