**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-14002-CR-ROSENBERG/LYNCH**

_____

**UNITED STATES OF AMERICA,**

    **-v-**

**JULIUS ANDREW REASON, III, and**
**VENTERIA LEANET REASON,**

        **Defendants.**

_____

**DEFENDANTS VENTERIA LEANET REASON and JULIUS REASON'S**
**AMENDED NOTICE OF EXPERT WITNESS**

Defendant Venteria Leanet Reason, jointly with defendant Julius Reason, by undersigned counsel, file this amended notice of expert witness and summary pursuant to Fed. R. Crim. P. 16(b)(1)(C) and the Court's Paperless Order Following Status Conference, dated December 9, 2016. The Notice is being amended to include the areas as to which Dr. Dudley's expert testimony will be proffered.

In connection with sentencing in this case, we will call to testify as an expert witness Gregory B. Dudley, Ph.D. Dr. Dudley's Curriculum Vitae, setting out his qualifications to serve as an expert witness, is attached as Exhibit A to this Notice. Dr. Dudley will be proffered as an expert in the areas of (1) medicinal chemistry, including design, synthesis, and properties of drug-like molecules, which in this case is relevant to issues involving chemical structure, (2) pharmacological effects, and (3) proper methods of scientific inquiry.

Dr. Dudley will offer expert testimony regarding the proper marijuana equivalency for dibutylone and ethylone. His anticipated testimony is summarized in the following documents, attached hereto as Exhibits B and C:

1

Exhibit B:  Sentencing Guidelines Considerations for Dibutylone, with Appendices A and

B;

Exhibit C:   Sentencing Guidelines Considerations for Ethylone.

Dated: December 30, 2016                                Respectfully submitted,

                                                        s/ Julie Prag Vianale
                                                        Julie Prag Vianale (FBN 0184977)
                                                        Attorney for Venteria Reason
                                                        Vianale & Vianale LLP
                                                        5550 Glades Road, Suite 500
                                                        Boca Raton, FL  33431
                                                        Tel: (561) 392-4750
                                                        jvianale@vianalelaw.com

                                                        Jonathan S. Friedman, P.A.
                                                        Attorney for Julius Reason
                                                        One East Broward Blvd., Ste 925
                                                        Fort Lauderdale, Florida 33301
                                                        Telephone: (954) 713-2820
                                                        Facsimile: (954) 713-2894
                                                        JFriedmanlawfirm@gmail.com
                                                        /s/ Jonathan S. Friedman, Esq.
                                                        Fla. Bar Number: 973297

## CERTIFICATE OF SERVICE

        Undersigned counsel hereby certifies that she filed the foregoing document on December
30, 2016 using the Court's CM-ECF system, which will cause a true and correct copy to be sent
electronically to:

Carmen Lineberger
Assistant United States Attorney
101 South U.S. Highway 1
Suite 3100
Ft. Pierce FL  34950
carmen.lineberger@usdoj.gov

                                                        s/ Julie Prag Vianale
                                                        Julie Prag Vianale (FBN 1084977)
                                                        Vianale & Vianale LLP
                                                        5550 Glades Road, Suite 500
                                                        Boca Raton, FL  33431
                                                        Tel: (561) 392-4750

Exhibit A

# Gregory B. Dudley, Ph.D.

| | |
|---|---|
| **Eberly Family Distinguished Professor** and | **Department Chair** |
| C. Eugene Bennett Department of Chemistry | Office: 222 Clark Hall |
| Eberly College of Arts and Sciences | Phone: (304) 293-0179 |
| West Virginia University | Email 1: gregory.dudley@mail.wvu.edu |
| Morgantown, WV 26506-6045 | Email 2: gdudley@chem.fsu.edu |

## Professional Appointments

**West Virginia University, Morgantown, WV**

- Chair, C. Eugene Bennett Department of Chemistry     2016–present
- Eberly Family Distinguished Professor of Chemistry     2016–present
  http://www.chemistry.wvu.edu/dudley
- Faculty Member, Blanchette Rockefeller Neurosciences Institute     2016–present
  http://neuroscience.wvu.edu/people/faculty/dudley (coming soon)

**Florida State University, Tallahassee, FL**

- Professor of Chemistry and Biochemistry     2015–2016
- Associate Department Chair     2012–2016
- Associate Professor of Organic Chemistry     2008–2015
  Raymond Cottrell Family Professor     2008–2012
- Assistant Professor of Organic Chemistry     2002–2008
  http://www.chem.fsu.edu/dudley/index.html

**Florida A&M University, Tallahassee, FL**

- Graduate Faculty of Pharmacy and Pharmaceutical Sciences     2016

**University of Ottawa, Canada**

- Visiting Professor of Organic Chemistry     2011

## Education and Professional Development

**Sloan-Kettering Institute for Cancer Research, New York, NY**

- NIH Postdoctoral Fellow, 2000–2002
- Molecular Pharmacology and Chemistry Program
- *Advisor:* Professor Samuel J. Danishefsky
- Research Topic: *Total Synthesis of Guanacastepene A*

**Massachusetts Institute of Technology, Cambridge, MA**

- September 1995 to August 2000
- Ph.D. in Organic Chemistry
- *Research Advisor:* Professor Rick L. Danheiser
- Thesis: *A Total Synthesis of (–)-Ascochlorin*

1

**Florida State University, Tallahassee, FL**
- August 1991 to May 1995
- B.A. degree in Chemistry, with Honors - *magna cum laude*
- *Research Advisor:* Professor Martin A. Schwartz

**University of Kansas, Lawrence, KS**
- June 1994 to August 1994
- NSF-REU (Research Experience for Undergraduates) Program
- *Research Advisor:* Professor Richard S. Givens

# Honors and Awards

- Eberly Family Distinguished Professorship, West Virginia University, 2016–present
- *Syngenta* Lecturer, Groupe D'Etudes de Chemie Organique 57, Ascain, France, 2016
- *CEM Corporation* Lecturer, Georgia State University, 2015
- *Organic Syntheses* Lecturer, University of New Hampshire, 2012
- Raymond Cottrell Family Professor, 2008–2012
- Highlighted in Florida Trend Magazine, "Person to Watch", 2010
- FSU Developing Scholar Award, 2010
- FSU Undergraduate Teaching Award, 2010
- FSU Research Foundation GAP Award, 2008
- FSU Innovator Award, 2006, 2007, 2008, 2010, 2012
- Featured in Tallahassee Magazine, "The New Establishment", 2006
- Thieme Publishers Journal Award, 2006
- ORAU Ralph E. Powe Junior Faculty Enhancement Award, 2004
- Research Corporation Research Innovation Award, 2004
- FSU First-Year Assistant Professor Award, 2003
- NIH Postdoctoral Fellowship, 2000–2002
- Bristol-Myers Squibb Predoctoral Fellowship, 1999–2000
- Roche Award for Excellence in Organic Chemistry, 1999
- Boehringer Ingelheim Predoctoral Fellowship, 1997–1998
- MIT Chemistry Outreach Fellowship, 1997

# Professional Activities

- Department Chair: Bennett Department of Chemistry, 2016–present
  Responsible for management and leadership direction of the chemistry department in keeping with the mission and vision of WVU.
- Conference Organizer: Enabling Technology for Reactions and Processes, 2015–present
  Initiated and help coordinate an annual workshop for synthetic and physical organic chemists on modern tools and methods for chemical synthesis. This workshop is part of the Telluride Science Research Center (TSRC) summer conference series in Telluride, CO.
- Professional Member of the AAAS, 2014–present
  American Association for the Advancement of Science
- Member of the ACS, 1996–present
  American Chemical Society
- Associate Chair: FSU Department Curriculum, 2012–2016

2

Responsible for curriculum design, teaching assignments, instructor supervision, course creation and approval, and other duties.
• Faculty Advisor: FSU Chemistry Outreach, 2004–2013
    Initiated and currently serve as faculty mentor for a program in which graduate students visit area high schools, interact with students in the chemistry classes, and perform demonstrations
• Faculty Advisor: FSU Alpha Phi Omega, 2007–2013
    Serve as faculty advisor and mentor for the FSU chapter of Alpha Phi Omega (AΦΩ), the national undergraduate service fraternity
• Faculty Advisor: FSU BioDiesel Initiative, 2008–2010
    Served as faculty advisor and mentor for a group of undergraduate students as they built a reactor for converting used fry grease into usable biodiesel fuel for campus vehicles
• Faculty Advisor: FSU ChemPreneurs pilot program, 2009
    Led a ChemPreneur team, comprising a chemistry graduate student and a business school entrepreneur student, in the development of a business plan based on chemical technology

# Classroom Teaching

*Florida State University*
    • Instructor: General Chemistry I, CHM 1045C
        Course Description: introductory chemistry course for science majors (2004–2005, 2007)
    • Instructor: Survey of Organic Chemistry, CHM 2200
        Course Description: one-semester organic chemistry for allied health majors (2011–2013)
    • Instructor: Organic Chemistry I, CHM 2210
        Course Description: introductory undergraduate organic chemistry course (2010, 2015x2)
    • Instructor: Organic Chemistry II, CHM 2211
        Course Description: second-semester undergraduate organic chemistry course (2009)
    • Instructor: Honors Organic Chemistry I, CHM 2210
        Course Description: undergraduate organic chemistry course for honors students (2007–2008)
    • Instructor: Honors Organic Chemistry II, CHM 2211
        Course Description: undergraduate organic chemistry course for honors students (2008–2009)
    • Instructor: Advanced Organic Chemistry — Reactions, CHM 5226
        Course Description: graduate course on important organic methodology (2002–2006, 2011)
    • Instructor: Synthetic Organic Chemistry, CHM 5250
        Course Description: graduate course on organic reactions and synthesis (2014x2)
    • Instructor: Chemical Reactivity — Bioorthogonal Chemistry, CHM 5555
        Course Description: graduate course on a cutting-edge topic in the chemical sciences (2012)
*University of Ottawa*
    • Instructor: Advanced Topics in Organic Chemistry: Alkynes, CHM 8304J (2011)
        Course Description: graduate course on modern alkyne chemistry (2011)

# Research Associates

*Graduate Students*

| Ron R. Ramsubhag | 6th year student | University of Connecticut |
| Alec E. Morrison | 5th year student | Worcester Polytechnic Institute, MA |
| Nicholas J. Kramer | 4th year student | Ramapo College of New Jersey |
| Joshua Gagnier | 4th year student | East Carolina University |
| Harvey Fulo | 1st year student | University of the Philippines |

3

*Undergraduate Students*

|  |  |
|---|---|
| Stephen Lu | 08/2016 – present |
| Misty Hamilton | 08/2016 – present |

## Previous Group Members

*Former postdoctoral associates:*

Prof. Gaspar Diaz Muñoz, 01/2012–01/2013
Dr. Jumreang Tummatorn, 12/2009–06/2011
Dr. Philip A. Albiniak, 08/2006 – 02/2009
Dr. Jeannie H. Jeong, 08/2007 – 12/2008
Dr. Sreenivas Katukojvala, 08/2005–07/2006

Dr. Kevin Wing C. Poon, 01/2004 – 06/2006
Dr. Shin Kamijo, 01/2004 – 03/2006
Dr. Timothy F. Briggs, 10/2003 – 10/2005
Dr. Hubert T.-C. Lam, 01/2003 – 09/2005

*Former graduate students:*

Paratchata "Tae" Batsomboon, Ph.D. 2016
Tung Hoang, Ph.D. 2015
Rimantas Slegeris, Ph.D. 2015
Michael R. Rosana, Ph.D. 2014
Marilda P. Lisboa, Ph.D. 2013
Jingyue Yang, Ph.D. 2011
Sami F. Tlais, Ph.D. 2011
David M. Jones, Ph.D. 2009

Douglas A. Engel, Ph.D. 2009
Mariya V. Kozytska, Ph.D. 2008
Susana S. Lopez, M.S. 2009
Daniella M. Barker, M.S. 2009
Dena R. Hodges, M.S. 2008
Ernest O. Nwoye, M.S. 2008
Samuel G. Salamone, M.S. 2005

*Selected former undergraduate students:*

Chelsea Massaro, B.S. Honors 2016
Apiwat Wangweerawong, B.S. Honors 2011
Cecelia C. O'Leary, B.S. Honors 2010
Sarah E. House, B.S. Honors 2005
James D. Sunderhaus, B.S. Honors 2003
Andrew Janeczek, B.S. 2016
Christina Dadich, B.S. 2015
Taylor Southworth, B.S. 2013
Colleen Keohane, B.S. 2013
Rojay Gordon, B.S. 2013
Janet Simon, B.S. 2012
Claudia R. Avalos, B.S. 2010
Shawn M. Amisial, B.S. 2007
Jeananne A. Singletary, B.S. 2004

*CHM 1051L (honors freshmen) students*:
Margaret E. Matthews (2007), Joseph P. Hernandez (2007), Alyson W. West (2008), Edward F. Kuester (2008), James Hoang (2013), Jillian Jones (2013)

*Visiting and exchange students:*
Mélodie Birepinte (2016), Suzan Al-Anwar (2015), Vincent Vedovato (2014), Andrew Royappa (2013), Vitchaphol "Ton" Motaneeyachart (2012), Sanpitcha "Jae" Siangsuebchart (2012), Cristiano Leandro (2012), Teng-wei Wang (2011), Tanit Intaranukulkit (2011), Thitiya "Whan" Patarakosol (2009), Viriya "Joy" Boonmuang (2009), Jumreang Tummatorn (2007 – 2008), Maureen K. Reilly (2006)

## Student Dissertations and Theses (with type and title)

Paratchata "Tae" Batsomboon (PhD, 2016) *"Part I: Fragmentation reactions generating acyclic and cyclic alkynes. Part II: A second-generation formal synthesis of palmerolide A."*

Tung Hoang (PhD, 2015) *"Tandem processes involving an alkynogenic fragmentation and applications in sesquiterpene syntheses"*

Rimantas Slegeris (PhD, 2015) *"Process improvements in the total chemical synthesis of progesterone, and other synthetic studies"*

Michael R. Rosana (PhD, 2014) *"Selective heating of polar solutes in a homogeneous solution: evidence of microwave-specific effects and a method to quantify these effects"*

4

Marilda P. Lisboa (PhD, 2013) *"Formal synthesis of palmerolide A using fragmentation methodology"*

Jingyue Yang (PhD, 2011) *"Anionic rearrangement of 2-benzyloxypyridine derivatives and a synthetic approach to aldingenin B"*

Sami F. Tlais (PhD, 2011) *"I. para-Siletanylbenzyl (PSB) protecting group II. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolides H, E, and F"*

David M. Jones (PhD, 2009) *"Addition / C–C bond cleavage reactions of vinylogous acyl triflates and their application to natural products synthesis"*

Douglas A. Engel (PhD, 2009) *"Organic synthesis and methodology related to the malaria drug artemisinin"*

Mariya V. Kozytska (PhD, 2008) *"I. Siletanylmethyllithium, an ambiphilic siletane. II. Synthetic approach to basiliolide B"*

Susana S. Lopez (MS, 2009) *"Methodology for the olefination of aldehydes and ketones via the Meyer-Schuster reaction"*

Samuel G. Salamone (MS, 2005) *"A ring expansion approach to roseophilin"*

Chelsea Massaro (BS, Honors 2016) *"gem-Dimethylcyclopentane-fused pharmacophores"*

Apiwat Wangweerawong (BS, Honors 2011) *"Scope of a novel [1,2]-anionic rearrangement of 2-benzyloxypyridine derivatives"*

Cecelia C. O'Leary (BS, Honors 2010) *"A novel protocol for the synthesis of aryl Grignard reagents at low heat"*

Sarah E. House (BS, Honors 2005) *"para-Siletanylbenzyl: a novel hydroxyl protecting group"*

# Publications

## *Dudley Lab Original Research Publications:*

(71)  Wu, Y.; Gagnier, J.; Dudley, G. B.; Stiegman, A. E. The "chaperone" effect in microwave-driven reactions. *Chem. Commun.* **2016**, *52*, 11281–11283.
http://pubs.rsc.org/en/content/articlelanding/2016/cc/c6cc06032c#!divAbstract

(70)  Ramsubhag, R. R.; Massaro, C. L.; Dadich, C. M.; Janeczek, A. J.; Hoang, T. T.; Mazzio, E. A.; Eyunni, S.; Soliman, K. F. A.; Dudley, G. B. Synthesis of "neoprofen", a rigidified analogue of ibuprofen, exemplifying synthetic methodology for altering the 3-D topology of pharmaceutical substances. *Org. Biomol. Chem.* **2016**, *14*, 7855–7858. (Contributed by invitation to themed collection, *Contemporary Synthetic Chemistry in Drug Discovery*)
http://pubs.rsc.org/en/content/articlelanding/2016/ob/c6ob01351a

(69)  Morrison, A. E.; Hrudka, J. J.; Dudley, G. B. Thermal cycloisomerization of putative allenylpyridines for the synthesis of isoquinoline derivatives. *Org. Lett.* **2016**, *18*, 4104–4107.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b02034

(68)  Batsomboon, P.; Dudley, G. B. Synthesis of C1-C15 of palmerolide A: tactical advances that can lead to better design strategies for polyketide synthesis. *Tetrahedron Lett.* **2016**, *57*, 3757–3759.
http://www.sciencedirect.com/science/article/pii/S0040403916308358

(67)  Hoang, T. T.; Birepinte, M.; Kramer, N. J.; Dudley, G. B. Six-step synthesis of alcyopterosin A, a bioactive illudalane sesquiterpene with a *gem*-dimethylcyclopentane ring. *Org. Lett.* **2016**, *18*, 3470–3473.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b01665

5

(66) Slegeris, R; Dudley, G. B. Alternative synthetic approaches to *rac*-progesterone by way of the classic Johnson cationic polycyclization strategy. *Tetrahedron* **2016**, *72*, 3666–3672.
(Symposium in Print special issue)
http://www.sciencedirect.com/science/article/pii/S0040402016301739

(65) Ramsubhag, R. R.; Dudley, G. B. Orthogonal dual-click diyne for CuAAC and/or SPAAC couplings. *Org. Biomol. Chem.* **2016**, *14*, 5028–5031.
http://pubs.rsc.org/en/content/articlelanding/2014/ob/c6ob00795c

(64) Wright, A. K.; Batsomboon, P.; Dai, J.; Hung, I.; Zhou, H.-X.; Dudley, G. B.; Cross, T. A. Differential binding of rimantadine enantiomers to influenza A M2 proton channel. *J. Am. Chem. Soc.* **2016**, *138*, 1506–1509.
http://pubs.acs.org/doi/abs/10.1021/jacs.5b13129

(63) Ferrari, A.; Hunt. J.; Stiegman, A. E.; Dudley, G. B. Microwave-assisted superheating and/or microwave-specific superboiling (nucleation-limited boiling) of liquids occurs under certain conditions but is mitigated by stirring. *Molecules* **2015**, 20, 21671–21680.
(Invited Contribution to a Special Issue on Microwave-Assisted Organic Synthesis)
http://www.mdpi.com/1420-3049/20/12/19793

(62) Diaz Muñoz, G.; Dudley, G. B. Synthesis of 1,2,3,4-tetrahydroquinolines including angustureine and congeneric alkaloids. *Org. Prep. Proc. Intl.* **2015**, *47*, 179–206.
http://dx.doi.org/10.1080/00304948.2015.1025012

(61) Dudley, G. B.; Richert, R.; Stiegman, A. E. On the Existence of and Mechanism for Microwave-Specific Reaction Rate Enhancement. *Chem. Sci.* **2015**, *6*, 2144–2152.
http://pubs.rsc.org/en/content/articlelanding/2015/sc/C4SC03372H

(60) Rizkallah, R.; Batsomboon, P.; Dudley, G. B.; Hurt, M. The Oncogenic Kinase TOPK/PBK is a Master Mitotic Regulator of C2H2 Zinc Finger Proteins. *Oncotarget* **2015**, *6*, 1446–1461.
http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4359306/
*FSU Press Releases:*
"*Researchers collaborate to identify 'master regulator' in cell division*"
http://medicalxpress.com/news/2015-03-collaborate-master-cell-division.html
"*Working together to unmask 'Enzyme X'*"
http://issuu.com/fsumed/docs/fsu_med_spring_2015_final/7?e=0

(59) Chen, P.-K.; Rosana, M. R.; Dudley, G. B.; Stiegman, A. E. Parameters affecting the microwave-specific acceleration of a chemical reaction. *J. Org. Chem.* **2014**, *79*, 7425–7436.
http://pubs.acs.org/doi/abs/10.1021/jo5011526
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles

(58) Rosana, M. R.; Hunt, J.; Ferrari, A.; Southworth, T.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. Microwave-Specific Acceleration of a Friedel–Crafts Reaction: Evidence for Selective Heating in Homogeneous Solution. *J. Org. Chem.* **2014**, *79*, 7437–7450.
http://pubs.acs.org/doi/abs/10.1021/jo501153r
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles

6

GEOSET <http://www.geoset.info/> video presentations on selective microwave heating: http://goo.gl/jVhVSC, http://goo.gl/nbECVu, http://goo.gl/o3qN3U, http://goo.gl/OdXeY0

