IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-14002-CR-ROSENBERG

UNITED STATES OF AMERICA

v.

JULIUS ANDREW REASON, III,

    Defendant.
_____/

**JULIUS ANDREW REASON'S MOTION TO ADOPT CO-DEFENDANT VENTERIA REASON'S POST HEARING MEMORANDUM OF LAW ADDRESSING APPLICATION OF SENTENCING GUIDELINES 2B1.1, APPLICATION NOTE SIX, TO ETHYLONE AND DIBUTYLONE**

    COMES NOW, the Defendant, JULIUS ANDREW REASON, III., by and through his undersigned attorney and respectfully requests to adopt Co-Defendant, VENTERIA REASON'S Post Hearing Memorandum of Law Addressing Application of Sentencing Guidelines 2B1.1 Application Note Six, to Ethylone and Dibutylone [DE 225] and would state the following:

    1. That Co Defendant, VENTERIA REASON, has filed a Post Hearing Memorandum of Law Addressing Application of Sentencing Guidelines 2B1.1 Application Note Six, to Ethylone and Dibutylone on February 17, 2017 [DE 225], as requested by this Court after the evidentiary hearing took place on these issues on January 31, 2017 and February 1, 2017.

    2. The Defendant is similarly situated to the Co Defendant Venteria Reason with regard to the issues involving Ethylone and Dibutylone and the ratio this Court should apply.

    3. In order to consolidate and make the review of materials most efficient for the Court, Counsel for the Defendant has conferred with Julie Vianale, attorney for Co-Defendant Venteria Reason on these issues involving this case and would adopt the post hearing memorandum that has already been filed.

    WHEREFORE, the Defendant, JULIUS ANDREW REASON, III respectfully request this Honorable Court to enter an order allowing the Defendant to adopt Co-Defendant, VENTERIA

REASON'S Post Hearing Memorandum of Law Addressing Application of Sentencing Guidelines 2B1.1 Application Note Six, to Ethylone and Dibutylone that was filed on February 17, 2017.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR JULIUS ANDREW REASON
ONE EAST BROWARD BLVD.
SUITE 925
WELLS FARGO BANK TOWER
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894

/s/ *Jonathan S. Friedman*
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297
Jfriedmanlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2017 the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, Department of Justice, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/s/ *Jonathan S. Friedman*
JONATHAN S. FRIEDMAN, ESQ.