IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-14002-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff.

vs.

JULIUS ANDREW REASON, III.,

    Defendant.
_____/

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** by undersigned counsel that JULIUS ANDREW REASON, III, Defendant/Appellant appeals to the United States Court of Appeals for the Eleventh Circuit, the District Court's Amended Judgment and Sentence entered on March 2, 2017. [DE 261] The Defendant/Appellant is currently incarcerated.

    Respectfully submitted,

JONATHAN S. FRIEDMAN, P.A.
ONE EAST BROWARD BLVD.
SUITE 925 – WELLS FARGO TOWER
FT. LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 713-2820
FACSIMILE (954) 713-2894

 /S/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 13. 2017, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney Office – Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

                /S/ Jonathan S. Friedman_____
                JONATHAN S. FRIEDMAN, ESQ.