(57) Gold, B. A.; Batsomboon, P.; Dudley, G. B.; Alabugin, I. V. Alkynyl crown ethers as a scaffold for hyperconjugative assistance in non-catalyzed azide-alkyne click reactions: ion sensing through enhanced transition state stabilization. *J. Org. Chem.* **2014**, *79*, 6221–6232. http://pubs.acs.org/doi/abs/10.1021/jo500958n

(56) Lisboa, M. P.; Dudley, G. B. Synthesis of cytotoxic palmerolides. *Chem.–Eur. J.* **2013**, *19*, 16146–16168.
http://onlinelibrary.wiley.com/doi/10.1002/chem.201302167/abstract

(55) Hoang, T. T.; Dudley, G. B. Synthesis of high-value 1,6-enynes by tandem fragmentation / olefination. *Org. Lett.* **2013**, *15*, 4026–4029.
http://pubs.acs.org/doi/abs/10.1021/ol401839e

(54) Dudley, G. B.; Stiegman, A. E.; Rosana, M. R. Correspondence on microwave effects in organic synthesis. *Angew. Chem. Int. Ed.* **2013**, *52*, 7918–7923.
http://onlinelibrary.wiley.com/doi/10.1002/anie.201301539/abstract
A response to the Essay: Kappe, C. O.; Pieber, B.; Dallinger, D. Microwave Effects in Organic Synthesis—Myth or Reality? *Angew. Chem. Int. Ed.* **2013**, *52*, 1088–1094.
http://onlinelibrary.wiley.com/doi/10.1002/anie.201204103/full
Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.
http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(53) Lisboa, M. P.; Jones, D. M.; Dudley, G. B. Formal synthesis of palmerolide A, featuring alkynogenic fragmentation and *syn*-selective vinylogous aldol chemistry. *Org. Lett.* **2013**, *15*, 886–889.
http://pubs.acs.org/doi/abs/10.1021/ol400014e

(52) Gold, B.; Dudley, G. B.; Alabugin, I. V. Moderating strain without sacrificing reactivity: Design of fast and tunable noncatalyzed alkyne-azide cycloadditions via stereoelectronically controlled transition state stabilization. *J. Am. Chem. Soc.* **2013**, *135*, 1558–1569.
http://pubs.acs.org/doi/abs/10.1021/ja3114196

(51) Tummatorn, J.; Diaz Muñoz, J.; Dudley, G. B. Synthesis of (–)-(*R*)-angustureine by formal alkynylation of a chiral ß-amino ester. *Tetrahedron Lett.* **2013**, *54*, 1312–1314.
http://www.sciencedirect.com/science/article/pii/S004040391300099#

(50) Tlais, S. F.; Dudley, G. B. On the proposed structures and stereocontrolled synthesis of the cephalosporolides. *Beilstein J. Org. Chem.* **2012**, *8*, 1287–1292.
http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-8-146

(49) Yang, J.; Wangweerawong, A.; Dudley, G. B. [1,2]-Wittig rearrangement of aromatic heterocycles. *Heterocycles*, **2012**, *85*, 1603–1606.
http://www.heterocycles.jp/newlibrary/libraries/fulltext/22358/85/7

(48) Batsomboon, P.; Gold, B. A.; Alabugin, I. V. Dudley, G. B. Tandem nucleophilic addition/fragmentation of vinylogous acyl nonaflates for the synthesis of functionalized alkynes, with new mechanistic insight. *Synthesis* **2012**, *44*, 1818–1824.
     (Invited contribution to Special Topic: Tandem Transformations in Organic Synthesis.)
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290945

(47) Lisboa, M. P.; Jeong-Im, J. H.; Jones, D. M.; Dudley, G. B. Toward a new palmerolide assembly strategy: synthesis of C16–C24. *Synlett*, **2012**, *23*, 1493–1496.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290675

(46) Tummatorn, J.; Batsomboon, P.; Clark, R. J.; Alabugin, I. V.; Dudley, G. B. Strain-promoted azide–alkyne cycloadditions of benzocyclononynone. *J. Org. Chem.* **2012**, *77*, 2093–2097.
http://pubs.acs.org/doi/abs/10.1021/jo300188y

(45) Rosana, M. R.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. On the rational design of microwave-actuated organic reactions. *Chem. Sci.* **2012**, *3*, 1240–1244.
http://pubs.rsc.org/en/content/articlelanding/2012/sc/c2sc01003h
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/News/2012/February/microwave-effects-in-organic-reactions.asp
Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.
http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(44) Gold, B.; Shevchenko, N. E.; Bonus, N.; Dudley, G. B.; Alabugin, I. V. Selective transition state stabilization via hyperconjugative assistance: stereoelectronic concept for copper-free click chemistry. *J. Org. Chem.* **2012**, *77*, 75–89.
http://pubs.acs.org/doi/abs/10.1021/jo201434w

(43) Wang, T.; Intaranukulkit; T.; Rosana, M. R.; Slegeris, R.; Simon, J.; Dudley, G. B. Microwave-assisted benzyl-transfer reactions of commercially available 2-benzyloxy-1-methylpyridinium triflate. *Org. Biomol. Chem.* **2012**, *10*, 248–250.
http://pubs.rsc.org/en/Content/ArticleLanding/2012/OB/C1OB06504A

(42) Lisboa, M. P.; Hoang, T. T.; Dudley, G. B. Tandem nucleophilic addition / fragmentation of vinylogous acyl triflates: 2-methyl-2-(1-oxo-5-heptynyl)-1,3-dithiane. *Org. Synth.* **2011**, *88*, 353–363.
http://www.orgsyn.org/orgsyn/pdfs/v88p0353.pdf

(41) Yang, J.; Tummatorn, J.; Slegeris, R.; Tlais, S. F.; Dudley, G. B. Synthesis of the tricyclic core of aldingenin B by oxidative cyclo-ketalization of an alkyne-diol. *Org. Lett.* **2011**, *13*, 2065–2067.
http://pubs.acs.org/doi/abs/10.1021/ol200421s

(40) Tlais, S. F.; Dudley, G. B. A gold-catalyzed alkyne-diol cycloisomerization for the synthesis of oxygenated 5,5-spiroketals. *Beilstein J. Org. Chem.* **2011**, *7*, 570–577.
http://www.beilstein-journals.org/bjoc/content/7/1/66

(39) Tummatorn, J.; Dudley, G. B. Generation of medium-ring cycloalkynes by ring expansion of vinylogous acyl triflates. *Org. Lett.* **2011**, *13*, 1572–1575.
http://pubs.acs.org/doi/abs/10.1021/ol2003308

(38) Tummatorn, J.; Dudley, G. B. Stereodefined homopropargyl amines by tandem nucleophilic addition/fragmentation of dihydropyridone triflates. *Org. Lett.* **2011**, *13*, 158–160.
http://pubs.acs.org/doi/abs/10.1021/ol102760q

(37) Yang, J.; Dudley, G. B. Pyridine-directed organolithium addition to an enol ether. *Adv. Synth. Catal.* **2010**, *352*, 3438–3442.
http://onlinelibrary.wiley.com/doi/10.1002/adsc.201000495/abstract

(36) Tlais, S. F.; Dudley, G. B. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolide H epimers. *Org. Lett.* **2010**, *12*, 4698–4701.
http://pubs.acs.org/doi/abs/10.1021/ol102201z

(35) Jones, D. M.; Dudley, G. B. An open-and-shut strategy: preparation of benzo-fused indanes by ring-opening of a vinylogous acyl triflate and metal-catalyzed Asao–Yamamoto benzannulation. *Tetrahedron* **2010**, *66*, 4860–4866.    (Symposium in Print special issue)

8

http://dx.doi.org/10.1016/j.tet.2010.03.014

(34) Jones, D. M.; Lisboa, M. P.; Kamijo, S.; Dudley, G. B. Ring opening of cyclic vinylogous acyl triflates using stabilized carbanion nucleophiles: Claisen condensations linked to carbon–carbon bond cleavage. *J. Org. Chem.* **2010**, *75*, 3260–3267.
http://pubs.acs.org/doi/abs/10.1021/jo100249g

(33) Albiniak, P. A.; Dudley, G. B. New reagents for the synthesis of arylmethyl ethers and esters. *Synlett* **2010**, 841–851.                                                        (Account)
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1219531

(32) Jones, D. M.; Dudley, G. B. Synthesis of the C1–C15 region of palmerolide A using refined Claisen-type addition / bond cleavage methodology. *Synlett* **2010**, 223–226.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1218565

(31) Tlais, S. F.; Clark, R. J.; Dudley, G. B. A striking exception to the chelate model for acyclic diastereocontrol: efficient access to a versatile propargyl alcohol for chemical synthesis. *Molecules* **2009**, *14*, 5216–5222.                    (Special Issue on Asymmetric Synthesis)
http://mdpi.com/1420-3049/14/12/5216

(30) Yang, J.; Dudley, G. B. [1,2]-Anionic rearrangement of 2-benzyloxypyridine and related pyridyl ethers. *J. Org. Chem.* **2009**, *74*, 7998–8000.
http://pubs.acs.org/doi/abs/10.1021/jo901707x

(29) Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement for the synthesis of α,β-unsaturated carbonyls. *Org. Biomol. Chem.* **2009**, *7*, 4149–4158. (Perspective Article)
http://pubs.rsc.org/en/Content/ArticleLanding/2009/OB/b912099h

(28) Tlais, S. F.; Lam, H.; House, S. E.; Dudley, G. B. New strategies for protecting group chemistry: synthesis, reactivity, and indirect oxidative cleavage of *para*-siletanylbenzyl (PSB) ethers. *J. Org. Chem.* **2009**, *74*, 1876–1885.
http://pubs.acs.org/doi/abs/10.1021/jo802229p

(27) Lopez, S. S.; Dudley, G. B. Convenient method for preparing benzyl ethers and esters using 2-benzyloxypyridine. *Beilstein J. Org. Chem.* **2008**, *4*, No. 44; doi:10.3762/bjoc.4.44.
http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-4-44

(26) Tummatorn, J.; Dudley, G. B. Ring opening / fragmentation of dihydropyrones for the synthesis of homopropargyl alcohols. *J. Am. Chem. Soc.* **2008**, *130*, 5050–5051.
http://pubs.acs.org/doi/abs/10.1021/ja801018r

(25) Kozytska, M. V.; Dudley, G. B. On the intramolecular pyrone Diels–Alder approach to basiliolide B. *Tetrahedron Lett.* **2008**, *49*, 2899–2901.
http://dx.doi.org/10.1016/j.tetlet.2008.03.031

(24) Engel, D. A.; Lopez, S. S.; Dudley, G. B. Lewis acid-catalyzed Meyer–Schuster reactions: methodology for the olefination of aldehydes and ketones. *Tetrahedron* **2008**, *64*, 6988–6996.                                                    (Symposium in Print special issue)
http://dx.doi.org/10.1016/j.tet.2008.02.030

(23) Albiniak, P. A.; Amisial, S. M.; Dudley, G. B.; Hernandez, J. P.; House, S. E.; Matthews, M. E.; Nwoye, E. O.; Reilly, M. K.; Tlais, S. F. Stable oxypyridinium triflate (OPT) salts for the synthesis of halobenzyl ethers. *Synth. Commun.* **2008**, *38*, 656–665.
                    Dedicated to Prof Ken Goldsby for his support of undergraduate research at FSU.
http://www.tandfonline.com/doi/abs/10.1080/00397910701818362

(22) Tummatorn, J.; Albiniak, P. A.; Dudley, G. B. Synthesis of benzyl esters using 2-benzyloxy-1-methylpyridinium triflate. *J. Org. Chem.* **2007**, *72*, 8962–8964.
http://pubs.acs.org/doi/abs/10.1021/jo7018625

9

(21) Albiniak, P. A.; Dudley, G. B. Thermally generated phenylcarbenium ions: acid-free and self-quenching Friedel–Crafts reactions. *Tetrahedron Lett*. **2007**, *48*, 8097–8100.
http://dx.doi.org/10.1016/j.tetlet.2007.09.116

(20) Yang, J.; Dudley, G. B. Conjugate addition of organocopper reagents in dichloromethane to α,β-unsaturated esters. *Tetrahedron Lett*. **2007**, *48*, 7887–7889.
http://dx.doi.org/10.1016/j.tetlet.2007.08.105

(19) Dudley, G. B.; Engel, D. A.; Ghiviriga, I.; Lam, H.; Poon, K. W. C.; Singletary, J. A. Synthesis of dihydro-*epi*-deoxyarteannuin B. *Org. Lett*. **2007**, *9*, 2839–2842.
http://pubs.acs.org/doi/abs/10.1021/ol070992e

(18) Poon, K. W. C.; Albiniak, P. A.; Dudley, G. B. Protection of alcohols using 2-benzyloxy-1-methylpyridinium trifluoromethanesulfonate: methyl (*R*)-(–)-3-benzyloxy-2-methyl propanoate. *Org. Synth*. **2007**, *84*, 295–305.          (Featured in *ChemFiles* **2007**, *7*, 3.)
http://www.orgsyn.org/orgsyn/pdfs/V84P0295.pdf
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #679674

(17) Lopez, S. S.; Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement of ethoxyalkynyl carbinols. *Synlett* **2007**, 949–953.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2007-973885

(16) Nwoye, E. O.; Dudley, G. B. A method for the synthesis of *para*-methoxybenzyl (PMB) ethers under effectively neutral conditions. *Chem. Commun*. **2007**, 1436–1437.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=B617926F
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #701440
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(15) Engel, D. A.; Dudley, G. B. Olefination of ketones using a gold(III)-catalyzed Meyer–Schuster rearrangement. *Org. Lett*. **2006**, *8*, 4027–4029.
http://pubs.acs.org/doi/abs/10.1021/ol0616743

(14) Kamijo, S.; Dudley, G. B. Cyclic vinylogous triflate hemiacetals as new surrogates for alkynyl aldehydes. *Tetrahedron Lett*. **2006**, *47*, 5629–5632.
http://dx.doi.org/10.1016/j.tetlet.2006.06.040

(13) Kamijo, S.; Dudley, G. B. Tandem nucleophilic addition/fragmentation reactions and synthetic versatility of vinylogous acyl triflates. *J. Am. Chem. Soc*. **2006**, *128*, 6499–6507.
http://pubs.acs.org/doi/abs/10.1021/ja0608085
(Addition/Correction: *J. Am. Chem. Soc*. **2010**, *132*, 8223.)

(12) Poon, K. W. C.; Dudley, G. B. Mix-and-heat benzylation of alcohols using a bench-stable pyridinium salt. *J. Org. Chem*. **2006**, *71*, 3923–3927.
http://pubs.acs.org/doi/abs/10.1021/jo0602773
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(11) Jones, D. M.; Kamijo, S.; Dudley, G. B. Grignard-triggered fragmentation of vinylogous acyl triflates: synthesis of (*Z*)-6-heneicosan-11-one, the Douglas fir tussock moth sex pheromone. *Synlett* **2006**, 936–938.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2006-939051

(10) House, S. E.; Poon, K. W. C.; Lam, H.; Dudley, G. B. *p*-Siletanylbenzylidene acetal: oxidizable protecting group for diols. *J. Org. Chem*. **2006**, *71*, 420–422.
http://pubs.acs.org/doi/abs/10.1021/jo052015r

(9) Kamijo, S.; Dudley, G. B. Claisen-type condensation of vinylogous acyl triflates. *Org. Lett*. **2006**, *8*, 175–177.
http://pubs.acs.org/doi/abs/10.1021/ol0527781

(8)   Poon, K. W. C.; House, S. E.; Dudley, G. B. A bench-stable organic salt for the benzylation of alcohols. *Synlett* **2005**, 3142–3144.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2005-921898

(7)   Briggs, T. F.; Dudley, G. B. Synthesis of the floresolide B hydroquinone lactone core using ring-closing metathesis. *Tetrahedron Lett*. **2005**, *46*, 7793–7796.
http://dx.doi.org/10.1016/j.tetlet.2005.09.023

(6)   Salamone, S. G.; Dudley, G. B. A ring expansion approach to roseophilin. *Org*. *Lett*. **2005**, *7*, 4443–4445.
http://pubs.acs.org/doi/abs/10.1021/ol051730k

(5)   Kozytska, M. V.; Dudley, G. B. Siletanylmethyllithium: an ambiphilic organosilane. *Chem*. *Commun*. **2005**, 3047–3049.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=b503110a

(4)   Lam, H.; House, S. E.; Dudley, G. B. The *para*-siletanylbenzyl (PSB) ether: a peroxide-cleavable protecting group for alcohols and phenols. *Tetrahedron Lett*. **2005**, *46*, 3283–3285.
http://dx.doi.org/10.1016/j.tetlet.2005.03.110

(3)   Kamijo, S.; Dudley, G. B. A tandem carbanion addition/carbon–carbon bond cleavage reaction yields alkynyl ketones. *J*. *Am*. *Chem*. *Soc*. **2005**, *127*, 5028–5029.
http://pubs.acs.org/doi/abs/10.1021/ja050663m

(2)   Singletary, J. A.; Lam, H.; Dudley, G. B. A succinct method for preparing the Stork–Jung vinylsilane Robinson annulation reagent. *J*. *Org*. *Chem*. **2005**, *70*, 739–741.
http://pubs.acs.org/doi/abs/10.1021/jo0480803

(1)   Sunderhaus, J. D.; Lam, H.; Dudley, G. B. Oxidation of carbon–silicon bonds: the dramatic advantage of strained siletanes. *Org*. *Lett*. **2003**, *5*, 4571–4573.
http://pubs.acs.org/doi/abs/10.1021/ol035695y

### Research publications from pre- and post-doctoral studies:

• Mandal, M.; Yun, H.; Dudley, G. B.; Lin, S.; Tan, D. S.; Danishefsky, S. J. Total synthesis of guanacastepene A: a route to enantiomeric control. *J*. *Org*. *Chem*. **2005**, *70*, 10619–10637.
http://pubs.acs.org/doi/full/10.1021/jo051470k

• Dudley, G. B.; Danishefsky, S. J.; Sukenick, G. On the use of deuterium isotope effects in chemical synthesis. *Tetrahedron Lett*. **2002**, *43*, 5605–5606.
http://www.sciencedirect.com/science/article/pii/S0040403902011140

• Lin, S.; Dudley, G. B.; Tan, D. S.; Danishefsky, S. J. A stereoselective route to guanacastepene A via a surprising epoxidation. *Angew*. *Chem*., *Int*. *Ed*. **2002**, *41*, 2185–2188.
http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941_12%3C2185_AID-ANIE2185%3E3.0.CO;2-0/full

• Tan, D. S.; Dudley, G. B.; Danishefsky, S. J. Synthesis of the functionalized tricyclic skeleton of guanacastepene A: a tandem epoxide opening β-elimination–Knoevenagel cyclization. *Angew*. *Chem*., *Int*. *Ed*. **2002**, *41*, 2188–2191.
http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941_12%3C2188_AID-ANIE2188%3E3.0.CO;2-J/full

• Dudley, G. B.; Tan, D. S.; Kim, G.; Tanski, J. M.; Danishefsky, S. J. Remarkable stereoselectivity in the alkylation of a hydroazulenone: progress towards the total synthesis of guanacastepene. *Tetrahedron Lett*. **2001**, *42*, 6789–6791.
http://www.sciencedirect.com/science/article/pii/S0040403901013429

• Dudley, G. B.; Danishefsky, S. J. A four-step synthesis of the hydroazulene core of guanacastepene. *Org*. *Lett*. **2001**, *3*, 2399–2402.
http://pubs.acs.org/doi/full/10.1021/ol016222z

11

- Dudley, G. B.; Takaki, K. S.; Cha, D. C.; Danheiser, R. L. Total synthesis of (–)-ascochlorin via a cyclobutenone-based benzannulation strategy. *Org. Lett.* **2000**, *2*, 3407–3410. http://pubs.acs.org/doi/full/10.1021/ol006561c
- Gee, K. R.; Kueper, L. W., III; Barnes, J.; Dudley, G. B.; Givens, R. S. Desyl esters of amino acid neurotransmitters. Phototriggers for biologically active neurotransmitters. *J. Org. Chem.* **1996**, *61*, 1228–1233. http://pubs.acs.org/doi/full/10.1021/jo951635x

### Book Chapters, Reference Works, and Other Manuscripts:

(72)  Morrison, A. E.; Hoang, T. T.; Birepinte, M.; Dudley, G. B. Concise synthesis of illudinine from dimedone. *Submitted for publication.*

(VII)  Hoang, T. T.; Dudley, G. B.; Williams, L. J. Fragmentation Reactions. In *Comprehensive Organic Synthesis*, 2nd Edition; Molander, G., Knochel, P., Eds.; Elsevier: Oxford, 2014; Vol. 6, Chap. 30, 842–860.

(VI)  Dudley, G. B. Silacyclobutane, 1-[4-(bromomethyl)phenyl]-1-methyl- (and alcohol). In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Fuchs, P. L., Charette, A. B., Rovis, T., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01526, Article Online Posting Date: May 3, 2013. http://onlinelibrary.wiley.com/o/eros/articles/rn01526/frame.html

(V)  Dudley, G. B. 2-(4-Methoxybenzyloxy)-4-methylquinoline. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Charette, A. B., Fuchs, P. L., Molander, G. A., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01183, Article Online Posting Date: October 15, 2010. http://onlinelibrary.wiley.com/o/eros/articles/rn01183/frame.html

(IV)  Dudley, G. B. 2-Benzyloxy-1-methylpyridinium trifluoromethanesulfonate. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Paquette, L., Fuchs, P., Crich, D., Molander, G., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn00906, Article Online Posting Date: September 15, 2008. http://onlinelibrary.wiley.com/o/eros/articles/rn00906/frame.html

(III)  Kozytska, M. V.; Dudley, G. B. Four-membered rings with one silicon, germanium, tin, or lead atom. *Reference Module in Chemistry, Molecular Sciences and Chemical Engineering*, In *Comprehensive Heterocyclic Chemistry III*; Katritsky, A. R., Ramsden, C. A., Scriven, E. F. V., Taylor, R. J. K., Eds., Elsevier: Oxford, 2008; vol 2, pp 513–554. http://www.sciencedirect.com/science/article/pii/B97800804492000211X

(II)  Danheiser, R. L.; Dudley, G. B.; Austin, W. F. Product class 13: alkenylketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation*. Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 13, pp 492–568.

(I)  Austin, W. F.; Kowalczyk, J. J.; Dudley, G. B.; Danheiser, R. L. Product class 7: alkylideneketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation*. Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 7, pp 245–258.

### Patents:

(ii)  Dudley, G. B. Reagent for synthesis of para-methoxybenzyl (PMB) ethers and associated methods. U.S. Patent No. 7,960,553 (2011).

    1 patent, licensed from FSU by Sigma–Aldrich Chemical Company.

(i)   Dudley, G. B. Compounds and methods of arylmethylation (benzylation) as protection for alcohol groups during chemical synthesis. U.S. Patents 7,754,909 (2010), 7,915,437 (2011), 8,008,531 (2011), 8,334,414 (2012), 8,580,992 (2013).

5 patents, licensed from FSU by Sigma–Aldrich Chemical Company.

# Research Presentations

**upcoming**

- ACS Southwest Meeting, Lubbock, TX
- 18th RGJ PhD Congress, Bangkok, Thailand
- ACS National Meeting, San Francisco, CA
- ACS National Meeting, San Francisco, CA
- ACS National Meeting, San Francisco, CA
- University of Pittsburgh, PA

**2016**

153. WVU Health Sciences, Morgantown, WV
152. 57th Groupement d'Etude de Chimie Organique (GECO), Basque Region, Ascain, France
151. TSRC Enabling Technology for Reactions and Processes Conference, Telluride, CO
150. West Virginia University, Morgantown
149. Rensselaer Polytechnic Institute, Troy, NY
148. Mona Symposium on Natural Products and Medicinal Chemistry, Kingston, Jamaica

**2015**

147. Pacifichem 2015, Honolulu, HI (*organic*)
146. Pacifichem 2015, Honolulu, HI (*clean energy*)
145. TSRC Enabling Technology for Reactions and Processes Conference, Telluride, CO
144. ACS Florida Meeting, Tampa (*chem ed*)
143. ACS Florida Meeting, Tampa (*organic*)
142. Georgia State University, Atlanta
141. University of California, San Francisco
140. Rigel Pharmaceuticals, San Francisco
139. Auburn University, AL
138. Rutgers University, Piscataway, NJ

**2014**

137. University of Kansas, Lawrence
136. North Carolina Federal Defenders, Raleigh, NC
135. CEM Corporation, Matthews, NC
134. University of North Carolina, Greensboro
133. Wake Forest University, Winston-Salem, NC
132. University of California, Merced
131. Utah State University, Logan
130. Brigham Young University, Provo, UT

129. Cubist Pharmaceuticals, Lexington, MA
128. Ensemble Pharmaceuticals, Cambridge, MA
127. TSRC Accelerating Reaction Discovery Conference, Telluride, CO
126. Natural Products Gordon Conference
125. Organic Reactions Gordon Conference
124. National Federal Defenders Convention, Cleveland, OH
123. Florida Heterocyclic Conference, Gainesville
122. Florida State University, Tallahassee

**2013**

121. Lebanese University, Beirut
120. University of New Mexico, Albuquerque
119. New Mexico State University, Las Cruces
118. University of South Alabama, Mobile
117. University of West Florida, Pensacola

**2012**

116. Max Plank Institute, Potsdam, Germany
115. University of Hannover, Germany
114. Technical University, Dortmund, Germany
113. Louisiana State University, Baton Rouge
112. Notre Dame University, South Bend, IN
111. University of Chicago, IL
110. University of Illinois, Chicago
109. University of New Hampshire, Durham
108. Dartmouth College, Hanover, NH
107. University of the South, Sewanee, TN
106. University of Tennessee, Knoxville
105. Middle Tenn State Univ, Murfreesboro, TN
104. ACS National Meeting, Philadelphia, PA
103. ACS National Meeting, Philadelphia, PA
102. ACS Florida Meeting, Tampa
101. Organic Faculty of Florida Conference
100. FAMU-FSU Engineering, Tallahassee
99. FSU Biomedical Sciences Symposium

**2011**

98. University of Virginia, Charlottesville
97. Univ of Mary Washington, Fredericksburg, VA
96. ACS Southeast Meeting, Richmond, VA
95. NanoFlorida Conference, Miami, FL
94. University of Houston, TX
93. University of Texas, San Antonio

13

92. University of Minnesota, Twin Cities
91. University of Minnesota, Duluth
90. North Dakota State University, Fargo
89. NSERC-CREATE Program, Ottawa, Canada
88. University of Ottawa, Canada
87. Florida Heterocyclic Conference, Gainesville

**2010**

86. Federal University of Ouro Preto, Brazil
85. Federal University of Minas Gerais, Brazil
84. Federal University of Fluminense, Brazil
83. Federal University of Rio de Janeiro, Brazil
82. UNICAMP, Campinas, Brazil
81. University of Sao Paulo, Brazil
80. Sunrise Rotary Club, Tallahassee, FL
79. Tallahassee Economic Develop. Council, FL

**2009**

78. University of Toledo, Ohio
77. Wayne State University, Detroit, MI
76. University of California, Berkeley
75. Rigel Pharmaceuticals, San Francisco, CA
74. FSU College of Medicine, Tallahassee
73. Univ of Southern Mississippi, Hattiesburg
72. University of South Florida, Tampa
71. Natural Products Gordon Conference
70. Innovation Park, Tallahassee, FL
69. University of Oregon, Eugene
68. Oregon State University, Corvallis
67. Berry College, Mt Berry, GA

**2008**

66. BioFine Chemical Process Design Conference, Sanibel Island, FL
65. ACS Southeast Meeting, Nashville, TN
64. University of Vermont, Burlington
63. Schering–Plough Research, Cambridge, MA
62. Nanyang Technical University, Singapore
61. A*Star Institute of Chemical and Engineering Sciences, Singapore
60. National University of Singapore
59. Chulabhorn Research Institute, Thailand
58. Chulalongkorn Univ, Bangkok, Thailand
57. Schering–Plough Research, Kenilworth, NJ
56. ACS Florida Meeting, Orlando
55. U of British Columbia, Vancouver, Canada
54. Simon Fraser University, Burnaby, Canada
53. University of Washington, Seattle
52. Organic Faculty of Florida Conference
51. Texas Christian University, Fort Worth
50. University of Texas, Arlington
49. U of Texas Southwestern Med Center, Dallas

**2007**

48. Florida State University, Tallahassee
47. International Conference on the Chemistry of Antibiotics (ICCA-X), Nashville, TN
46. ACS Florida Meeting, Orlando
45. University of Wisconsin, Milwaukee
44. Marquette University, Milwaukee, WI
43. ACS National Meeting, Chicago, IL
42. University of Pennsylvania, Philadelphia
41. University of California, Santa Barbara
40. University of California, San Diego
39. Emory University, Atlanta, GA
38. Tennessee State University, Nashville

**2006**

37. University of Arkansas, Fayetteville
36. University of Delaware, Wilmington
35. Temple University, Philadelphia, PA
34. ACS Southeast Meeting, Augusta, GA
33. East Carolina Univ, Greenville, NC
32. ACS National Meeting, San Francisco, CA
31. Organic Reactions Gordon Conference
30. Eli Lilly Pharmaceuticals, Indianapolis, IN
29. ACS Florida Meeting, Orlando
27. Organic Faculty of Florida Conference
27. Univ of North Florida, Jacksonville
26. Vanderbilt University, Nashville, TN
25. Austin Peay State Univ, Clarksville, TN
24. Merck Research, Rahway, NJ
23. Univ of North Carolina, Chapel Hill
22. GlaxoSmithKline, RTP, NC
21. Duke University, Durham, NC

**2005**

20. Univ of Massachusetts, Amherst
19. Smith College, Northampton, MA
18. University of Connecticut, Storrs
17. University of Houston, TX
16. University of Florida, Gainesville
15. University of Georgia, Athens
14. Gulf Coast Chemistry Conference
13. Natural Products Gordon Conference
12. University of Alabama, Tuscaloosa
11. University of West Florida, Pensacola

**2004**

10. Rutgers University, New Brunswick, NJ
 9. Barry University, Miami, FL
 8. Southern University, Baton Rouge, LA
 7. Kenesaw State University, Kenesaw, GA
 6. ACS Florida Meeting, Orlando
 5. Organic Faculty of Florida Conference

14

| | |
|---|---|
| **2003** | 2.  Florida International University, Miami |
| 4.  Florida Institute of Technology | 1.  University of Miami, FL |
| 3.  College of Charleston, SC | |

# Financial Support

## Current Funding

- 09/2013–08/2017 *Synthesis of high-value alkynes*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1300722 ($450,000 total; $336,615 direct)
  Role: PI (80%); co-PI: Igor Alabugin (20%)

## Pending Funding

- 02/2017–01/2020 *Dielectric Loss Processes and Microwave Effects on Reactions in Homogeneous Solutions*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1665029 ($584,188 total; $413,990 direct)
  Role: co-PI (50%); PI: Al Steigman (50%)

- 09/2017–08/2020 *Neopentyl-tethered (NPT) enynes in organic synthesis*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1665132 ($565,413 total; $376,942 direct)
  Role: PI (100%)

## Prior Funding

- 07/2011–08/2013 *New fragmentation reactions and strategies for chemical synthesis*
  Source: FSU Research Foundation
  Award (Amount): FSU-BRIDGE ($84,814)
  Role: PI

- 07/2008–06/2011 *New fragmentation reactions and strategies for chemical synthesis*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 0749918 ($378,000 total; $272,677 direct)
  Role: PI

- 05/2011–08/2011 *Microwave-actuated organic reagents*
  Source: FSU Committee on Faculty Research Support (COFRS)
  Award (Amount): Faculty Summer Awards ($14,000)
  Role: PI

- 04/2010–03/2011 *Developing scholar award*
  Source: FSU Council on Research Creativity (CRC)
  Award (Amount): Developing Scholars 2010 Award ($10,000)
  Role: PI

- 01/2008–12/2008 *Organic Reagents for Current and Future Markets*
  Source: FSU Research Foundation
  Award (Amount): GAP award ($46,400)
  Role: PI

- 07/2005–06/2008 *Organic Synthesis and Methodology for Roseophilin, A Pharmacologically Active Natural Product*
  Source: James and Ester King Biomedical Research Program, Florida Department of Health
  Award (Amount): FBRP-DOH, 016272 ($450,000 total; $429,618 direct)

15

Role: PI

- 01/2004–12/2007 *Ring Expansion Strategies for Preparing Cyclophanes: Concise Syntheses of Roseophilin and Floresolide A*
    Source: Research Corporation
    Award (Amount): Research Innovation Award, RI1161 ($35,000)
    Role: PI

- 06/2005–08/2007 *An Allene-Centered Pericyclic Reaction Sequence for the Synthesis of the Cyathane Diterpenes*
    Source: American Chemical Society, Petroleum Research Fund
    Award (Amount): PRF Type G, 42180-G1 ($35,000)
    Role: PI

- 05/2004 *Synthesis of Cytotoxic Cyclophanes: Haouamine A*
    Source: Oak Ridge Associated Universities
    Award (Amount): Ralph E. Powe Junior Faculty Enhancement Award ($10,000)
    Role: PI

- 05/2003–08/2003 *New Reagents for Organic Synthesis: Strained Silacycles*
    Source: FSU Council for Research and Creativity (CRC)
    Award (Amount): First Year Assistant Professor Award ($12,000)
    Role: PI

# Expert Witness and Legal Consulting

## *Representative Reports:*

- *Brief Of Expert Forensic Scientists As Amici Curiae In Support Of Petitioner Stephen McFadden* (Stephen Dominick McFadden v. United States of America)
    - Amicus Brief to the Supreme Court of the United States
    - Counsel of Record: Prof. Gerald M. Finkel, Charleston School of Law
- *Scientific analysis and opinion on the "substantially similar" standard for Prong One of the definition of Controlled Substance Analogues*
- *Scientific considerations relevant to the Analogue statute*
- *Sentencing guideline considerations for synthetic cannabinoids*
- *Sentencing guideline considerations for methylone*
- *Sentencing guideline considerations for ethylone*
- *Is dibutylone a "positional isomer" of pentylone?*
- *Structural analysis of PB-22 as a possible analogue of JWH-018*
- *The chemical structure of AB-Pinaca and its status as a possible controlled substance analogue of ADB-Pinaca*
- *Expert opinion [on] the comparative pharmacology of JWH-018 and XLR-11*
- *Expert opinion [on] the comparative pharmacology of AB-FUBINACA and FUB-AMB*
- *Expert opinion [on] the comparative pharmacology of AM-694 and AM-2233*
- *Comparative analysis of JWH-018, UR-144, and XLR-11 (5F-UR-144)*
- *Summary of scientific opinion on chemical structures*
- *Past and present applications of the Analogue statute*

## *Expert Witness Experience:*

23. United States Federal Court, District of Virginia, Norfolk, 2016-10-14

*Criminal trial by jury*
Defendant: Burton Ritchie
Proffered and qualified as an expert in medicinal chemistry
Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid substances including UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018.

22. United States Federal Court, District of New Jersey, 2016-10-13
    Case 2:14-cr-00186-KSH: *Sentencing hearing for a criminal proceeding*
    Defendant: Pedro Arroyo
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxymethcathinone (methylone).

21. United States Federal Court, Middle District of Florida, Orlando, 2016-09-14
    6:16-cr-00024-GAP-DAB: *Criminal trial by jury*
    Defendant: Jason Phifer
    Proffered and qualified as an expert in chemistry
    Provided expert testimony and opinion on the chemical structures of butylone and ethylone as to whether or not ethylone qualifies as a positional isomer of butylone based on various definitions of the term "positional isomer".

20. United States Federal Court, Middle District of Florida, Tampa, 2016-07-15
    Case 8:15-cr-00410-JDW-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Omar Zeidan Zeidan
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the preparation, chemical structure, molecular pharmacology, and effects on the central nervous system of the synthetic cannabinoids XLR-11 and AB-FUBINACA as ingredients of so-called "synthetic marijuana" or "Spice" as compared to actual marijuana and THC.

19. United States Federal Court, Southern District of Florida, West Palm Beach, 2016-05-20
    Case 2:15-80068-CR-Rosenberg: *Sentencing hearing for a criminal proceeding*
    Defendant: Kevin Raphael Bully
    Proffered and qualified as an expert in chemistry
    Provided expert testimony and opinion on the chemical structures of controlled substances methylenedioxyethcathinone (MDEC, ethylone) and α-pyrrolidinovalerophenone (α-PVP) and their respective similarities and differences with respect to substances referenced in the Guidelines Manual for the purposes of sentencing considerations.

18. United States Federal Court, Middle District of Florida, Tampa, 2016-05-18
    Case 8:15-cr-00064-CEH-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Saher Abdullah
    Qualified as an expert in chemistry; testified on molecular structure and pharmacology
    Provided expert testimony and opinion on the preparation, molecular pharmacology, and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC.

17. United States Federal Court, District of New Mexico, Santa Fe, 2016-05-10
    Case 1:12-cr-001766 MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Hussein Al-Omari

17

Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, UR-144, 4-MEC, and α-PVP, which were alleged to be Controlled Substance Analogues (*charges dropped prior to hearing*).

16. United States Federal Court, Middle District of Florida, Ft. Myers, 2016-03-28
Case 2:15-cr-00004-SPC-CM: *Sentencing hearing for a criminal proceeding*
Defendant: Travis Riddle
Proffered and qualified as an expert in chemistry and pharmacology
Provided expert testimony and opinion on the controlled substance dimethyltryptamine (DMT): extraction from natural sources, methods of abuse, and pharmacological effects

15. United States Federal Court, District of Utah, Salt Lake City, 2016-02-29
Case 2:13-cr-00780-CW-DBP: *Daubert hearing for experts in a criminal proceeding*
Defendant: Muhammad Mansoor
Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, JWH-122, MAM-2201, UR-144, XLR-11, and 5-MeO-DALT, which were alleged to be Controlled Substance Analogues (*charges dropped at the start of the hearing*).

14. United States Federal Court, Southern District of Florida, West Palm Beach, 2015-12-11
Case 2:15-cr-14034-DMM: *Sentencing hearing for a criminal proceeding*
Defendant: Saiful Hossain
Proffered and qualified as an expert in molecular pharmacology
Provided expert testimony and opinion on molecular pharmacology and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC

13. State of Florida 15th Judicial Circuit, Palm Beach County, 2015-11-05
Case No. 2013CF009053BMB: *Criminal trial by jury*
Defendant: William Sands
Expert testimony in the areas of forensic chemistry and drug science
Provided expert testimony and opinion on substances alleged to be synthetic marijuana, and on the forensic detection and analysis of the controlled substance PB-22

12. United States Federal Court, Southern District of Florida, Miami, 2015-10-23
Case 2:15-20350-CR: *Sentencing hearing for a criminal proceeding*
Defendant: Mario Malespin
Proffered and qualified as an expert in chemistry and pharmacology
Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

11. United States Federal Court, District of New Mexico, Albuquerque, 2015-07-07
Case 1:13-cr-00571-MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
Defendant: Nathan Coccimiglio
Proffered and qualified as an expert in chemistry
Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances including AM-2201, AM-694, JWH-250, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

10. United States Federal Court, Middle District of Florida, Tampa, 2015-05-05
Case 8:14-cr-00409-CEH-TBM: *Sentencing hearing for a criminal proceeding*
Defendant: Wagner Cruz

18

Qualified as an expert in chemistry; testified on chemistry and pharmacology
Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

9. United States Federal Court, Middle District of Florida, Ft. Myers, 2015-04-28
    Case 2:14-CR-79-FIM-38DNF: *Sentencing hearing for a criminal proceeding*
    Defendant: Ferenc Palfalvi
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

8. United States Federal Court, Middle District of Florida, Tampa, 2015-01-27
    Case 8:14-cr-00387-VMC-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: (Attorney: Dionja Dyer)
    Proffered and qualified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

7. United States Federal Court, District of Nevada, Las Vegas, 2014-12-03
    Case 2:13-cr-00255-JAD-GWF: *Sentencing hearing for a criminal proceeding*
    Defendant: Syvilay Thannavongsa
    Proffered and qualified as an expert in chemistry (telephonic testimony)
    Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

6. United States Federal Court, Middle District of Florida, Tampa, 2014-11-18
    Case 8:13-cr-00421-MSS-TGW: *Sentencing hearing for a criminal proceeding*
    Defendant: John McGuire
    Proffered and qualified as an expert in chemistry
    Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

5. United States Federal Court, Eastern District of New York, Brooklyn, 2014-08-20
    Case 13CR00570 (JBW): *Sentencing hearing for a criminal proceeding*
    Defendant: Chin Chong
    Proffered and qualified as an expert in chemistry (telephonic testimony)
    Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

4. United States Federal Court, District of Minnesota, Minneapolis, 2013-09-30
    CASE 0:12-cr-00305-DSD-LIB: *Criminal trial by jury*
    Defendant: James Robert Carlson
    Testified as an expert in chemistry and pharmacology
    Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances including AM-2201, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

3. State of Louisiana 22nd Judicial District Court, Parish of St Tammany, 2013-02-06
    Case No. 524706/7 D: *Hearing on a motion to quash a criminal indictment*
    Defendant: David D'Aquin
    Proffered and qualified as an expert in chemistry and pharmacology

19

Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances of UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

2. United States Federal Court, Eastern District of Wisconsin, Milwaukee, 2013-02-28

Case 2:12-cv-01186-RTR: *Hearing on a petition for return of property*

Petitioner: The Smoke Shop, LLC

Proffered and qualified as an expert in chemistry and pharmacology

Provided expert testimony and opinion on the chemical structure and pharmacological effects of UR-144 and XLR-11, alleged to be Controlled Substance Analogues of JWH-018

1. United States Federal Court, Middle District of Florida, Orlando, 2012-12-06

6:12-cr-209-Orl-37DAB: *Joint hearing on a motion to dismiss a criminal indictment and a petition for return of property*

Defendants: Ilan Fedida and Timothy Hummel

Attended the hearing and wrote a brief on scientific considerations for the Court

20

Exhibit B

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

## SENTENCING GUIDELINE CONSIDERATIONS FOR DIBUTYLONE

*Gregory B. Dudley, Ph.D.*

Dibutylone is not "*substantially similar*" (a legal comparative standard) in chemical structure to any controlled substance listed in the Sentencing Guidelines, and its pharmacological effects on the human central nervous system are not characterized well enough to make informed decisions. At this time, it would not be scientifically appropriate to equate dibutylone with any listed substance. Dibutylone is a substance for which, as noted in the Background section of 2D1.1 of the Guidelines, "*further refinement of drug amounts is essential to provide a logical sentencing structure*".

Until more information becomes available, we must work with what we know: *chemical structure*. Chemical structure is central to the *structure–activity relationship* (SAR), which is the principle that similar structures should have similar properties. Similarity is subjective; illustrated below are the structures of dibutylone and its three most comparable listed substances (in my subjective opinion).



| dibutylone | *N,N*-dimethylamphetamine | methcathinone | MDMA |
|---|---|---|---|
| **ratio n.d.** | **ratio 40:1** | **ratio 380:1** | **ratio 500:1** |

The three substances provide a range of marijuana equivalencies. As noted above, in my opinion none of these structures is "substantially similar" to any others, and it would be erroneous to equate dibutylone with any of these substances for sentencing purposes. One could apply any of these three disparate ratios to dibutylone, but none of these options is clearly correct; "*further refinement*" is necessary to make a logical sentencing determination. Two alternative approaches are presented herein; see Appendix A for additional discussion of SAR and the "substantially similar" standard.

*1) Consider dibutylone in terms of its simplifying structural elements*: The three reference structures are not "substantially similar" to each other, but there are common features. They all have elements of the α-methyl-phenethylamine (amphetamine) core, and they all have at least one *N*-methyl group (cf. methamphetamine, *graphic at right*). Amphetamines are often associated with pharmacological properties — many amphetamines are stimulants — but technically the classification is made based on chemical structure.



methamphetamine
**ratio 20,000:1**

Dibutylone features four modifications to the "methamphetamine" scaffold (*graphic on next page*). Dibutylone is unique among the examples given here in that it has an α-ethyl group in place of the α-methyl group of methamphetamine. In terms of the structure–activity relationship (SAR), this change from α-methyl to α-ethyl group has been associated with a reduction of *in vitro* potency in one context (Santillo 2014) and a "diminishing [of] characteristic discriminative stimulus properties" *in vivo* (Nichols 1991) relative to amphetamine in other pharmacology studies. Therefore, based on SAR, a reasonable hypothesis is that *dibutylone is less potent by virtue of its α-ethyl group than an otherwise-comparable substance with an α-methyl group.*

The other three simplifying structural features that distinguish dibutylone from methamphetamine can be discussed in the context of established facts: Guideline ratios of three other substances with similar distinguishing features.



dibutylone
**ratio n.d.**



methamphetamine
*ratio 20,000:1*

MDMA
**ratio 500:1**

methcathinone
**ratio 380:1**

N,N-dimethylamphetamine
**ratio 40:1**

Methamphetamine, the actual molecular substance, has one of the highest marijuana ratios listed in the Guidelines. Structural features "added" (in a manner of speaking) to the methamphetamine scaffold produce new substances with lower ratios. Three such features are examined individually here, and we can see how each structural feature impacts the marijuana equivalency ratio. As the graphic illustrates, dibutylone incorporates all three features, plus the α-ethyl as discussed above.

*Dibutylone incorporates a methylenedioxy (MD) ring, similar to MDMA*. An MD ring changes the size and shape of the structure as well as certain chemical reactivity properties, although the impact on reactivity is relatively small compared to the other structural modifications discussed here. The MD ring is an acetal functional group; ketones and aldehydes are often converted into acetals, for example, when one wants attenuate reactivity and work with a less-reactive substance.

*Dibutylone incorporates a ketone functional group, similar to methcathinone*. The ketone functional group fundamentally changes the structure, function, and properties of the substance, such that it is more appropriate to classify dibutylone as a cathinone than as a phenethylamine. (It is likewise more appropriate to classify phenylalanine as an amino acid than as a phenethylamine, cf. *color-coded graphic at right*.)



cathinone
(*an α-amino ketone*)

phenylalanine
(*an α-amino acid*)

*Dibutylone incorporates a second N-methyl group, similar to dimethylamphetamine*. The second N-methyl group limits the ability of the amine functional group to participate in hydrogen bonding by eliminating its ability to donate a hydrogen bond. Hydrogen bonding is central to many intermolecular interactions involved in molecular recognition, which is central to pharmacology.

We see from this point-by-point analysis that dibutylone deviates from comparable listed substances by at least three out of the four highlighted structural features. Three of these features can be examined as single-point deviations from methamphetamine, and each independently results in a substantial change in the Guideline ratio. (The fourth, α-ethyl, is unique to dibutylone but has been

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

associated with reduced potency; *vide supra*). To identify any one of these three listed substances as the "most comparable" to dibutylone would require prioritizing one of these three structural features over the others. The second *N*-methyl group is singularly the most impactful feature in terms of the Guideline ratios (cf. methamphetamine vs. dimethylamphetamine), and the MD ring is the least impactful (cf. methamphetamine vs. MDMA), but each of these three features is significant.

In my opinion, it would not be appropriate to designate any one of these comparable substances as "most comparable" and/or "substantially similar" to dibutylone in chemical structure. For example, to assert that dibutylone is "substantially similar" in chemical structure to MDMA requires that one disregard — i.e., as minor or insignificant to the assertion — the second N-methyl and the ketone (as well as the α-ethyl) of dibutylone. To disregard these features is inconsistent with how the Guidelines treat listed substances that differ only by those exact structural features, as discussed above. It would be more appropriate to recognize and appreciate the cumulative significance of all the structural differences; "*further refinement of drug amounts is essential to provide a logical sentencing structure*" for dibutylone. Because three of dibutylone's structural features are associated with downward adjustments in the marijuana equivalency ratios, and the fourth is hypothetically associated with reduced potency, the marijuana equivalency ratio for dibutylone should be less than 40:1.

It should be noted that a chemical structure is not simply a sum of its parts. Chemical structures are ideally understood holistically rather than in parts, with the recognition that interplay of structural features goes beyond our current understanding. Discrete structural features are discussed above in the context of the SAR, which is widely recognized in medicinal chemistry as a useful but flawed assertion because of the limited ability of the human brain to comprehend molecular structures and the impossibility of defining molecular similarity (Maggiora 2014).

*2) Consider dibutylone holistically in the context of related structures*:[†] Dibutylone is a *cathinone*, and it can also be classified more broadly as a phenethylamine. One can consider the established ratios set for other cathinones and phenethylamines in the Guidelines when attempting to determine an appropriate ratio for dibutylone. The Guidelines are explicit about how to treat several *cathinone* substances, including methcathinone, khat (the plant source of cathinone), diethylpropion (a Schedule IV substance), and pyrovalerone (a Schedule V substance). Penalties for cathinones are generally lenient relative to the marijuana standard, with methcathinone being a severe-end outlier.



| dibutylone | pyrovalerone | diethylpropion | khat plant [contains cathinone] | methcathinone |
|---|---|---|---|---|
| **ratio n.d.** | Schedule V | Schedule IV | Schedule I | Schedule III |
| | **ratio 0.00625:1 (1:160)** | **ratio 0.00625:1 (1:160)** | **ratio 0.01:1 (1:100)** | **ratio 380:1** |

The broader category of phenethylamines technically includes LSD, morphine, and fentanyl but is better exemplified here in the context of *amphetamines*. Many amphetamines are Schedule I or II controlled substances, and many are listed explicitly in the Sentencing Guidelines. Amphetamines, in contrast to cathinones, are generally penalized severely relative to the marijuana standard, as exemplified by *N,N*-dimethylamphetamine (40:1), fenethylline (40:1), *N*-ethylamphetamine (80:1), MDMA (500:1), DOM (1670:1), and methamphetamine (20,000:1).

---

[†] The focus here is on scheduled substances covered under the Guidelines. There are at least two unscheduled prescription drugs that would otherwise be include: bupropion (cathinone) and prolintane (amphetamine). The ratio cited for methamphetamine is what the Guidelines provide for the actual molecular substance.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*



fenethylline
***ratio 40:1***

*N*-ethylamphetamine
***ratio 80:1***

MDMA
***ratio 500:1***

DOM
***ratio 1,670:1***

methamphetamine
***ratio 20,000:1***

*N,N*-dimethylamphetamine
***ratio 40:1***

Per the Sentencing Guidelines, most phenethylamine-based drug substances should be punished severely relative to marijuana (ratios >1:1). This trend is especially apparent when one focuses on the *amphetamines*, with ratios listed as high as 20,000:1, but the *cathinones* do not conform to this trend. The established sentencing guidelines for scheduled *cathinones* call for leniency relative to the marijuana standard (ratios <1:1), with methcathinone being the only exception. It would be hard, and perhaps illogical, to argue that the Guidelines mandate equal punishments for amphetamines and cathinones. When one considers dibutylone (a cathinone) holistically in the context of the Guideline recommendations for other cathinones, and without attempting to speculate with regard to unknowns and facts not in evidence, it would be hard to argue for a ratio >1:1.

**Concluding Remarks**

Two methods for "*further refinement of drug amounts*" are provided above, and neither is perfect. Neither should be considered predictive of how the Sentencing Commission would be likely to treat dibutylone. There are many examples within the Guidelines that cannot be explained simply by a logical analysis of chemical structures (e.g., cocaine base and cocaine salt). However, the Guidelines are intended "*to provide a logical sentencing structure*", and known chemical structures are amenable to logical analysis independent of hypothesis or speculation.

Like all of the substances covered in the Sentencing Guidelines, dibutylone is potentially dangerous and subject to abuse. Therefore, evidence that dibutylone is potentially dangerous and/or subject to abuse does not help distinguish dibutylone from other listed substances. What distinguishes dibutylone from the substances listed in the Guidelines is its *chemical structure*. Chemical structure also provides the logical foundation for reasonable hypotheses concerning the effects of dibutylone on the human central nervous system and/or its potency. (Dibutylone pharmacology must be unique owing to its unique molecular structure, but the structure–activity relationship hypothesis can be used to guide experimental pharmacology.) The available data are insufficient to draw scientific conclusions regarding dibutylone pharmacology relative to other listed cathinones and/or amphetamines at this time (see Appendix B for discussion of unpublished pharmacology data provided to defense counsel by the government). In other words, dispassionate decisions on how to treat dibutylone currently must be grounded in an understanding of its *chemical structure* relative to *chemical structures* of other listed substances.

In my opinion, dibutylone is not "*substantially similar*" in chemical structure to any listed substance, and it should not be equated to any single listed substance. The diverse collection of amphetamines and cathinones discussed above provide context for making a logical and reasonable decision on an appropriate penalty for dibutylone. The preponderance of the facts and considerations related to chemical structure as presented herein supports a ratio for dibutylone of less that 40:1 and perhaps less than 1:1 relative to the marijuana standard.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

**My Background and Expertise**

I am the Eberly Family Distinguished Professor of Chemistry, the Chair of the C. Eugene Bennett Department of Chemistry, and a member of the faculty of the Blanchette Rockefeller Neurosciences Institute at West Virginia University in Morgantown, WV. Prior to this appointment, I was a Professor and Associate Chair in the Department of Chemistry and Biochemistry at the Florida State University (FSU) in Tallahassee, FL, and member of the Graduate Faculty in the College of Pharmacy and Pharmaceutical Science at Florida A&M University (FAMU) in Tallahassee, FL. I graduated *magna cum laude* with a B.A. in Chemistry from FSU in 1995, and I earned a Ph.D. in Organic Chemistry from the Massachusetts Institute of Technology (MIT) in 2000. I then received a National Institutes of Health (NIH) Fellowship to conduct postdoctoral research in Molecular Pharmacology and Chemistry at the Sloan–Kettering Institute for Cancer Research, the research wing of the Memorial Sloan–Kettering Cancer Hospital in New York, NY. I worked in this capacity from 2000–2002, at which point I accepted an Assistant Professor position at FSU. I was promoted to Associate Professor with tenure in 2008 and to Professor in 2015. I accepted my current positions at WVU in 2016.

My broad expertise is in chemistry, and I specialize in the synthesis and reactivity of drug-like molecules (i.e., synthetic, organic, and medicinal chemistry). My research interests focus on the development of new organic reactions and reaction technology, chemical synthesis of natural and drug-like compounds, and applications of synthetic organic chemistry in biomedical research. My research efforts have produced over 70 peer-reviewed publications, 7 invited contributions to leading reference works in organic chemistry, and multiple patents for innovations leading to two commercial products. I am called upon frequently to provide expert peer-review services for leading journals in chemistry (e.g., *Journal of the American Chemical Society*), organic chemistry (e.g., *The Journal of Organic Chemistry*), and medicinal chemistry (e.g., *ACS Medicinal Chemistry*) and major research funding agencies (e.g., National Institutes of Health, National Science Foundation, American Chemical Society). I have delivered well over 100 invited lectures at universities, scientific conferences, and pharmaceutical companies. I have received numerous awards and recognition related to research, teaching, and innovation, as outlined in the attached CV.

My consulting experience includes matters of chemistry and pharmacology for major pharmaceutical companies, small to mid-size biotechnology companies, entrepreneurial and economic development endeavors, and litigation support. I have consulted on dozens of cases related to designer drugs and the Analogue Enforcement Act, testified on numerous occasions in Federal and State courts, given lectures to conventions of attorneys, and contributed to an *Amicus Brief* submitted to the Supreme Court of the United States in the case of *McFadden v. United States of America*.

**Reference Cited**

**Nichols 1991**: Oberlender, R. and Nichols, D.E., 1991. Structural variation and (+)-amphetamine-like discriminative stimulus properties. *Pharmacology Biochemistry and Behavior*, *38*(3), pp.581-586.

**Santillo 2014**: Santillo, M.F., 2014. Inhibition of monoamine oxidase (MAO) by α-ethylphenethylamine and N, α-diethylphenethylamine, two compounds related to dietary supplements. *Food and Chemical Toxicology*, *74*, pp.265-269.

**Maggiora 2014**: Maggiora, Gerald M., Martin Vogt, Dagmar Stumpfe, and Jürgen Bajorath. "Molecular Similarity in Medicinal Chemistry." *Journal of medicinal chemistry* 57 (2014), 3186–3204.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

## Appendix A

**Scientific analysis and opinion on the "*substantially similar*" standard
used for identifying Controlled Substance Analogues and
in the Sentencing Guidelines for scoring unlisted controlled substances**

**Purpose**: Provide expert analysis of chemical structures in order to support subjective opinions in the context of Prong One of the Controlled Substance Analogue Enforcement Act and/or identifying "substantially similar" substances under the US Sentencing Guidelines.

*Important general disclaimer*

Molecular substances have actual chemical structures with *dynamic* three-dimensional shapes. The actual chemical structures are represented here using two-dimensional line drawing approximations that conform to standard conventions in organic chemistry. A brief tutorial is provided.

*General structural considerations*

Molecular structures typically consist of a core *framework* of carbon and hydrogen atoms — which provide size, shape, and dynamics — and attached *functional groups* that impart characteristic activities. Molecular structures are often represented graphically using line drawings, with lines to represent bonds (shared electrons) between atoms, and vertices to identify the location of atoms. Carbon and hydrogen atoms that are part of the framework are often not labeled explicitly if they can be inferred from the line drawing.



The chemical properties of a molecular substance are related to the arrangement of functional groups in three-dimensional space, as well as the size, shape, and dynamics of the molecule. Common functional groups include alcohols, olefins, amines, aldehydes, ketones, carboxylic acids, and halogens, with some examples provided in the structures illustrated below. Some molecules, like those of sugars and amino acids, have a framework that is rich in functional groups. In molecules with fewer functional groups (e.g., steroids), the size, shape, and dynamics of the framework play larger roles in determining properties.



Gregory B. Dudley, Ph.D.                                                                 12/22/16, p. 1

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

The Sentencing Commission provides instruction on how to treat controlled substances that are not specifically listed in the Sentencing Guidelines, including in <u>Sentencing Guidelines Section 2D1.1</u>, Application Note 6, which reads: *(emphasis added)*

> *"<u>Analogues and Controlled Substances Not Referenced in this Guideline</u>. — Any reference to a particular controlled substance in these guidelines includes all salts, **isomers**, all salts of isomers, and, except as otherwise provided, **any analogue** of that controlled substance. Any reference to cocaine includes ecgonine and coca leaves, except extracts of coca leaves from which cocaine and ecgonine have been removed. For purposes of this guideline "**analogue" has the meaning given the term "controlled substance analogue"** in 21 U.S.C. § 802(32). In determining the appropriate sentence, the court also may consider whether the same quantity of analogue produces a greater effect on the central nervous system than the controlled substance for which it is an analogue.*
>
> *In the case of a controlled substance that is not specifically referenced in this guideline, determine the base offense level using the marihuana equivalency of the most closely related controlled substance referenced in this guideline. In determining the most closely related controlled substance, the court shall, to the extent practicable, consider the following:*
>
> *(A) Whether the controlled substance not referenced in this guideline has a **chemical structure** that is substantially similar to a controlled substance referenced in this guideline.*
>
> *(B) Whether the controlled substance not referenced in this guideline has a stimulant, depressant, or hallucinogenic **effect on the central nervous system** that is substantially similar to the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance referenced in this guideline.*
>
> *(C) Whether a lesser or greater quantity of the controlled substance not referenced in this guideline is needed to produce a substantially similar effect on the central nervous system as a controlled substance **[i.e., potency]** referenced in this guideline."*

"Analogue" is a subjective and context-dependent term that is widely used in medicinal chemistry, but it is defined more narrowly in a regulatory context.

*Definition of a "Controlled Substance Analogue"*

---

A **Controlled Substance Analogue** is defined by Title 21 U.S.C. § 802(32)(A) to be a substance-

(i) the chemical structure of which is substantially similar to the chemical structure of a controlled substance in schedule I or II;

(ii) which has a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II; or

(iii) with respect to a particular person, which such person represents or intends to have a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II.

It is my understanding that these three Prongs are to be interpreted in the *conjunctive*: to satisfy the requirements, a substance must meet either (a) Prong One and Prong Two, or (b) Prong One and Prong Three. This report includes chemical structure (and structure-activity relationships), because of the central importance of chemical structure to Analogue determinations.

---

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

- Anyone trying to interpret and apply the definition of Controlled Substance Analogue needs a scientific understanding of the substances in question, including the chemical structures (Prong One) and the real or purported pharmacological effects (Prongs Two or Three).
- Anyone trying to interpret and apply this definition <u>*consistently*</u> must also understand the broader context of medicinal chemistry and regulatory controls.

*The "substantially similar" standard*

There is no scientifically accepted standard or definition of "*substantially similar*". Therefore, it can be difficult to interpret the definition of a Controlled Substance Analogue scientifically. Reasonable people might disagree on whether or not two substances are "*substantially similar*" in structure (and/or pharmacological effects): "*there is typically little consensus between experienced medicinal chemists…*[and]…*perception of molecular structures is strongly context-dependent*" (from Maggiora *et al*, "Molecular Similarity in Medicinal Chemistry." *J. Med. Chem.* **2014**, *57,* 3186–3204).

If substances that are "*substantially similar*" can be subjected to the same regulatory controls, then "*substantially similar*" means <u>similar enough to be subjected to the same regulatory controls</u>.

*Chemical structures of substances that are "substantially similar"*

The following substances are subjected to essentially the same regulatory controls, and in my opinion they are "*substantially similar*" in chemical structure. They are discussed here to provide context for helping establish a consistent *"substantially similar"* standard. 3,4-Methylenedioxyamphetamine (MDA) and its *N*-methyl (MDMA) and *N*-ethyl (MDEA) derivatives are all amphetamine derivatives with a methylenedioxy (MD) ring fused to the benzene ring at the 3- and 4- positions. The MD ring system imparts characteristic size, shape, and electronic properties to the overall structure, and it is an example of an acetal functional group.



$\Longleftarrow$ *(chemical structures that are "substantially similar")* $\Longrightarrow$

methylenedioxy-amphetamine (MDA)   methylenedioxy-methamphetamine (MDMA)   methylenedioxy-ethamphetamine (MDEA)

The three structures differ in the substitution on the nitrogen atom (i.e., the amine functional group). MDA has no additional substitution at its amphetamine nitrogen, whereas MDMA has a methyl group, and MDEA has an ethyl group at this position. These structural differences alter the relative sizes, shapes, and conformational dynamics of the structures. However, one can reasonably formulate the hypothesis that these three substances would be difficult to differentiate in terms of physical and chemical properties — e.g., solubility, acid/base reactivity, intermolecular interactions, etc. It is therefore appropriate to consider these structures "substantially similar". MDA, MDMA, and MDEA are all Schedule I controlled substances with essentially the same sentencing guideline penalties.

*Chemical structures of substances that are **NOT** "substantially similar"*

In contrast to the substances discussed above, the following phenethylamine derivatives should <u>*not*</u> be deemed "*substantially similar*" in chemical structure, and they are subject to different regulatory controls. Amphetamine is considered the parent structure of a class of chemical structures collectively referred to as the "amphetamines". MDA (discussed above) is the specific amphetamine with a 3,4-methylenedioxy ring system added. The methylenedioxy (MD) ring system is an important structural feature; MDA and amphetamine are not "substantially similar" structures. MDA is a Schedule I controlled substance, and amphetamine is a Schedule II controlled substance. The other two phenethylamine derivatives — phenylalanine and prolintane — are not controlled substances.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*



*(chemical structures that are NOT "substantially similar")*

MDA
(Schedule I)

amphetamine
(Schedule II)

phenylalanine
(dietary nutrient)

prolintane
(prescription drug)

The chemical structure of phenylalanine differs from that of amphetamine in the presence of the carboxylic acid functional group attached at the *alpha-* position relative to the amine. The carboxylic acid functional group is at a higher oxidation state compared to the methyl group of amphetamine. Phenylalanine is an example of an *alpha-*amino acid, a class of structures more commonly known as *amino acids*. (Phenylalanine is an essential dietary nutrient found in meats and breast milk.)

- *The introduction or deletion of a functional group changes the fundamental nature of the chemical structure, its properties, and its potential functions.*

The chemical structure of prolintane differs from that of amphetamine in the pyrrolidine ring, which is incorporated onto the amine. The pyrrolidine ring imparts characteristic size, shape, and electronic properties to the overall structure. For example, prolintane cannot participate in *hydrogen bonding* (an important type of chemical interaction related to solubility, intermolecular interactions, etc.) in the same way that amphetamine can. (Prolintane is prescribed for dementia.)

- *Revealing new chemical functionality and/or negating previously existing functionality within a specific functional group is likewise a significant change, in my opinion.*
- *This opinion is consistent with the statutory definition of "positional isomer" from 21 CFR Part 1300.01, pages 8-9 (emphasis added):*

"As used in §1308.11(d) of this chapter, the term "positional isomer" means any substance possessing the *same molecular formula and core structure and having the same functional group(s)* and/or substituent(s) as those found in the respective Schedule I hallucinogen, attached at any position(s) on the core structure, but in such manner that *no new chemical functionalities are created and no existing chemical functionalities are destroyed* relative to the respective Schedule I hallucinogen. Rearrangements of alkyl moieties within or between functional group(s) or substituent(s), or divisions or combinations of alkyl moieties, that do not create new chemical functionalities or destroy existing chemical functionalities, are allowed i.e., result in compounds which are positional isomers. For purposes of this definition, the "core structure" is the parent molecule that is the common basis for the class; for example, tryptamine, phenethylamine, or ergoline. Examples of rearrangements resulting in creation and/or destruction of chemical functionalities (and therefore resulting in compounds which are not positional isomers) include, but are not limited to: Ethoxy to alpha-hydroxyethyl, hydroxy and methyl to methoxy, or the repositioning of a phenolic or alcoholic hydroxy group to create a hydroxyamine. Examples of rearrangements resulting in compounds which would be positional isomers include: tert-butyl to sec-butyl, methoxy and ethyl to isopropoxy, N,N-diethyl to N-methyl-N-propyl, or alpha-methylamino to N-methylamino."

*Transitive logic of the "substantially similar" standard*

The "substantially similar" standard should be applied as logically and consistently as possible. To the extent that this standard allows substances to be approximately equated, there should be a transitive quality to the "substantially similar" standard. The transitive law of logic is exemplified in the statement, "if A equals B and B equals C, then A equals C." Similarity assessments in general do not bear transitive relationships because they are context-dependent. For example, a mouse is

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

similar to a bat in that they are both mammals, and a bat is similar to a bird in that they are both able to fly, but a mouse and a bird are not similar in either way. When considering whether or not new substances are "substantially similar" to established controlled substances, however, we define a specific context: *regulatory controls over medicinal chemistry*. The logical transitive property should be considered within this context.

If MDA is "substantially similar" to MDMA, and if a hypothetical new substance is also determined to be "substantially similar" to MDA, then to a first approximation the new substance should _also_ be "substantially similar" to MDMA. (Note, however, that the use of the transitive property may not be absolute, because in principle one could envision a series of minor changes accumulating to produce a substantially different structure.)



There is a logical corollary to the transitive property that is also relevant: "if A does not equal B, then C cannot be equal to both A and B". As applied in the current regulatory context, a hypothetical substance that is substantially similar to MDA is *probably* not substantially similar to amphetamine, because MDA is not substantially similar to amphetamine. It is difficult to imagine a hypothetical substance that would 'bridge the gap' between MDA and amphetamine and be substantially similar to these two disparate structures.

*The Structure–Activity Relationship (SAR)*

At the heart of "substantially similar" considerations is the Structure–Activity Relationship (SAR). SAR is based on the useful but imperfect assertion that similar structures have similar properties.

SAR profiles can help guide scientific inquiry into new or unknown substances, but *one must never assume knowledge of activity or reactivity based on SAR profiles*. In other words, if one were to conclude that a new substance is "substantially similar" in chemical structure to a controlled substance, then one could reasonably formulate the _hypothesis_ that the new substance produces "substantially similar" effects on the central nervous system. However, this hypothesis would have to be tested through properly controlled and relevant pharmacology experiments. Similar hypotheses could be generated (and tested) regarding other aspects of chemical function as well. Experiments designed to test any such hypothesis should be conducted and analyzed objectively: i.e., without bias to any of the chemical structural considerations that guided the hypothesis.

This section covers recent efforts to assess and describe structural similarity in medicinal chemistry. All similarity assessments are context-dependent, so it is critical to define the context in which comparisons are being made. Functional groups and core frameworks are important in the consideration of chemical structures. Similarity comparisons that do not take functional groups and core frameworks into account are not useful in medicinal chemistry. Changes in functional groups fun-

damentally change the function and properties of the structure. Changes in core frameworks change the size, shape, dynamics, and properties of the structure. All molecular substances can be deemed "similar" on some level, but in the context of regulatory controls over medicinal chemistry, differences in functional groups and core frameworks are critically important in terms of chemical properties, pharmacological effects, and legal control status.

**The following structural changes are thus generally significant in the current context:**

- **Addition, deletion, or modification of a chemical functional group**
- **Addition, deletion, or modification of a core framework feature**

Chemists generally make structural similarity assessments in terms of size, shape, and chemical properties, because the properties (activity) of molecular substances derive from their structures. Structure–activity relationships (SAR) allow chemists to formulate reasonable hypotheses as to the activity of new or unknown compounds by analogy to known systems that have previously been evaluated. Thus, a good SAR profile can guide scientific inquiry into new or unknown substances. However, it does not provide any factual information about untested substances, and even detailed SAR profiles can be misleading.

*The challenges of defining "molecular similarity"*

At the heart of SAR profiling is the assumption that similar compounds should have similar activities. However, *similarity is impossible to define* (Maggiora 2014). This is true in any context, and especially for molecular and biochemical substances, for which structures, shapes, and dynamics must be inferred from indirect observations. Many of our inferences are later revealed to be erroneous by subsequent experimental data. Molecular substances that may be regarded as structurally similar by trained and experienced medicinal chemists can have dramatically different biological activities. Likewise, two substances may produce similar pharmacological effects, despite no obvious structural similarity. Problems with SAR profiling are illustrated above (Figure 2 of Maggiora 2014).



Maggiora 2014, Figure 2: (EGFR2 ligands)

• The two compounds in the top row produce a similar pharmacological effect despite little to no apparent structural similarity.

• The two compounds in the left column are apparently similar in chemical structure yet dramatically (400x) different in activity.

• SAR discontinuity underscores the problem of using SAR to make assumptions (as opposed to generating hypotheses).

Medicinal chemists have struggled to define and quantify molecular similarity for many years. Maggiora's Perspective in *Journal of Medicinal Chemistry* provides an excellent review of similarity assessment of chemical structures (Maggiora 2014). A brief synopsis of the complications and chal-

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

lenges of making similarity assessments is provided here by compiling excerpts in the order in which they appear in the article (see also Lajiness 2004):

"*Similarity is a subjective and multifaceted concept… Why is similarity assessment a complicated problem? …it cannot be said with certainty if two compounds are similar to each other… humans intuitively, and often unconsciously, reduce patterns to simpler ones that contain the essential feature(s) of the original pattern… Surprisingly, there is typically little consensus between experienced medicinal chemists in judging preferred compounds and assessing favorable or unfavorable molecular features. Furthermore, it has been shown that* **perception of molecular structures is strongly context-dependent***; i.e., depending on the order in which we view compounds and how they are grouped, different conclusions are drawn. Medicinal chemists typically base their compound decisions on a very few patterns or parameters, fewer than they believe, a fact that clearly reflects the pattern-reduction approach referred to above… [H]umans can only hold a relatively small number of things in their working memory at any point in time… In the case of medicinal chemists this means that only structural features perceived to be most essential, or some simplified representation of them, might be retained and considered for similarity assessment…*" [emphasis added]

Nonetheless, similarity assessments and SAR profiles are central to advancing medicinal chemistry research. They provide a framework for generating new hypotheses, which then guide experimental designs. Any experienced medicinal chemist will have subjective opinions on structural similarity. These opinions are informed by the context as well as the personal experience of the chemist as to which molecular features are incorporated into the pattern recognition. However, the thoughtful chemist remains mindful of the limitations of similarity assessments and SAR profiles when generating new research hypotheses.

The previous Figure (above) shows three compounds (reproduced below) that illustrate an SAR disconnect between what medicinal chemists may consider to be "molecularly similar" and "pharmacologically similar". Structural similarity is based on subjective criteria that might not be universally applied. Maggiora identifies the first and second substances as structurally similar and the second and third substances as pharmacologically similar (Maggiora 2014). Pharmacological similarity here is determined by comparing quantified activity as ligands for the vascular endothelial growth factor receptor 2 (EGFR2). The pharmacological data are not enough to assert similar *in vivo* effects, but they are useful for the analysis at hand. Some might argue with Maggiora that the first two compounds are _not_ structurally similar, because changing aromatic rings is significant. However, all reasonable chemists would agree that of these three compounds, the first two are more similar in structure, and the second two are more similar in the indicated pharmacological activity, illustrating the problems with trying to link molecular similarity with pharmacological similarity. In practice, structure and pharmacology must be assessed independently.



*SAR limitations, discontinuities, and activity cliffs*

Compounds that are structurally similar should have similar properties, including pharmacological properties. However, compounds that medicinal chemists regard as structurally similar often have very different pharmacological properties (as discussed above). SAR discontinuities — seemingly "minor" structural modifications that produce "major" changes in activity — are common and con-

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

founding in medicinal chemistry (Maggiora 2014). One form of SAR discontinuity is the "activity cliff", which is defined as a pair of "structurally similar compounds having a significant difference in potency" (Bajorath 2014).

Activity cliffs reflect major changes in binding affinity and/or other pharmacological activities brought on by seemingly minor structural changes. Their occurrence and frequency is the subject of considerable attention among medicinal chemists. Meta-analysis of data from high-throughput screening programs indicates that *at least 1 in 5 active compounds are on the edge of an activity cliff*; that is, minor structural deviations would dramatically change the activity (Bajorath 2014). On the one hand, it is easy to challenge this data by using different similarity assessments (the authors used computational models of molecular similarity). On the other hand, their meta-analysis did not include any compounds that were deemed "inactive" in the original screenings, and as such the authors consider it be a low-end estimate. Regardless of the specific rates, it is clear that **activity cliffs are common in medicinal chemistry**. It cannot be taken for granted that compounds we regard as similar in structure will have similar properties.

Pharmaceutical researchers search for activity cliffs, in particular those in which potency is dramatically increased, in drug discovery efforts. Some ways to do this include by replacing a hydrogen atom with a fluorine atom or a methyl group, as discussed below.

Fluorine in pharmaceutical drugs: Replacing hydrogen atoms with fluorine atoms is a common and increasingly important strategy for altering pharmacological properties as an integral part of the drug discovery process (Liu 2016). Pharmaceutical companies invest considerable resources incorporating fluorine into their research compounds. In response, academic organic chemistry researchers invest considerable time and energy developing new means of introducing fluorine into small organic molecules. One rationale for this specific emphasis on fluorine is that incorporation of fluorine often results in significant changes in pharmacology. Researchers are generally most interested in *enhancing* activity, and so the literature is biased in favor of instances in which including fluorine results in better pharmacological properties. However, fluorine can only change properties: it is subject to interpretation whether or not the change is favorable to the scientist. It stands to reason that there is a significant number of cases in which the change imparted by incorporation of fluorine was regarded as detrimental to the focal activity. Such "negative results" are often left unpublished, but one relevant example is featured:

*6-Fluoro-N,N-diethyltryptamine (6F-DET)*: *N,N*-Diethyltryptamine (DET) is a potent hallucinogen and a Schedule I controlled substance. In 1963, it was reported that 6F-DET, which differs structurally from DET by the replacement of a hydrogen atom with a fluorine atom, is not hallucinogenic. The inability of 6F-DET to produce hallucinogenic effects was established both in mice and in human volunteers (Kalir 1963). It has since been reported that "fluorination of the tryptamines at the 4-, 5-, 6-, or 7-position attenuates or abolishes hallucinogenic-like activity" (Nichols 2000). This example reminds us that we cannot assume that a fluorinated derivative of a substance will have the same pharmacological effects as the parent substance. (*If such an assumption were valid, then efforts invested in incorporating fluorine atoms would be misguided*.) Pharmacological effects must be determined experimentally.



N,N-diethyltryptamine
(DET)
· *hallucinogenic*

6-fluoro-N,N-diethyltryptamine
(6F-DET)
· *not hallucinogenic*

Dramatic methyl substitution effects on pharmacology: The simplest alkyl fragment is the one-carbon methyl group. Replacing a hydrogen atom with a methyl group, or vice versa, is generally regarded as a minor structural change. In US v. Desurra, for example, the Court ruled that MDMA is

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

substantially similar in chemical structure to MDA. However, methylation can have profound effects on pharmacological activity. As discussed in a recent review, methylation (or demethylation) can change binding affinity, solubility, metabolism, side effects, and even "convert an agonist into an antagonist" (Cernak 2013). Examples cited in Cernak 2013 include efforts at GSK Pharmaceuticals to develop an antagonist of the glutamate receptor mGluR5 (below). They found that replacing the indicated hydrogen atom with a methyl group converted an inactive compound into an antagonist with an $IC_{50}$ of 40 nM. Interestingly, replacing the "other" hydrogen atom on the same carbon gave an inactive compound, underscoring the need to understand and appreciate the three-dimensional structures of organic compounds.



MDMA              MDA



inactive compound
($IC_{50}$ >10000 nM)

active compound
($IC_{50}$ 40 nM)

inactive compound
($IC_{50}$ >10000 nM)

inactive compound
($IC_{50}$ >10000 nM)

While this example illustrates a dramatic increase in activity, "a statistical analysis of more than 2100 recent examples from the medicinal chemistry literature showed that installation of a methyl group is just as likely to decrease affinity as it is to increase affinity" (Cernak 2013). For example, the same researchers found that replacing the hydrogen atom attached at nitrogen with a methyl group — comparable to the difference between MDMA and MDA — negated the gains in activity and reverted the compound to inactive status.

Summary remarks: Structure–activity relationships (SAR) and SAR profiles are useful as guides for trying to explore the biological activity of new or unknown compounds. *An SAR-based "prediction" actually constitutes a hypothesis, which must then be tested*. The benefits of SAR profiles are widely recognized and not discussed here in much detail. SAR limitations are discussed as a caveat against reliance on SAR-based hypotheses in lieu of experimental data. Like any type of important scientific hypothesis, SAR-based predictions (hypotheses) are frequently incorrect.

SAR discontinuity and activity cliffs refer to small changes in chemical structure that lead to significant changes in biological activity. The apparent disconnect between molecular similarity and pharmacological similarity is a reminder of the complexity of the systems of interest. The human brain lacks the ability (1) to analyze molecular structures with sufficient acuity to gauge similarity for anything but the simplest of compounds, and also (2) to understand biological systems with sufficient detail to link activity to specific structural features (Maggiora 2014).

Medicinal chemists often prepare compounds that may be regarded as similar to known active compounds in the hopes of identifying new structures with different and/or better pharmacological activity. To this end, hydrogen atoms may be replaced with fluorine atoms or methyl groups, as discussed herein. The effects of such changes are then determined experimentally. Larger changes, like adding or replacing rings and/or functional groups, are more likely to alter the observable effects. Such changes would generally be *expected* to alter activity, but medicinal chemistry remains an experimental science. Pharmacological effects of new compounds simply cannot be assumed or reliably predicted in advance of experiment.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

**References Cited**:

**Kalir 1963**: Kalir, Asher, and Stephen Szara. "Synthesis and pharmacological activity of fluorinated tryptamine derivatives." *Journal of Medicinal Chemistry* 6, no. 6 (1963): 716-719.

**Nichols 2000**: Blair, Joseph B., Deborah Kurrasch-Orbaugh, Danuta Marona-Lewicka, Medhane G. Cumbay, Val J. Watts, Eric L. Barker, and David E. Nichols. "Effect of ring fluorination on the pharmacology of hallucinogenic tryptamines." *Journal of medicinal chemistry* 43, no. 24 (2000): 4701-4710.

**Lajiness 2004**: Lajiness, Michael S., Gerald M. Maggiora, and Veerabahu Shanmugasundaram. "Assessment of the consistency of medicinal chemists in reviewing sets of compounds." *Journal of medicinal chemistry* 47, no. 20 (2004): 4891-4896.

**Cernak 2013**: Schönherr, Heike, and Tim Cernak. "Profound Methyl Effects in Drug Discovery and a Call for New C–H Methylation Reactions." *Angewandte Chemie International Edition* 52, no. 47 (2013): 12256-12267.

**Bajorath 2014**: Stumpfe, Dagmar, Ye Hu, Dilyana Dimova, and Jürgen Bajorath. "Recent Progress in Understanding Activity Cliffs and Their Utility in Medicinal Chemistry." *Journal of medicinal chemistry* 57 (2014), 18-28.

**Maggiora 2014**: Maggiora, Gerald M., Martin Vogt, Dagmar Stumpfe, and Jürgen Bajorath. "Molecular Similarity in Medicinal Chemistry." *Journal of medicinal chemistry* 57 (2014), 3186–3204.

**Liu 2016**: Zhou, Yu, Jiang Wang, Zhanni Gu, Shuni Wang, Wei Zhu, José Luis Aceña, Vadim A. Soloshonok, Kunisuke Izawa, and Hong Liu. "Next Generation of Fluorine-Containing Pharmaceuticals, Compounds Currently in Phase II–III Clinical Trials of Major Pharmaceutical Companies: New Structural Trends and Therapeutic Areas." *Chemical reviews* 116 (2016): 422–518.

Professor Gregory B. Dudley, Ph.D.

Date: 2016-12-20

## Appendix B
## Expert Opinion and Bases Regarding the
## Comparative Pharmacology of MDMA and Dibutylone

**Assessment and Opinion**:

Dibutylone and MDMA act by different pharmacological mechanisms and therefore will not produce "substantially similar" pharmacological effects on the central nervous system of human users. Direct comparisons of the effects of dibutylone and MDMA in human volunteers and/or in animal models have not been reported.

*Brief summary and interpretations of published scientific data:*

- Dibutylone <u>has not</u> been studied clinically in humans, whereas MDMA has.
- Dibutylone <u>has not</u> been shown to produce "MDMA-like" effects *in vivo*.
- The molecular pharmacologies of dibutylone and MDMA are different, although MDMA is complicated, and dibutylone is largely unstudied.
    - o MDMA is primarily regarded as a substrate for the serotonin transporter (stimulates release of serotonin).
    - o Dibutylone has no observed effect on the serotonin transporter. Dibutylone is primarily an inhibitor of the dopamine transporter.

**Reasons and Bases:**

**Overview**

1. In order to form opinions regarding the subjective effects in human users, one first has to know the subjective effects in human users.

2. Objective data from properly controlled experiments performed in accord with the scientific method are needed to support scientific conclusions.
    a. The conclusions and opinions presented in this document are based on published data and observations from properly controlled scientific experiments.

3. Establishing through properly controlled *in vitro* and/or *in vivo* experiments <u>that two substances act by the same pharmacological mechanism</u> is *necessary but not sufficient* to support the scientific opinion that they produce "substantially similar" pharmacological effects.

   a. If two substances act by different pharmacological mechanisms, then they will not produce "substantially similar" pharmacological effects.

   b. If two substances act by similar mechanisms but have different pharmacokinetic properties (e.g., distribution of the drug in the body), then they will not produce "substantially similar" pharmacological effects.

4. Establishing through *in vivo* two-choice drug discrimination experiments <u>that one substance can fully substitute for another</u> is *necessary but not sufficient* to support the scientific opinion that the two substances produce "substantially similar" pharmacological effects.

   a. Drug discrimination studies provide objective data regarding the overall perceived effects of a drug.

   b. Full substitution suggests that users perceive sufficient similarity in the drug effects such that the substances can compared and examined within the same general category (e.g., "stimulants", "cannabinoids", and/or "hallucinogens"), even if there are also important differences (*vide infra*).

   c. DEA drug science specialists regard two-choice drug discrimination experiments as an important component of the analogue assessment process.[†] Drug discrimination studies can be performed in humans or animals.

---

† See, for example:
   a) "So it is very important, you need the drug discrimination data in order to evaluate the effects in humans in terms of potency." Testimony of DEA Drug Science Specialist Dr. Jordan Trecki, Case 2:15-cr-14034-DMM Document 229, page 67.
   b) "The drug discrimination study (*in vivo* study) in animals is one of the most selective animal models used to predict stimulant-like subjective effects in humans." Rule 16 Summary Opinion of DEA Drug Science Specialist Dr. Ambuja Bale, United States v. Pedro Arroyo, Crim. 14-186, dated September 25, 2015.
   c) The drug discrimination study "is the golden standard in the drug abuse research community." Testimony of DEA Drug Science Specialist Dr. Li Fang, Case 2:14-cr-00186-KSH, October 13, 2016, transcript page 166.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

    d.  If one substance does not fully substitute for another in two-choice drug discrimination experiments, then the two substances do not produce "substantially similar" pharmacological effects.

5.  If trained users can readily differentiate between the substances, such as is seen in three-choice drug discrimination protocols, then the substances do not produce "substantially similar" pharmacological effects.

**MDMA vs. dibutylone**

6.  Data from a recent *in vitro* study indicates that dibutylone is an inhibitor of the dopamine transporter, with affinity and potency similar to cocaine (Janowsky 2016).

    a.  Cocaine also inhibited the serotonin and norepinephrine transporters in this study. Dibutylone did not inhibit the serotonin transporter and was relatively weak compared to cocaine at the norepinephrine transporter.

    b.  This activity of cocaine is consistent with previous reports (Appel 1991).

7.  Data from recent *in vitro* studies support the conclusion that MDMA is a monoamine neurotransmitter transporter *substrate* (stimulates release of monoamine neurotransmitters), which is mechanistically and functionally distinct from a transporter *inhibitor* (Eshleman 2017).

    a.  Broader reviews of *in vitro* and *in vivo* data point to the primary effects of MDMA being linked to serotonin release, by virtue of MDMA being a substrate for the serotonin transporter (Vollenweider 2001).

    b.  "*Extensive literature on its mechanisms of action has come to characterize MDMA as a ''messy' drug with multiple mechanisms, but the consensus is that the distinctive entactogenic effects arise from the release of neurotransmitters, primarily serotonin*" (Ray 2016).

    c.  Dibutylone does not release serotonin; it had no observed activity as a substrate for the serotonin transporter (Janowsky 2016).

    d.  It has recently been postulated that the effects of MDMA are "*due to the simultaneous direct activation of imidazoline-1 (I1) and serotonin-2 (5-HT2) receptors by MDMA*" (Ray 2016).

8. One cannot reasonably conclude that MDMA and dibutylone produce "substantially similar" effects on the central nervous system, considering that they act by distinctly different pharmacological mechanisms (Rothman 2003).

9. It has not been determined whether or not dibutylone can substitute for MDMA in *in vivo* two-choice drug discrimination experiments in rodents.

    a. Two-choice drug discrimination studies enable classification of substances into broad categories such as "stimulant", "hallucinogen", and/or "cannabinoid", but they do not enable one to differentiate between two substances that fall under the same broad category.

10. It has not been determined whether or not rodents can be trained to differentiate between dibutylone and MDMA.

    a. LSD can fully substitute for MDMA (Goodwin 2003), but LSD and MDMA do not produce "substantially similar" pharmacological effects. Rodents can be trained to differentiate between LSD and MDMA in three-choice drug discrimination experiments (Goodwin 2003).

11. There are no objective data from properly controlled experiments performed in accord with the scientific method with which to compare the pharmacological effects of dibutylone and MDMA on the human central nervous system.

    a. Such studies have been performed on other Schedule I and II substances, including amphetamine and methamphetamine (Hart 2012) and MDMA and MDEA (Vollenweider 2001 and references cited).

12. The pharmacological data that are currently available are sufficient to support the opinion that dibutylone and MDMA do not produce "substantially similar" pharmacological effects because they act by distinctly different pharmacological mechanisms.

*Prepared for attorneys Julie Vianale and Jonathan Friedman*

**References Cited**

**Appel 1991**: Broadbent, J., E. K. Michael, E. E. Riddle, and J. B. Appel. "Involvement of dopamine uptake in the discriminative stimulus effects of cocaine." *Behavioural pharmacology* 2, no. 3 (1991): 187-198.

**Vollenweider 2001**: Vollenweider, Frank X., 2001. Brain mechanisms of hallucinogens and entactogens. *Dialogues Clin Neurosci. 3*(4), pp 265–279.

**Rothman 2003**: Rothman, R.B. and Baumann, M.H., 2003. Monoamine transporters and psychostimulant drugs. *European journal of pharmacology*, *479*(1), pp.23-40.

**Goodwin 2003**: Goodwin, A.K., Pynnonen, D.M. and Baker, L.E., 2003. Serotonergic–dopaminergic mediation of MDMA's discriminative stimulus effects in a three-choice discrimination. *Pharmacology Biochemistry and Behavior*, *74*(4), pp.987-995.

**Hart 2012**: Kirkpatrick, M.G., Gunderson, E.W., Johanson, C.E., Levin, F.R., Foltin, R.W. and Hart, C.L., 2012. Comparison of intranasal methamphetamine and d-amphetamine self-administration by humans. *Addiction*, *107*(4), pp.783-791.

**Janowsky 2016**: Janowsky A. Bk-DMBDB: Binding and functional activity at biogenic amine transporters. DEA-VA Interagency Agreement Title: "In Vitro Receptor and Transporter Assays for Abuse Liability Testing for the DEA by the VA". August, 2016.

**Ray 2016**: Ray, T.S., 2016. Constructing the ecstasy of MDMA from its component mental organs: Proposing the primer/probe method. *Medical hypotheses*, *87*, pp.48-60.

**Eshleman 2017**: Eshleman, A.J., Wolfrum, K.M., Reed, J.F., Kim, S.O., Swanson, T., Johnson, R.A. and Janowsky, A., 2017. Structure-Activity Relationships of Substituted Cathinones, with Transporter Binding, Uptake, and Release. *Journal of Pharmacology and Experimental Therapeutics*, *360*(1), pp.33-47.

Exhibit C

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

## SENTENCING GUIDELINE CONSIDERATIONS FOR ETHYLONE

*Professor Gregory B. Dudley, Ph.D.*
*Department of Chemistry and Biochemistry, Florida State University*
*Tallahassee, FL 32306-4390, gdudley@chem.fsu.edu*

**Overview**: Based on available data and guidance from the Sentencing Guidelines, my opinion is that ethylone should be sentenced at a level equal to, or slightly less than, methylone. Methylone and ethylone should be sentenced at levels *significantly* lower than MDMA and MDEA, which are the most comparable substances listed in the guidelines.

The rationale for this opinion is presented in three main parts, based on the considerations identified in the guidelines: chemical structure (Part A) and the pharmacological effects and potency (Parts B and C). An introduction precedes the main parts and outlines the criteria and considerations, along with brief tutorials as appropriate. The names, chemical structures, and marijuana equivalencies of some relevant substances are illustrated below.



*cathinones:*

methylenedioxy-meth**cathinone**
(MDMC, **methylone**)
*marijuana equiv not det'd*

methylenedioxy-eth**cathinone**
(MDEC, **ethylone**)
*substance in question*

meth**cathinone**

*marijuana equiv 350:1*

*amphetamines:*

methylenedioxy-meth**amphetamine**
(**MDMA**)
*marijuana equiv 500:1*

methylenedioxy-eth**amphetamine**
(**MDEA**)
*marijuana equiv 500:1*

meth**amphetamine**
("meth")
*marijuana equiv 20,000:1*

## Executive Summary

Methylone and butylone are controlled substances. Ethylone is effectively a controlled substance by virtue of being a "positional isomer" of butylone, and it is "substantially similar" in chemical structure to methylone (in my opinion). Methylone, ethylone, and butylone neither are listed in the Sentencing Guidelines nor are they "substantially similar" in chemical structure and pharmacological effects to any listed substance. However, there are comparable listed substances that warrant consideration. Methylone, ethylone, and butylone are cathinones and therefore structurally related to methcathinone. They also feature the methylenedioxy ring system that is most commonly associated with MDMA. Structurally, the best compound to reference for the cathinones — methylone, ethylone, and butylone — is **methcathinone**. The pharmacological effects for ethylone should also be considered when identifying comparable substances in the guidelines. However, the pharmacological effects and potency of ethylone are not characterized well enough for direct, factual comparisons.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

*How can we make decisions on ethylone in the absence of conclusive pharmacology data*? Pharmaceutical researchers use *"structure–activity relationships"* to make tentative decisions on new and untested drug substances. The "*structure-activity relationship*" (SAR) in pharmacology is based on the premise that substances having similar chemical structures should have similar pharmacological activities (i.e., effects and potency). If we can identify better-characterized substances that we regard as similar, then we can use data from those substances to formulate hypotheses regarding the new substance. SAR is a useful tool for generating *hypotheses*, but it is imperfect. There are myriad examples of SAR-based hypotheses being wrong or misleading. Here, we use data for methylone (and other related substances) to infer the likely pharmacological activity (effects and potency) for ethylone. However, any SAR-based discussion of ethylone pharmacology is hypothetical. The facts (experimental data) are inconclusive at this time.

The SAR-based approach taken here is to compare methylone and ethylone to each other and to MDMA and MDEA, which are treated equivalently in the guidelines. This is the best approach in my opinion because it enables one to compare pharmacological effects and potency in identical and quantitative pharmacological experiments *in vitro* and *in vivo*. My opinion is based on balancing separate considerations of chemical structure (Part A) and pharmacological effects and potency (Parts B and C). A comparative pharmacological data analysis is presented to support the position that the cathinones methylone, ethylone, and butylone are probably less potent and potentially less dangerous than the amphetamines MDMA and MDEA.

**Part A.** Ethylone and MDEA are not "substantially similar" in chemical structure because of a significant change in oxidation. Ethylone is a *cathinone* and MDEA is an *amphetamine*. Cathinones and amphetamines differ in the presence or absence of the *ketone* functional group, which is associated with a difference in oxidation state at the particular carbon. Changes in functional groups and oxidation states are significant. For example, note that a similar oxidation change differentiates amphetamine from phenylalanine, an essential dietary nutrient (see graphic). A structural assessment that deems cathinone similar to amphetamine could likewise be applied to phenylalanine.



amphetamine

cathinone
(*oxidized at a*)

phenylalanine, Phe
(*oxidized at b*)

The Guidelines provide guidance on how to treat cathinones and amphetamines that otherwise have the same structural features: meth<u>amphetamine</u> is assigned a marijuana equivalency that is ca. 50x greater than what is assigned for meth<u>cathinone</u>. Thus, methylenedioxy-eth<u>amphetamine</u> (MDEA) should be penalized at a similarly higher level than methylenedioxy-eth<u>cathinone</u> (ethylone). In other words, the marijuana equivalency for ethylone should be substantially lower — ca. 98% lower by direct application of the best precedent from the Guidelines — than MDEA. (MDEA is to ethylone as methamphetamine is to methcathinone in chemical structure. However, pharmacological comparisons should also be taken into account, as outlined below.)

**Part B.** In terms of pharmacological effects, ethylone and MDEA are distinct substances with distinct properties that are neither well characterized nor directly comparable. Ethylone has been described subjectively and anecdotally as "similar to methylone, but less potent", and methylone has been subjectively described as "MDMA-like" or "mixed MDMA-cocaine-like". Pharmacological data are consistent with these assessments, collectively indicating that ethylone is probably comparable to MDEA in its profile of pharmacological effects, but that ethylone is probably less potent than MDEA (based on the same pharmacology data).

Pharmacological effects (Part B) and potency (Part C) are generally ascertaining from the same data. Qualitative comparisons and trends in the data are featured in Part B, and quantitative analysis and interpretation of the same data are presented in Part C.

**Part C.** Pharmacological effects and potency are linked to how substances impact levels of three monoamine neurotransmitters in the brain: dopamine, serotonin, and norepinephrine. Psychostimulants, including certain amphetamines, cathinones, cocaine, and other drugs, broadly and variably impact our reward system (dopamine), mood and perception (serotonin), and energy levels (norepinephrine). Relative impacts on dopamine, serotonin, and norepinephrine levels determine the profile of pharmacological effects. Absolute impacts on the various neurotransmitter levels determine the amount of substance needed to produce the effect profile (i.e., the potency).

Pharmacological data for humans are not available, so one cannot draw rigorous scientific conclusions regarding pharmacological effects and potency in humans. However, one can formulate reasonable hypotheses regarding human pharmacology by extrapolating from experiments conducted in human cells and/or animal models. Experiments in human cells provide quantitative data on the relative potency of the various drug substances. The impact of different substances on relevant neurotransmitter levels can be quantified by measuring the stimulated release and/or the inhibited recovery (re-uptake) of dopamine, serotonin, and norepinephrine, respectively. Therefore, up to six direct comparisons can (and should) be made for each pair of substances. All of these comparative data should be considered; it would not be appropriate to hand-select a single data point from an array of potential experiments to represent the array of potential pharmacological effects and potency.



methylenedioxy-**meth**amphetamine
(MDMA)
*marijuana equiv 500:1*

methylenedioxy-**meth**cathinone
(MDMC, methylone)
*marijuana equiv not det'd*

methylenedioxy-**eth**cathinone
(MDEC, ethylone)
*marijuana equiv not det'd*

A recent study provides all six of these measurements in side-by-side (and therefore directly comparable) experiments involving psychostimulants including MDMA and methylone, which we regard as similar to ethylone. (As noted below, methylone and ethylone can be compared using a separate study.) In the six experiments, the relative potencies for MDMA were 0.72x, 1.7x, 6.1x, 6.2x, 9.6x, and 17x times the potencies for methylone. Additional

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

relative potency data are available from measurements in animals. These data indicate that methylone and MDMA can produce comparable pharmacological effects but that MDMA is more potent. One must weigh these data thoughtfully. It is not unreasonable to reach the subjective assessment based on these and other data that *MDMA is probably on the order of 5x times more potent than methylone*, or that methylone potency is somewhere around 20% that of MDMA. Recent experiments show agreement in animal models between *in vitro* and *in vivo* data, and they also demonstrate that repeated exposure to MDMA, *but not methylone*, causes long-term changes in brain neurochemistry (i.e., brain damage). Ethylone was not included in any of these studies. However, ethylone and methylone were compared side-by-side in another recent study, which based on three data points suggests that ethylone is broadly comparable to, but less potent than, methylone.

***Concluding remarks.*** *Given that MDMA is listed at 500:1, what would be the appropriate levels for methylone and ethylone? In my opinion, considering the preliminary pharmacology data with its associated uncertainties, and the wide disparity in penalties for methamphetamine and methcathinone, it would be hard to justify using a marijuana equivalency for methylone higher than 100:1. In my opinion, ethylone is "substantially similar" to methylone in structure, and the early indications are that it is similar but less potent in its pharmacological activity. Therefore, the marijuana equivalency of ethylone should be less than or equal to that of methylone.*

## My Background and Expertise

I am a Professor and Associate Chair in the Department of Chemistry and Biochemistry at the Florida State University (FSU) in Tallahassee, FL. I graduated *magna cum laude* from FSU in 1995. I earned a Ph.D. in Organic Chemistry from the Massachusetts Institute of Technology (MIT) in 2000, and received postdoctoral training in Molecular Pharmacology and Chemistry at the Sloan–Kettering Institute for Cancer Research, the research wing of the Memorial Sloan–Kettering Cancer Hospital in New York, NY, from 2000–2002. My postdoctoral research was supported by a Fellowship from the National Institutes of Health (NIH). In 2002, I joined the faculty at FSU as an Assistant Professor. I was promoted to the rank of Associate Professor (with tenure) in 2008 and to Full Professor in 2015. I have served as an Associate Chair n the Department of Chemistry and Biochemistry since 2012.

My expertise is chemical synthesis for drug discovery. Research interests focus on organic reaction development, synthesis of natural and drug-like compounds, and application of synthetic organic chemistry to solve biomedical research problems. I have published over 60 original research papers in peer-reviewed journals, written 7 chapters for reference works in organic chemistry, and received multiple patents for innovations leading to two commercial products. I provide expert peer-review services for leading journals in general, organic, and medicinal chemistry (e.g., *Journal of the American Chemical Society, Journal of Organic Chemistry, Organic Letters, Bioorganic and Medicinal Chemistry, ACS Medicinal Chemistry*) and funding agencies (e.g., National Institutes of Health, National Science Foundation, American Chemical Society). I have delivered over 100 invited lectures at universities, conferences, and pharmaceutical companies. I have received numerous awards and honors related to research, teaching, and innovation, as outlined in the attached CV.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

## Introduction and key considerations

<u>The law recognizes the importance of chemical functional groups</u>. Cathinones are distinct from amphetamines in that cathinones have the chemical function and oxidation level of a ketone. The importance of chemical functional groups like ketones is recognized in law, in particular in how the law defines "positional isomers".



cathinone        amphetamine

<u>Ethylone is a "positional isomer" of the controlled substance butylone</u>. Isomers in chemistry are compounds having the same molecular formula (elemental composition) but with the atoms in the molecule connected in a different way. Isomers are different and often have vastly different chemical properties. However, the legal scope of "isomer" is restricted to optical, positional, and geometric isomers, with positional isomers defined to emphasize the importance of <u>functional groups</u>; *from 21 CFR Part 1300.01, pages 8-9 (emphasis added):*

> *"As used in §1308.11(d) of this chapter, the term "positional isomer" means any substance possessing the <u>same molecular formula and core structure and having the same functional group(s)</u> and/or substituent(s) as those found in the respective Schedule I hallucinogen, at-tached at any position(s) on the core structure, but in such manner that <u>no new chemical functionalities are created and no existing chemical functionalities are destroyed</u> relative to the respective Schedule I hallucinogen. Rearrangements of alkyl moieties within or be-tween functional group(s) or substituent(s), or divisions or combinations of alkyl moieties, that do not create new chemical functionalities or destroy existing chemical functionalities, are allowed i.e., result in compounds which are positional isomers. For purposes of this def-inition, the "core structure" is the parent molecule that is the common basis for the class; for example, tryptamine, phenethylamine, or ergoline. Examples of rearrangements resulting in creation and/or destruction of chemical functionalities (and therefore resulting in compounds which are not positional isomers) include, but are not limited to: Ethoxy to alpha-hydroxyethyl, hydroxy and methyl to methoxy, or the repositioning of a phenolic or alcoholic hydroxy group to create a hydroxyamine. Examples of rearrangements resulting in com-pounds which would be positional isomers include: tert-butyl to sec-butyl, methoxy and ethyl to isopropoxy, N,N-diethyl to N-methyl-N-propyl, or alpha-methylamino to N-methylamino."*



butylone                    ethylone
*controlled substance*        *positional isomer*

$C_{11}H_{16}O$            $C_{11}H_{16}O$
(an alcohol)              (an ether)

*isomer (same molecular formula), but*
*NOT "positional isomers" by legal definition*

Ethylone has the same core structure as methylone and butylone; they are all cathinones. Ethylone and butylone differ in the position of a methylene unit, which can be described as a "rearrangement of alkyl moieties". No functional groups are added, deleted, or directly al-tered. In contrast, the chemical structures provided on the right-hand side of the graphic above are isomers (same molecular formula), but they do NOT meet the more strict legal definition of "positional isomers" because the alcohol functional group is not maintained.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

In contrast to methylone, ethylone, and butylone, MDMA and MDEA are not cathinones. They do not have the ketone functional group. The other structural features of MDMA and MDEA are similar *but not identical* to methylone and ethylone, respectively, because *the impact of the ketone extends throughout the structure*. The ketone fundamentally changes the structure and properties of the cathinones as compared to amphetamines.

Neither methylone, ethylone, nor butylone is listed in the sentencing guidelines. In such cases, the Sentencing Commission has provided instructions for how to proceed. *Paragraph 6 of Commentary following the Sentencing Commission guidelines on marijuana equivalency reads: (emphasis added)*

> *"Analogues and Controlled Substances Not Referenced in this Guideline. — Any reference to a particular controlled substance in these guidelines includes all salts, **isomers**, all salts of isomers, and, except as otherwise provided, **any analogue** of that controlled substance. Any reference to cocaine includes ecgonine and coca leaves, except extracts of coca leaves from which cocaine and ecgonine have been removed. For purposes of this guideline **"analogue" has the meaning given the term "controlled substance analogue"** in 21 U.S.C. § 802(32). In determining the appropriate sentence, the court also may consider whether the same quantity of analogue produces a greater effect on the central nervous system than the controlled substance for which it is an analogue.*
>
> *In the case of a controlled substance that is not specifically referenced in this guideline, determine the base offense level using the marihuana equivalency of the most closely related controlled substance referenced in this guideline. In determining the most closely related controlled substance, the court shall, to the extent practicable, consider the following:*
>
> *(A) Whether the controlled substance not referenced in this guideline has a **chemical structure** that is substantially similar to a controlled substance referenced in this guideline.*
> *(B) Whether the controlled substance not referenced in this guideline has a stimulant, depressant, or hallucinogenic **effect on the central nervous system** that is substantially similar to the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance referenced in this guideline.*
> *(C) Whether a lesser or greater quantity of the controlled substance not referenced in this guideline is needed to produce a substantially similar effect on the central nervous system as a controlled substance **[i.e., potency]** referenced in this guideline."*

Extrapolating from the guidelines to reach a decision on ethylone is a non-trivial endeavor. Cathiones and amphetamines are not "substantially similar" in structure or function, and they should not be equated under the law. However, a key phrase in these instructions is open to multiple interpretations: "*determine the base offense level using the marihuana equivalency of the most closely related controlled substance referenced in this guideline…*" One interpretation of this phrase is to identify the most closely related substance and use that value directly. This interpretation presumes that the guidelines mandate treating similar substances as identical, as opposed to providing a framework to guide decisions on new substances: i.e., "*determine the…level using the marihuana equivalency*" as a guide. It is not appropriate to amphetamines and cathinones the same (in my opinion), consistent with the Guidelines disparate treatment of methamphetamine and methcathinone.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

In my opinion, the more appropriate interpretation recognizes the non-equivalency of comparable substances. The interpretation underlying this report is to "*determine the base offense level using* [**as a guide**] *the marihuana equivalency of the most closely related controlled substance…*" The approach here is to compare MDMA to methylone, use that comparison and the associated considerations to guide an appropriate decision for methylone, and then extrapolate to ethylone as outlined herein.



methylenedioxy-**meth**amphetamine
(MDMA)
*marijuana equiv 500:1*

methylenedioxy-**meth**cathinone
(MDMC, methylone)
*marijuana equiv not det'd*

methylenedioxy-**eth**cathinone
(MDEC, ethylone)
*marijuana equiv not det'd*

The marijuana equivalency of MDMA is 500:1. What do we need to consider to extrapolate from the guidelines to arrive at appropriate values for methylone and ethylone?

<u>Chemical structure and pharmacology must both be considered</u>: The so-called designer drug market has essentially spawned an underground medicinal chemistry industry.[1] It is appropriate that the law, like medicinal chemistry, calls for analysis of chemical structures and pharmacological effects as primary criteria. It is critical to underscore that structure and pharmacology are separate considerations under the umbrella of medicinal chemistry. One can generate an SAR-based hypothesis regarding pharmacology based on chemical structure (and vice versa), but they remain hypotheses in the absence of experimental data. *Considering that*:

a) MDMA and MDEA are treated equivalently in the Sentencing Guidelines,
b) methylone can be compared to MDMA,
c) ethylone can be compared to methylone, and
d) ethylone is "substantially similar" in chemical structure to methylone,

*the best approach, and the one taken here, is to*:

1) begin the analysis by comparing MDMA to methylone, and
2) then extrapolate using SAR to butylone and ethylone to the extent possible.

The alternative to considering and weighing the available pharmacology data for related substances (like methylone and MDMA) would be to disregard this broader knowledge and focus exclusively on ethylone. In my opinion, if we disregard structure–activity relationships for cathinones and amphetamines (i.e., the broader pharmacology data), then we must give more weight to chemical structure. Based on chemical structure, the substance most closely related to ethylone listed in the Guidelines is *meth*cathinone, not MDEA.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

**Part 1. Chemical Structure**

*"Whether the controlled substance not referenced in this guideline has a **chemical structure** that is substantially similar to a controlled substance referenced in this guideline."*

<u>A brief tutorial on chemical structure</u>. Organic compounds typically comprise a core ***framework*** of carbon and hydrogen atoms that define the size, shape, and dynamics (flexibility), and attached ***functional groups*** that impart specific chemical properties (patterns of reactivity and interaction with other molecules). Compounds are often illustrated graphically using line drawings, with lines to represent bonds (shared electrons) between atoms, and vertices to identify the location of atoms. Carbon and hydrogen atoms that are part of the core framework are often not labeled explicitly if they can be inferred from the line drawing.



"structural formula"   "line drawing"   ethanol ($CH_3CH_2OH$)

The chemical properties of the organic compound are based on the arrangement of functional groups in three-dimensional space, as well as the size, shape, and dynamics of the compound. Common functional groups include alcohols, olefins, amines, aldehydes, ketones, carboxylic acids, and halogens, with some examples provided in the compounds illustrated below. Some compounds, like sugars and amino acids, have a framework that is rich in functional groups. In compounds with fewer functional groups, like steroids, the shape of the carbon framework plays a larger role in determining its properties.



D-glucose
(common sugar)

glycine
(smallest amino acid)

cholesterol
(common steroid)

<u>What is and is not "substantially similar"?</u> The term "substantially similar" is a legal term; it is not defined in the scientific literature. Indeed, *molecular similarity is impossible to define.*[2] Nonetheless, subjective similarity assessments are central to medicinal chemistry research. They provide a framework for generating new hypotheses, which then guide experimental designs. In the legal setting, molecular similarity assessments — centered around the standard of "substantially similar" — are used to guide policy. In my opinion, *the carbon framework and functional groups are central to any assessment of molecular similarity*. The legal definition of "<u>positional isomer</u>" is informative here. The legal definition of positional

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

isomer is expertly crafted to recognize the importance of functional groups in chemical structures; it explicitly excludes isomers in which functional groups have changed.[†] Any change in functional groups is likely to have a significant impact on the overall chemical properties, and the more reactive the functional group, the more significant the change.

The Analogue Enforcement Act broadens coverage beyond positional isomers; structures can be "substantially similar" without having identical molecular formulas. However, a pair of structures with different functional groups should not be regarded as "substantially similar" in my opinion, as discussed in the ensuing paragraphs.



α-methyltryptamine (AMT) and α-ethyltryptamine (AET)
**"substantially similar"** (cf US v Klecker)

methylone and ethylone
also **"substantially similar"**

<u>Ethylone and butylone are "substantially similar" to methylone</u>. They are all cathinones. Methylone is alternatively named "methylenedioxy-methcathinone". Ethylone and butylone each differ in the replacement of a hydrogen atom with a methyl group at different positions on the methylone structure. The structural difference between methylone and ethylone is roughly equivalent to the structural difference between AMT and AET (graphic above), which were determined to be Analogues in the case of US v Klecker.

Structures that are **NOT "substantially similar"**:

amphetamine

dimethylbenzylamine
*(isomer)*

cathinone
*(oxidized at a)*

phenylalanine, Phe
*(oxidized at b)*

<u>Dimethylbenzylamine, cathinone, and phenylalanine are NOT "substantially similar" to amphetamine</u>. These four substances share structural features, but significant differences in their functional groups and/or oxidation states result in significant differences in their chemical properties. Dimethylbenzylamine, an isomer of amphetamine with a rearranged amine functional group, has many uses in materials and chemistry. It is not a controlled substance. Cathinone and phenylalanine differ from amphetamine in the oxidation state of specific carbons in the framework. The structural difference between cathinone and amphetamine is that *one carbon of cathinone is oxidized to its highest level relative to amphetamine*, resulting in the introduction of a ketone functional group. The importance of this structural change can be understood by considering another familiar substance, <u>*phenylalanine*</u>. The structural difference between phenylalanine and amphetamine is also that *one carbon of phenylalanine is <u>oxidized to its highest level</u> relative to amphetamine*, resulting in

---

[†] Isomers in chemistry have the same molecular formula (atom count) but different structures; chemists generally correlate structure and functional groups, not molecular formula, with function.

the introduction of a carboxylic acid functional group. Phenylalanine is one of the essential dietary amino acids. It is found in meats and even breast milk. In my opinion, the structures of amphetamine, dimethylbenzylamine, cathinone, and phenylalanine are comparable but not "substantially similar", because *changes in functional groups and/or oxidation states are significant*. These substances and chemical structures cannot be treated interchangeably.

<u>Methylone is NOT "substantially similar" to MDMA</u>. Methylone is a cathinone, and MDMA is an amphetamine. The ketone functional group of the cathinone is important, such that the

structures of methylone and MDMA cannot be treated interchangeably. The guidelines provide some guidance on how to treat the introduction of the ketone functional group in methylone, be-



MDMA
*methylene group has the same bonding arrangement as in methane*

methylone
*ketone functional group has different bonding and chemical properties*

cause it is this same ketone that differentiates methamphetamine and methcathinone. MDMA and methylone are the methylenedioxy-substituted versions of *methamphetamine* and *methcathinone*, respectively. Methamphetamine is punished significantly — more than 50x — more severely than methcathinone. It stands to reason that MDMA and methylone should be scaled similarly. Therefore, based on structural considerations, the penalty for methylone should be substantially reduced relative to MDMA.

<u>Extrapolation to Ethylone</u>. If methylone is not "substantially simi-lar" to MDMA, then neither is ethylone. Ethylone is "substantially similar" *but not equivalent* to methylone. The extra carbon of ethylone creates an additional degree of flexibility, which will have a subtle impact on the dynamics of the molecule. If cathi-none activity relates to dynamic protein-binding events, then structural changes that alter molecular dynamics will be im-



ethylone
*rotatable bond, so –CH₃ swings freely*

portant. There is no way to know the comparative pharmacology of ethylone and methylone based solely on structure, but one can generate a structure-based hypothesis. One rea-sonable hypothesis is that the extra conformational flexibility of ethylone could impact nega-tively on its ability to bind to proteins in the same way that methylone does, which would render ethylone (and butylone) less potent and efficacious than methylone.

<u>*Summary of Part 1*</u>. *The cathinones are not "substantially similar" in chemical structure to the amphetamines. In other words, ethylone is not "substantially similar" in chemical struc-ture to MDEA. The ketone functional group that differentiates ethylone from MDEA is also what differentiates methcathinone from methamphetamine. Amphetamines are generally regarded as more dangerous than cathinones. The penalty for MDEA should be higher than for ethylone. Based on comparison of chemical structures, with methcathinone and methamphetamine as a guiding precedent, the penalty reduction for methylone relative to MDMA should be substantial.*

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

## Part 2. Pharmacological Effects

*"Whether the controlled substance not referenced in this guideline has a stimulant, depressant, or hallucinogenic **effect on the central nervous system** that is substantially similar to the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance referenced in this guideline."*

<u>A brief tutorial on pharmacology</u>. Pharmacology is the study of drugs and their effects on living organisms. The effects that drugs have on the body stem from molecular interactions between the drug substance and biomolecules including DNA and proteins. These interactions can be studied at the molecular, cellular, or whole-animal level to provide a detailed (albeit incomplete) understanding of drug action.

- **At the molecular level**, drugs can be quantified based on their ability to bind to the target biomolecule(s). Of particular relevance to considerations here are interactions involving a series of monoamine transporter proteins that regulate dopamine (i.e., the dopamine transporter protein, **DAT**), serotonin (i.e., **SERT**), and norepinephrine (i.e., **NET**).
- **At the cellular level**, drugs can be quantified based on cellular responses that arise, for example, from the drug interacting with the monoamine transporter proteins. Of particular relevance here are interactions that trigger the release and/or block the reuptake of monoamine neurotransmitters dopamine (DA), serotonin (5HT), and norepinephrine (NE).
- **At the whole-animal level**, subjective responses of animals can be measured before and/or after administration of the drug. For example, animals change their activity levels in response to a stimulant, and caged animals choose to self-administer drugs that we regard as addictive. Finally, animals trained to perform a particular task in response to being given a particular drug may perform the same task when given a similar drug.
  - There is a hierarchy of animal models that are increasingly reliable in terms of their relevance to humans but also increasingly expensive and complicated to perform. The easiest and cheapest but least predictive are studies done in rodents. New drugs will generally be tested first in rodents before moving up to higher mammals (e.g., dogs) and ultimately to primates before testing in humans can begin.



| *drug-protein binding interactions* | *cellular response assays* | *rodent models (mice, rats)* | *larger mammals (dogs, pigs)* | *primates (e.g., monkeys)* | *humans (clinical trials)* |

*increasing predictive value and cost*

All of these types of pre-clinical studies provide important information that can be used to generate hypotheses as to how drugs will perform in humans. Pharmaceutical researchers routinely use these studies to guide decisions on which drugs they will develop further toward the end goal of putting a new pharmaceutical drug on the market. The same tests are now used by law enforcement to guide decisions related to the illegal designer drug market.

A major advantage of the aforementioned pharmacological studies is that they can (and therefore should) be performed in a controlled laboratory setting and compared against proper control experiments. Data that have been shown to be reproducible within a well-controlled study can be treated as reliable and compared quantitatively. When it comes to determining the pharmacological effects of new illegal designer drugs, we typically do not have data from properly controlled pharmacological experiments in the higher mammals,

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

primates, and/or humans. As we consider data from properly controlled studies in cells and/or rodents, we must recognize the predictive limitations of these model systems.[‡]

Subjective classification of psychostimulant effects. Drugs like cocaine, methamphetamine, and MDMA can be referred to as psychostimulants. Psychostimulants act within our brain and central nervous system to change our neurochemistry, primarily by altering regulation of the neurotransmitters dopamine, serotonin, and norepinephrine. To a first approximation, dopamine is related to our reward system and has been linked to addiction; serotonin alters our mood and has been linked to artificial feelings of euphoria; norepinephrine increases our ability to remain alert and stimulates activity and energy levels.

The pharmacology of various cathinones is not as well characterized as that of cocaine, methamphetamine, and MDMA. However, it is clear from extensive *in vitro* studies (performed using cells and/or biomolecules but not in live animals) and some *in vivo* studies (in animals) that many synthetic cathinones produce an array of effects linked to differential impacts on the regulation of dopamine, serotonin, and norepinephrine. Individual cathinones can produce effects that may be regarded as cocaine-like, MDMA-like, methamphetemine-like, or combinations thereof, along with other properties.[§] Bear in mind, however, that "cathinone" is a chemical structure term, not one that is linked to any particularly pharmacology or abuse potential.



bupropion (Wellbutrin)
*prescription cathinone*

One very well studied cathinone is bupropion (Wellbutrin), which is prescribed for depression, smoking cessation, anxiety, and many other indications related to neurochemical regulation. It primarily acts on the serotonin transporter (SERT), with weaker impacts on the dopamine and norepinephrine transporters (DAT and NET) in laboratory studies that do not seem to translate to human users.[4]

The Society of Forensic Toxicologists tentatively and qualitatively describes ethylone as "similar to methylone, but less potent"[5] (*vide infra*, for certain caveats). The effects of methylone and ethylone have been described as "MDMA-like" because methylone seems to have activity at each of the three transporters.[6,7] In a more recent review, methylone and ethylone are described as "mixed MDMA-cocaine-like" (see Figure on next page), because the pharmacological effects profile (cf. the DAT/SERT ratio, below) for methylone is more

---

[‡] Additionally, one may consider anecdotal evidence from reports linked to individual human users. Such anecdotal data, in my opinion, are best considered carefully as supplemental to the scientific data. Anecdotal evidence from Internet forums, media clippings, emergency room and/or other medical reports, etc. can be compromised by placebo effects, exaggerations, misunderstandings, etc., as well as actual variations linked to individual users. A government expert is also on record downgrading such anecdotal data as compared to laboratory experimental data; see reference 3.

[§] Note that these classifications of subjective effects are made here based on how a substance interacts with each of the three transport systems relative to each other. How *strongly* the substances interact with the transport systems in an absolute sense will be discussed in the next section on Pharmacological Potency. Effects and potency are discussed in separate sections here because they are addressed separately in the guidelines, although the same studies, data, and experiments can be used for both assessments.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

similar to cocaine than to MDMA.[8] Thus, MDMA is not a perfect comparison for the subjective effects of methylone.

<u>DAT/SERT ratios for comparing pharmacological effects</u> Comparing the relative impacts of substances on the dopamine and serotonin transporters DAT and SERT — i.e., the DAT/SERT ratio — is frequently used to classify pharmacological effects (see Figure). This report is aimed at comparing ethylone to MDEA in the best and most reasonable way possible. Considering the very limited data available for ethylone and MDEA, a clearer and more reasonable picture can emerge by understanding the comparative pharmacology of methylone and MDMA, which are better characterized. Methylone and MDMA both act on DAT (reward) and SERT (mood), but the impact of MDMA is greater on SERT than on DAT, whereas the impact of methylone is greater on DAT than on SERT. It is the inverted DAT/SERT ratio relative to MDMA that invokes comparisons of methylone to cocaine.



"*Relative dopamine/serotonin inhibition potencies of selected novel psychoactive substances. Dopamine to serotonin transporter (DAT/SERT) inhibition ratios (mean ± 95% confidence intervals) for novel substances are shown in comparison with those of classic empathogens/entactogens (MDMA, ecstasy) and stimulants (cocaine, amphetamine, and methamphetamine). The ratios derived from in vitro studies help to predict the typically unknown clinical toxicity of novel substances. A low DAT/SERT inhibition ratio (<0.1) indicates tenfold greater relative serotonergic vs dopaminergic activity similar to MDMA. A high DAT/SERT inhibition ratio (>10) indicates greater relative dopaminergic vs serotonergic activity similar to methamphetamine. A high DAT/SERT inhibition ratio is a pharmacological characteristic associated with more stimulant effects and with higher potential for addiction.*" (Figure and caption reproduced from ref. 8.)

<u>Drug discrimination (DD) studies</u> One holistic gauge of pharmacological effects and potency is the drug discrimination study, in which trained subjects perform different tasks in response to different stimuli. Drug discrimination (DD) studies can be performed in human

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

volunteers or in laboratory animals, and they can involve two or more stimuli. DD studies can provide important information regarding potential drugs of abuse, but they do not provide complete details. DD studies are "a perfect complement to other techniques".[9]

Drug discrimination studies have not yet been reported publicly for ethylone and MDEA, but such data are available for methylone and MDMA. In 1997, Dal Cason and co-workers reported that methylone fully substitutes for MDMA in rats.[10] In other words, rats trained to differentiate MDMA from saline reliably identified methylone as being more like MDMA than saline. These data are consistent with methylone being subjectively "MDMA-like" in rats. However, Dal Cason and co-workers also asserted that MDMA fully substitutes for amphetamine in rats. This latter observation — that MDMA is "amphetamine-like" — runs counter to quantitative profiles based on DAT/SERT ratios[8] (cf. page 13). Moreover, other researchers "did not replicate these [Dal Cason] findings in rats."[11,12] In fact, it was later shown that rats can be trained to discriminate the subjective effects of MDMA and amphetamine,[11] which raises questions about the reproducibility of the Dal Cason DD study and underscores that DD studies are only one of many possible sets of data to consider.

*Summary of Part 2*. The pharmacological effects of methylone, ethylone, and butylone can be characterized as being "MDMA-like" or "mixed cocaine-MDMA-like". In my opinion, it is reasonable to identify MDMA or MDEA — not cocaine — as the most closely related controlled substance in the guidelines based on the chemical structure and the available pharmacology data. However, it would not be appropriate to assert that the subjective effects of methylone, ethylone, and/or butylone on the central nervous system are "substantially similar" to MDMA or MDEA. Such an assertion would be inconsistent with their inverted DAT/SERT ratios.

## Part 3. Pharmacological Potency

*Whether a lesser or greater quantity of the controlled substance not referenced in this guideline is needed to produce a substantially similar effect on the central nervous system as a controlled substance* **[i.e., potency]** *referenced in this guideline."*

Disclaimers and important considerations. There are several tiers of pharmacological data. The easiest tiers of data to acquire are generally the least predictive in terms of effects in humans, but the data and experiments best suited to gauging effects in humans are unavailable. We must consider what data are available, and weigh each piece of data accordingly. I collected data from recent experiments in human cells, because these data provide the single most comprehensive picture from a relevant cellular model. *In vivo* and *in vitro* experiments in rodent models are also compared and discussed.

Further confounding the interpretation of pharmacological data is that reported values for a given pharmacological interaction can vary dramatically in the literature. Part of the problem stems from uncertainties and error rates, but a more confounding factor is that different labs have access to and/or employ different types of cells, proteins, animal models, and experimental protocols. Therefore, it is difficult (and often misleading) to compare results from different labs and different times. The best approach to comparing the potencies of two substances is to compare data from side-be-side experiments within the same study.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

In gathering pharmacological data to report here for consideration with respect to ethylone and methylone sentencing guidelines, I prioritized:

> (a) recent data from primary peer-reviewed pharmacology journals
> (b) comprehensive studies involving diverse and complementary experiments
> (c) studies that directly compare specific substances under identical conditions.

After careful searching in two standard literature databases (SciFinder and Reaxys) as well as Google Scholar, Google, and literature citation data, I selected three recent studies — Eshleman 2013,[13] Simmler 2013,[14] and Baumann 2012.[15]

- The Eshleman study includes the effects of methamphetamine, methcathinone, MDMA, methylone, and butylone (but not ethylone) on the release and the re-uptake of dopamine, serotonin, and norepinephrine in human cells.
- The Simmler study involves only a limited array of experiments, but it includes the substances MDEA, methcathinone, methylone, ethylone, and butylone.
- The Baumann study includes comparative effects of methylone and MDMA in rodent models using both *in vitro* and *in vivo* experiments.

These studies are well cited and featured in several recent reviews.[6,7,8] Baumann's lab at the National Institute on Drug Abuse (NIDA) was recently highlighted in a feature article in *Science*.[16] Newer data expand our understanding beyond previous reports. These recent studies have the advantage of presenting data from diverse experiments using the different substances under internally consistent conditions. Therefore, one can compare data for the various substances with a higher degree of confidence.

There is not enough data to make a firm conclusion regarding pharmacological potency in humans. However, quantitative data from human cells and rodent models can and should be considered when forming the clearest picture possible. The advantage of these data is the rigor with which they were obtained. *The in vitro and in vivo data presented and/or discussed here are reliable; Baumann and other studies have also shown good correlation between in vitro and in vivo cathinone pharmacology data*.[15,17]

Other pharmacological experiments can also provide quantitative data for comparing drug substances. Different experiments can provide different relative values, so it is critical to the present considerations that the specific cathinone- and amphetamine-derived substances be compared directly using data taken from recent and comprehensive studies using a well defined and accepted experimental protocol. Although there are many things that *can* be measured in animal models, very few things actually *have* been measured as they pertain to comparing MDMA with ethylone or methylone in animals. Therefore, the primary focus here is on comprehensive experiments in human cells. In terms of anecdotal information, there are reports of the estimated recreational doses for the certain substances. Although dosage *may correlate* broadly with potency, it also may correlate with the cost, availability, frequency of dosing, side effects and their severity, and other factors associated with the drug itself and/or the manufacturing and distribution processes. This report focuses on data from properly controlled scientific studies.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

<u>Potency data from drug discrimination (DD) studies</u> Data from the 1997 Dal Cason study[10] described in Part B provide insights into potency as well as effects, but with caveats and concerns beyond those described in Part B. The authors state, in part: "*Because MDMC* [methylone] *(ED$_{50}$ = 1.6 mg/kg; 6.9 $\mu$mol/kg) was about half as potent as MDMA itself (ED$_{50}$ = 0.76 mg/kg; 3.5 $\mu$mol/kg)* [in rats]*, it would seem that here, too, the effect of carbonyl-oxygen introduction is to decrease potency.*" However, they also write that: "*In terms of amphetamine-like activity, MDMC* [methylone] *(ED$_{50}$ = 10.1 $\mu$mol/kg) is similar in potency to MDMA (ED$_{50}$ = 7.5 $\mu$mol/kg)*" in rats, although as noted in Part B, other researchers failed to replicate this reported amphetamine-like activity for MDMA, and more sophisticated DD studies later differentiated between the activities of MDMA and amphetamine in rats.[11] The Dal Cason study is factored in to the present analysis, but it is not given more weight than recent and comprehensive studies, including ones (e.g. Goodwin 2000[11] and Baumann 2012[15]) that extend knowledge beyond where Dal Cason left off in 1997.

For example, even higher doses of methylone do not produce the same effect as MDMA. Dal Cason's experiment shows that a rat trained to recognize MDMA will identify methylone as being more like MDMA than like salt water, provided that effectively twice as much methylone is administered compared to MDMA. However, no quantitative information is provided on *how* the dose of methylone affects the rat's body temperature, neurochemistry, activity level, or other behavioral responses that potentially can be compared quantitatively for methylone and MDMA. Baumann's recent study[15] revealed important, quantifiable differences in how methylone and MDMA affect rodent behavior, physiological response, and recovery from large doses, as described starting on page 18.

<u>Quantitative pharmacological data for methylone from experiments in human cells</u> Relevant data pertaining to the substances in question (from Eshleman 2013[13]) are presented in Tables 1 and 2 (on the next page), including their respective abilities to stimulate the release and block the re-uptake of dopamine, serotonin, and norepinephrine through their actions on the various monoamine transporter proteins. Table 1 presents the data as provided in the pharmacology journals. In Table 1, a **lower value reflects a stronger interaction**; the lower the number, the more potent the substance for a given interaction. Table 2 presents the reciprocal values for same data, normalized relative to methylone, which in my opinion makes interpretation somewhat easier. The columns in Table 2 are also labeled using lay terminology that roughly corresponds to the rigorous scientific terms.

As can be seen in Table 1, and perhaps more clearly in Table 2 (below), methylone is generally less potent than MDMA, and butylone is generally less potent than methylone. For example, MDMA is 17x more potent than methylone and 18x more potent than butylone in its ability to block re-uptake of serotonin, and MDMA is likewise more potent and effective at releasing serotonin. As previously noted, perturbation of serotonin levels has been linked to the subjective euphoria ("ecstasy") experienced by MDMA users. These data from human cells relate to potencies in human users.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

**Table 1.** Raw pharmacology data from *in vitro* studies using human cells to measure the effects and potency of various drug substances on various human monoamine transporter proteins.

| Potency and efficacy of various drug interactions with human monoamine transporters | | | | | | |
|---|---|---|---|---|---|---|
| | re-uptake inhibition, $IC_{50}$, in $\mu M$[a] | | | monoamine release, $EC_{50}$, in $\mu M$[b] (%max)[c] | | |
| | hDAT | hSERT | hNET | hDAT | hSERT | hNET |
| methamphetamine | 0.026 | 4.1 | 0.026 | 0.40 (102%) | 22.5 (98%) | 0.13 (93%) |
| methcathinone | 0.14 | 13.5 | 0.031 | 3.6 (83%) | >100 (21%) | 0.23 (149%) |
| MDMA | 0.20 | 0.11 | 0.024 | 4.8 (104%) | 1.04 (74%) | 0.57 (116%) |
| | | | | | | |
| methylone | 0.34 | 1.9 | 0.23 | 11.8 (41%) | 6.7 (78%) | 0.43 (122%) |
| ethylone | N/A | N/A | N/A | N/A | N/A | N/A |
| butylone | 0.21 | 1.97 | 1.06 | >10 (5.4%) | 3.1 (30%) | >100 (3.6%) |

[a] How much of the drug is needed to reduce (by 50%) the ability of the transporter to remove the neurotransmitter from the synapses and bring it back into the cell.
[b] How much of the drug is needed to release neurotransmitter from the cell (measured at its 50% threshold).
[c] How much total neurotransmitter the drug can release, compared to methamphetamine or other standard.

**Table 2**. *A re-presentation of the same pharmacology data* in a way that may be easier to interpret. Data are normalized to methylone (shaded in yellow). Red boxes indicate potency greater than that of methylone, and green boxes indicate reduced potency compared to methylone.

| Relative impacts of various drugs on key pharmacological markers | | | | | | |
|---|---|---|---|---|---|---|
| | *Re-uptake*: Keeping the signal active[a] | | | *Release*: Activating the signal[b] | | |
| | reward | mood | energy | reward | mood | energy |
| methamphetamine | 13x | 0.46x | 8.8x | 73x | 0.37x | 2.5x |
| methcathinone | 2.4x | 0.14x | 7.4x | 6.6x | <0.02x | 2.3x |
| MDMA | 1.7x | 17x | 9.6x | 6.2x | 6.1x | 0.72x* |
| | | | | | | |
| *methylone* | *1x* | *1x* | *1x* | *1x* | *1x* | *1x* |
| ethylone | N/A | N/A | N/A | N/A | N/A | N/A |
| butylone | 1.6x | 0.96x* | 0.21x | <0.16x | 0.83x* | <0.0001x |

\* This difference with respect to methylone is within the SEM (standard error of the mean); the difference in this experiment is not statistically significant.
[a] How the drug compares to methylone in its ability to keep the active neurotransmitter in the synapse.
[b] How the drug compares to methylone in its ability to release neurotransmitter into the synapse, factoring in both the potency and efficacy values from the literature (relative potency x relative efficacy).

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

Comparison of *in vitro* and *in vivo* data on methylone and MDMA in rodent models At the National Institute on Drug Abuse (NIDA), Baumann et al[15] looked at the impact of methylone and MDMA using *in vitro* and *in vivo* rodent models. The *in vitro* work featured reconstituted rat brain synaptosomes, as they describe in their papers. Follow-up experiments on live rats resulted in "the first assessment of [methylone's] *in vivo* neurochemical actions." They found methylone *in vivo* to be "qualitatively analogous to" MDMA but "less potent, in agreement with *in vitro* results." However, Baumann noted "important differences" between methylone and MDMA. Most significantly, repeated exposure to *MDMA caused "persistent depletion" of serotonin in the rat's brains* (to as low as 24% of the normal levels), whereas *methylone caused "no long-term change" in monoamine neurotransmitter levels*.

These data from the Baumann lab using rats demonstrate that: (a) there is good correlation between *in vitro* and *in vivo* experiments; (b) the immediate effects of methylone are qualitatively similar to but less potent than MDMA; and (c) MDMA likely poses a greater risk to heavy, chronic users. Baumann's data from rat models are echoed in human cells by Eshleman's comprehensive evaluation of methylone and MDMA (among other psychoactive substances). This correlation — between *in vitro* experiments using rat monoamine transporters and *in vivo* experiments in live rats — suggests that *in vitro* experiments using human monoamine transporters should likewise have predictive value in terms of *in vivo* effects and potency in humans. The experiments in human cells are likely to reflect the relative pharmacological effects and potency in human users.

However, ethylone was not included in the Eshleman study, so data from a recent study by Simmler in human cells was analyzed and compiled in the Table below. The Simmler study was not as comprehensive in terms of pharmacological experiments, but it allows side-by-side comparisons of ethylone with MDEA, methylone, and other relevant substances.

**Table 3**. Recent data from experiments in human cells involving MDEA, methcathinone, methylone, ethylone, and butylone, but looking only at inhibition (not stimulation) of DAT, SERT, and NET. The raw data are presented on the left, with a re-presentation normalized to ethylone on the right.

| Comparative drug interactions with human monoamine transporters | | | | | |
|---|---|---|---|---|---|
| | re-uptake inhibition, IC$_{50}$, in $\mu M^a$ | | | (*translation*: keeping the signal active$^b$) | | |
| | hDAT | hSERT | hNET | reward | mood | energy |
| MDEA | 9.3 | 1.27 | 1.02 | 0.6x | 3.5x | 2.5x |
| methcathinone | 1.12 | >10 | 0.085 | 5.1x | <0.4x | 30x |
| methylone | 4.82 | 15.5 | 0.542 | 1.2x | 0.3x | 4.7x |
| ethylone | 5.68 | 4.46 | 2.54 | *1x* | *1x* | *1x* |
| butylone | 2.90 | 6.22 | 2.02 | 2.0x | 0.7x | 1.3x |

$^a$ How much of the drug is needed to reduce (by 50%) the ability of the transporter to remove the neurotransmitter from the synapses and bring it back into the cell.
$^b$ How MDEA, methcathinone, methylone, ethylone, and butylone compare in their relative abilities to keep neurotransmitter in the synapse.

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

These limited data from the Simmler study suggest that ethylone and butylone are probably similar in their *in vitro* pharmacological activity. Broader conclusions than that are perhaps not advisable, given the limited data set. It should also be noted that the values reported in the Simmler study are all higher (reflecting lower potencies) than the values reported for the analogous experiments in the Eshleman study. This underscores the problems with comparing pharmacological data from different studies, as discussed previously.

*Summary of Part 3*. The conclusion I draw based on these pharmacological studies is that ethylone and butylone are probably comparable to each other in pharmacological effects and potencies. Ethylone is expected to be less potent than methylone,[**] which in turn appears to be significantly less potent than MDMA. The Baumann study suggests that *in vitro* and *in vivo* pharmacology are comparable. Data from the Eshleman study were compiled, normalized to methylone, and tabulated to provide point-by-point comparisons between methylone and MDMA. Methylone and MDMA were both found to trigger release and block reuptake of dopamine, serotonin, and norepinephrine. In these six complementary experiments in human cells, the relative potencies for MDMA were determined to be 0.72x, 1.7x, 6.1x, 6.2x, 9.6x, and 17x times the potencies for methylone. Ethylone is generally regarded as probably similar to methylone, but less potent.

## Concluding Remarks

The illegal designer drug market has been described as an underground version of the pharmaceutical industry.[1] Whereas pharmaceutical companies aim to develop marketable therapeutics without infringing on competing patents, underground chemists aim to develop marketable drugs of abuse while staying ahead of the legal process. Regulatory controls of "positional isomers" and "Analogues" have been powerful weapons against designer drugs, but they require a detailed understanding of medicinal chemistry to apply.

Ethylone is a good example of the legal process keeping pace with designer drugs. It is controlled as a positional isomer of butylone and now can be sentenced by comparison to MDMA (or MDEA, which is generally treated the same as MDMA). This report outlines the current knowledge of chemistry and pharmacology needed to reach an informed and reasonable sentence for ethylone offenses.

In terms of chemical structure, ethylone differs from MDEA by the introduction of a ketone functional group. The ketone functional group broadly differentiates cathinones from amphetamines, and the marijuana equivalency tables treat the designer amphetamines much more severely than methcathinone or *khat*, the natural source of cathinone. For example, *methamphetamine is punished 50x more severely than methcathinone*. Other cathinone drugs like buproprion (Wellbutrin) are widely distributed by prescription without being subject to Schedule I or II controls. Based on (A) chemical structure, the guidance from the

---

[**] The Society of Forensic Toxicologists (SOFT) has reached the same conclusion for ethylone — *"similar to methylone, but less potent"* — based on the very different approach; they compiled reports of user experiences from Internet drug forums. I do not favor this anecdotal approach to comparative pharmacology, but the reader is welcome to review their monograph on ethylone, which is published at http://www.soft-tox.org/files/Designer_Drugs/Ethylone.pdf

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

guidelines is that the penalty for the amphetamines MDMA and MDEA should be significantly (on the order of 50x) more severe than for the corresponding cathinones, methylone and ethylone. In other words, *the penalties for methylone and ethylone should be substantially (on the order of 98%) lower than for MDMA and MDEA*. Considering that the penalties for MDA, MDMA, and MDEA are internally consistent, it would be appropriate also to be consistent in the treatment of methylone, ethylone, and butylone.

In terms of pharmacological effects and potency, methylone is generally described in the literature as having either "MDMA-like" or "mixed MDMA-cocaine-like" subjective effects. Ethylone is not well characterized in the literature, but the limited data available as well as anecdotal evidence are consistent with a subjective characterization of ethylone as "similar to methylone, but less potent". Methylone, in turn, is generally less potent than MDMA based on what quantitative pharmacological data are available. As noted above, although pharmacological effects and potency are discussed in separate sections of this report, they can be ascertained from the same studies, data, and experiments.

In conclusion, analyses of chemical structures, pharmacological effects, and potency for the substances in question, and precedent from the Guidelines all indicate that the penalty for methylone should be lower than for MDMA. In totality, it is not unreasonable to conclude that the potency of methylone is probably somewhere in the range of 20% that of MDMA, and the long-term exposure risks for methylone are also probably lower than for MDMA[15] (i.e., MDMA is more dangerous). Given that MDMA is listed at 500:1, a reasonable value for methylone is 100:1. Ethylone is "substantially similar" to methylone in structure, and it is similar but perhaps slightly less potent in its pharmacological effects. A marijuana equivalency for ethylone of 100:1 or less would not be unreasonable.

**References Cited**

1. Appendino, G., Minassi, A., & Taglialatela-Scafati, O. (2014). Recreational drug discovery: Natural products as lead structures for the synthesis of smart drugs. *Natural product reports*, *31*(7), 880-904
   http://pubs.rsc.org/en/content/articlehtml/2014/np/c4np00010b
2. Maggiora, G., Vogt, M., Stumpfe, D., & Bajorath, J. (2014). Molecular Similarity in Medicinal Chemistry: Miniperspective. *Journal of medicinal chemistry*, *57*(8), 3186-3204.
   http://pubs.acs.org/doi/abs/10.1021/jm401411z
3. *United States v. Pangourelias*, Case No. 8:14-cr-303-T-23EAJ, Transcript of Hearing, Feb. 13, 2015, pp 78-81; *excerpt from testimony of Dr Cassandra Prioleau (p 78, line 25 to p 79, line 2): "you have to be careful with user reports… you have to be careful on how much weight that you would give, if any, to information that you find that way"*.
4. Carroll, F. I., Blough, B. E., Mascarella, S. W., Navarro, H. A., Lukas, R. J., & Damaj, M. I. (2013). Bupropion and bupropion analogs as treatments for CNS disorders. *Advances in pharmacology (San Diego, Calif.)*, *69*, 177-216.
   http://www.sciencedirect.com/science/article/pii/B9780124201187000056
5. http://www.soft-tox.org/files/Designer_Drugs/Ethylone.pdf

*Prepared for attorneys Alfredo Zamora and Joaquin Perez in October 2015*
*Shared with attorneys Julie Vianale and Jonathan Friedman in December 2016*

6.  Baumann, M. H., Partilla, J. S., & Lehner, K. R. (2013). Psychoactive "bath salts": not so soothing. *European journal of pharmacology*, *698*(1), 1-5.
    http://www.sciencedirect.com/science/article/pii/S001429991200951X

7.  Iversen, L., White, M., & Treble, R. (2014). Designer psychostimulants: Pharmacology and differences. *Neuropharmacology*, *87*, 59-65.
    http://www.sciencedirect.com/science/article/pii/S0028390814000227

8.  Liechti, M. (2015). Novel psychoactive substances (designer drugs): overview and pharmacology of modulators of monoamine signalling. *Swiss Med Wkly*, *145*, w14043.
    http://www.smw.ch/scripts/stream_pdf.php?doi=smw-2015-14043

9.  Solinas, M., Panlilio, L. V., Justinova, Z., Yasar, S., & Goldberg, S. R. (2006). Using drug-discrimination techniques to study the abuse-related effects of psychoactive drugs in rats. *Nature protocols*, *1*(3), 1194-1206.
    http://www.nature.com/nprot/journal/v1/n3/abs/nprot.2006.167.html

10. Dal Cason, T. A., Young, R., & Glennon, R. A. (1997). Cathinone: An Investigation of Several *N*-Alkyl and Methylenedioxy-Substituted Analogs. *Pharmacology Biochemistry and Behavior*, *58*(4), 1109-1116.
    http://www.sciencedirect.com/science/article/pii/S0091305797003237

11. Goodwin, A. K., & Baker, L. E. (2000). A three-choice discrimination procedure dissociates the discriminative stimulus effects of d-amphetamine and (±)-MDMA in rats. *Experimental and clinical psychopharmacology*, *8*(3), 415.
    http://psycnet.apa.org/journals/pha/8/3/415.html

12. Oberlender, R., & Nichols, D. E. (1988). Drug discrimination studies with MDMA and amphetamine. *Psychopharmacology*, *95*(1), 71-76.
    http://link.springer.com/article/10.1007/BF00212770

13. Eshleman, A. J., Wolfrum, K. M., Hatfield, M. G., Johnson, R. A., Murphy, K. V., & Janowsky, A. (2013). Substituted methcathinones differ in transporter and receptor interactions. *Biochemical pharmacology*, *85*(12), 1803-1815.
    http://www.sciencedirect.com/science/article/pii/S0006295213002281

14. Simmler, L. D., Buser, T. A., Donzelli, M., Schramm, Y., Dieu, L. H., Huwyler, J., Chaboz, S., Hoener, M. C., & Liechti, M. E. (2013). Pharmacological characterization of designer cathinones in vitro. *British journal of pharmacology*, *168*(2), 458-470.
    http://onlinelibrary.wiley.com/doi/10.1111/j.1476-5381.2012.02145.x/full

15. Baumann, M. H., Ayestas, M. A., Partilla, J. S., Sink, J. R., Shulgin, A. T., Daley, P. F., Brandt, S. D., Rothman, R. B., Ruoho, A. E., & Cozzi, N. V. (2012). The designer methcathinone analogs, mephedrone and methylone, are substrates for monoamine transporters in brain tissue. *Neuropsychopharmacology*, *37*(5), 1192-1203.
    http://www.nature.com/npp/journal/v37/n5/abs/npp2011304a.html

16. Underwood, E. (2015). A new drug war. *Science*, *347*(6221), 469-473.
    http://www.sciencemag.org/content/347/6221/469.short

17. Huang, P. K., Aarde, S. M., Angrish, D., Houseknecht, K. L., Dickerson, T. J., & Taffe, M. A. (2012). Contrasting effects of *d*-methamphetamine, 3,4-methylenedioxy-methamphetamine, 3,4-methylenedioxypyrovalerone, and 4-methylmethcathinone on wheel activity in rats. *Drug and alcohol dependence*, *126*(1), 168-175.
    http://www.sciencedirect.com/science/article/pii/S0376871612001743